IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, | No. C 07-03947SI |
| Plaintiff, | **NOTICE** |
| v. | |
| WILLIAM TULL, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to stay has been continued to Friday, November 16, 2007, at 9:00 a.m.

Dated: October 3, 2007

RICHARD W. WIEKING, Clerk

*Sutton* (signature)

Tracy Sutton
Deputy Clerk