STEPHEN A. SOMMERS, SBN 225742
JACOB SIDER, SBN 236084
Sommers Law Group
870 Market Street, Ste. 1142
San Francisco, CA 94102
(415) 839-8569 (Telephone)
(415) 956-0878 (Fax)
ssommers@sommerslaw.com

Attorneys for Plaintiff
Paul Montwillo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM TULL; DANIEL GIBBY; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE; DOES 1-100, inclusive, <br><br> Defendants. | Case No.: C 07 3947 SI <br><br> **PLAINTIFF'S OPPOSITION TO MOTION FOR A STAY OF PROCEEDINGS** <br><br> Courtroom: 10 <br> Judge: Hon. Susan Illston <br> Date: November 16, 2007 <br> Time: 9:00 a.m. |

Defendants have moved to stay proceedings in this matter to coordinate with a matter which they claim is related; San Francisco Superior Court Case No. CGC-05-442352. Without conceding that it is related to the instant case, Plaintiff has dismissed the Superior Court case, rendering moot Defendants' motion for stay of proceedings. (See Exhibit A, endorsed Request for Dismissal of San Francisco Superior Court Case No. CGC-05-442352.)

October 24, 2007

SOMMERS LAW GROUP

_/s/ Steven Sommers_
Steven Sommers
Jacob Sider
Attorneys for Plaintiff
Paul Montwillo

## PROOF OF SERVICE

### Paul Montwillo v. William Tull, et al
### USDC Northern District of CA, Case No. C 07 3947 SI

I am over the age of eighteen and not a party to the above-titled action. On October 24, 2007, I served true copies of the following document:

**PLAINTIFF'S OPPOSITION TO MOTION FOR A STAY OF PROCEEDINGS**

On attorneys for Defendants.

BY U.S. MAIL. I placed the document in an envelope with appropriate postage and then placed the envelope in a U.S. Mail box.

At the following addresses:

David Wong
100 Shoreline Highway, Suite 100 B
Mill Valley, CA 94941

Law Offices of Marc Greenburg
536 Mission Street, Suite 2323
San Francisco, CA 94105

I declare the above to be true under penalty of perjury under the laws of the State of California. Executed on this 24th day of October, 2007, in San Francisco, California.

_____
Jacob Sider

# EXHIBIT A

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Sommers (SBN 225742)<br>Sommers Law Group<br>870 Market Street, Suite 1142, San Francisco, CA 94102 | 415-839-8569 | ENDORSED<br>FILED<br>San Francisco County Superior Court<br><br>OCT 12 2007<br><br>GORDON PARK-LI, Clerk<br>BY _____<br>Deputy Clerk |

ATTORNEY FOR (Name): Paul Montwillo

Insert name of court and name of judicial district and branch court, if any:
San Francisco Superior Court, Civic Center Branch

PLAINTIFF/PETITIONER: Paul Montwillo

DEFENDANT/RESPONDENT: William Tull, et al.

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death<br>　☐ Motor Vehicle  ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☑ Other (specify): Contract Claim | CGC-05-442352 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice    (2) ☑ Without prejudice
   b. (1) ☑ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name): _____ on (date): _____
      (4) ☐ Cross-complaint filed by (name): _____ on (date): _____
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☐ Other (specify):*

Date: October 12, 2007

Stephen Sommers
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date: October 12, 2007

Stephen Sommers
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)

** If a cross-complaint or Response (Family Law) seeking affirmative relief is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☑ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross - complainant

(To be completed by clerk)
3. ☐ Dismissal entered as requested on (date):
4. ☐ Dismissal entered on (date): _____ as to only (name):
5. ☐ Dismissal not entered as requested for the following reasons (specify):

6. ☐ a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          ☐ a copy to conformed  ☐ means to return conformed copy

Date: _____    Clerk, by _____, Deputy

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. January 1, 2007] | REQUEST FOR DISMISSAL | Code of Civil Procedure, § 581 et seq.;<br>Cal. Rules of Court, rule 3.1390<br>www.courtinfo.ca.gov |

American LegalNet, Inc.
www.FormsWorkflow.com

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Stephen Sommers (SBN 225742)<br>Sommers Law Group<br>870 Market Street, Suite 1142, San Francisco, CA 94102<br><br>TELEPHONE NO.: 415-839-8569    FAX NO.(Optional):<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Paul Montwillo | ENDORSED<br>F I L E D<br>San Francisco County Superior Court<br><br>OCT 1 2 2007<br><br>GORDON PARK-LI, Clerk<br>BY _____<br>  Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Civic Center | |
| PETITIONER/PLAINTIFF: Paul Montwillo<br><br>RESPONDENT/DEFENDANT: William Tull | |
| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER:<br>CGC-05-442352 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   870 Market Street, Suite 1142, San Francisco, CA 94102

3. On *(date)*: 10/12/2007    I mailed from *(city and state)*: San Francisco
   the following **documents** *(specify)*:
   Request for Dismissal

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one)*:
   a. ☑ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name of person served:** David Wong
   b. **Address** of person served:
      100 Shoreline Highway, Suite 100B, Mill Valley, CA 94941

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/12/2007

Stephen Sommers                                    ▶ /s/ *(signature)*
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)    (SIGNATURE OF PERSON COMPLETING THIS FORM)

| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.USCourtForms.com |