UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Paul Montwillo

                      Plaintiff(s),

              v.

William Tull, Daniel Gibby, Gibby Novelties, LLC, et al

                      Defendant(s).
_____/

CASE NO. C 07 3947 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 9, 2007, 2:00

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David Y. Wong | Defendants | (415) 339-0430 | dwong91@yahoo.com |
| Stephen Sommers | Plaintiff | (415) 839-8569 | sommers@sommerslaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Nov 1, 2007

                                                    Attorney for Plaintiff

Dated: Nov. 1, 2007

                                                    Attorney for Defendant

Rev 1.05