# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Paul Montwillo

                     **Plaintiff(s),**

Case No. C 07 3947 SI

**ADR CERTIFICATION BY PARTIES
AND COUNSEL**

           v.

William Tull, Daniel Gibby, Gibby
Novelties, LLC et al.
                **Defendant(s).**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _11/1/07_

                                                          **[Party]**

Dated: _11/1/07_

                                                          **[Counsel]**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Paul Montwillo

                                 CASE NO. C 07 3947 SI

              Plaintiff(s),

                   v.                               NOTICE OF NEED FOR ADR PHONE
CONFERENCE

William Tull, Daniel Gibby, Gibby
Novelties, LLC, et al

                    Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 9, 2007, 2:00 ■.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| David Y. Wong | Defendants | (415) 339-0430 | dwong91@yahoo.com |
| Stephen Sommers | Plaintiff | (415) 839-8569 | sommers@sommerslaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                  _____
                                                  Attorney for Plaintiff

Dated: Nov. 1, 2007 _____

                                                  Attorney for Defendant

Rev 1.05

1

AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

2

*Montwillo v. Tull*
USDC Action No. C 07 3947 SI

3

4

STATE OF CALIFORNIA )
) ss.

5

COUNTY OF MARIN )

6

I, the undersigned, am employed in the county aforesaid; I am over the age of eighteen
years and not a party to the within action.

7

8

I am employed by the Law Offices of David Y. Wong, 100 Shoreline Highway, Suite
100B, Mill Valley, California 94941 ("the firm").

9

On November 1, 2007, I served the within document(s) entitled:

10

Defendants' ADR Certification

11

on the interested parties in this action by mailing a true copy thereof, enclosed in a
sealed envelope with postage thereon fully prepaid, and by causing such envelope to be
deposited in the mail at 100 Shoreline Highway, Suite 100B, Mill Valley, California 94941,
addressed as follows:

12

13

Stephen Sommers
870 Market Street, Suite 1142
San Francisco, CA 94102
839-8569
956-0878 fx

14

15

16

I am readily familiar with the firm's practice of collecting and processing correspondence
for mailing with the United States Postal Service: it is deposited with the United States Postal
Service on that same day in the ordinary course of business. I am aware that on motion of a
party served, service is presumed invalid if the postal cancellation date or postal meter date on
the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

17

18

19

I declare under penalty of perjury under the laws of the State of California that the above
is true and correct.

20

21

Executed on November 1, 2007, at Mill Valley, California.

22

23

DAVID Y. WONG

24

25

26

27

28