David Y. Wong, Attorney at Law (SBN 105031)
100 Shoreline Highway, Suite 100 B
Mill Valley, CA 94941
Tel: (415) 339-0430
Fax: (415) 332-8679

Law Office of Marc H. Greenberg
536 Mission Street, Suite 2323
San Francisco, CA 94105
Tel: (415) 442-6611

Attorneys for Defendants William Tull, Daniel Gibby and Gibby Novelties, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM TULL; DANIEL GIBBY; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE, a California Limited Liability Corporation and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 07 3947 SI<br><br>NOTICE OF WITHDRAWAL OF MOTION FOR STAY OF PROCEEDINGS<br><br>Hearing Date: November 16, 2007<br>Hearing Time: 2:00 p.m.<br>Ctrm: 10<br><br>Complaint filed: August 1, 2007 |

Defendants WILLIAM TULL; DANIEL GIBBY; GIBBY NOVELTIES, LLC hereby withdraw their pending Notice and Motion for a Stay of Proceedings in this matter. This withdrawal of motion is based on the dismissal, by Plaintiff, of the related State Court Proceeding in this matter, and the decision by the Arbitrator that despite the prior stipulation to allow this matter to be resolved by binding arbitration, Plaintiff was entitled to unilaterally withdraw the matter from that binding arbitration, resulting in the dismissal of that proceeding as

well. This notice of withdrawal is made without prejudice of the right of Defendants to seek a subsequent such motion in the event Plaintiff, whose dismissal of the State Court action was made without prejudice, reinstates that state court action at a later date.

November 8, 2007                    Respectfully submitted,

_____
DAVID Y. WONG, Esq.
MARC H. GREENBERG, Esq.
Attorneys for Defendants William Tull,
Daniel Gibby and Gibby Novelties, LLC