# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date:<u>11/16/07</u>

Case No. <u>  C-07-3947 SI  </u>          Judge: <u> SUSAN ILLSTON</u>

Title: <u>PAUL MONTIWILLO</u> -v- <u>WILLIAM TULL</u>

Attorneys: S. SommersD          D. Wong

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter:<u> </u>

## PROCEEDINGS

1)  <u> Initial Case Management Conference - HELD                                    </u>

2)  <u>                                                                              </u>

3)  <u>                                                                              </u>

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to **3/14/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **4/25/08    @ 9:00 a.m.**  for Motions
(Motion due **3/21/08**, Opposition **4/4/08** Reply **4/11/08**)

Case continued to **6/17/08   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **6/30/08   @ 8:30 a.m.**  for Trial (jury :  Days)
Discovery Cutoff: 3/14/08  Designate Experts by: 5/12/08, Rebuttal Experts:5/19/08, Expert Discovery
Cutoff:5/30/08

ORDERED AFTER HEARING: This case shall be referred to a magistrate-judge for purposes of
settlement.  The settlement conference shall occur during the first two weeks in March 2008.
Counsel shall exchange initial disclosures as soon as possible.

cc: Wings

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

Date:<u>11/16/07</u>

Case No.   <u>C-07-3947 SI</u>          Judge:  <u>SUSAN ILLSTON</u>

Title: <u>PAUL MONTIWILLO</u>  -v- <u>WILLIAM TULL</u>

Attorneys: S. SommersD            D. Wong

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter:<u> </u>

# **PROCEEDINGS**

1)   <u>Initial Case Management Conference - HELD                                         </u>

2)   <u>                                                                                 </u>

3)   <u>                                                                                 </u>

Order to be prepared by:  (   )Pltf    (   )Deft    (   )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED PART

Case continued to **3/14/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **4/25/08    @ 9:00 a.m.**  for Motions
(Motion due **3/21/08**, Opposition **4/4/08** Reply **4/11/08**)

Case continued to **6/17/08   @ 3:30 p.m.** for Pretrial Conference

Case continued to **6/30/08   @ 8:30 a.m.** for Trial (jury :  Days)
Discovery Cutoff: 3/14/08  Designate Experts by: 5/12/08, Rebuttal Experts:5/19/08, Expert Discovery Cutoff:5/30/08

ORDERED AFTER HEARING: This case shall be referred to a magistrate-judge for purposes of settlement.  The settlement conference shall occur during the first two weeks in March 2008. Counsel shall exchange initial disclosures as soon as possible.

cc: Wings