IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PAUL MONTWILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM TULL,<br><br>    Defendant.<br>_____/ | No. C 07-03947 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 14, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 14, 2008.

DESIGNATION OF EXPERTS: 5/12/08; REBUTTAL: 5/19/08.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 30, 3008.

DISPOSITIVE MOTIONS **SHALL** be filed by March 21, 2008;

        Opp. Due April 4, 2008;  Reply Due April 11, 2008;

        and set for hearing no later than April 25, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 17, 2008 at 3:30 PM.

JURY TRIAL DATE: June 30, 3008 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for purposes of settlement.  The settlement conference shall occur during the first two weeks in March 2008.
Counsel shall exchange initial disclosures as soon as possible.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                                     _____
                                                                     SUSAN ILLSTON
                                                                     United States District Judge