David Y. Wong, Attorney at Law (SBN 105031)
100 Shoreline Highway, Suite 100 B
Mill Valley, CA 94941
Tel: (415) 339-0430
Fax: (415) 332-8679

Law Office of Marc H. Greenberg (SBN 88493)
536 Mission Street, Suite 2323
San Francisco, CA 94105
Tel: (415) 442-6611

Attorneys for Defendants William Tull, Daniel Gibby and
Gibby Novelties, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM TULL; DANIEL GIBBY;<br>GIBBY NOVELTIES, LLC, et al.<br>    Defendants. | Case No. C 07 3947<br><br>STIPULATION AND ORDER FOR<br>LEAVE OF COURT PERMITTING<br>FILING OF COUNTER-CLAIM OF<br>WILLIAM TULL<br><br>Complaint Filed: August 1, 2007 |

The above parties to this litigation, Plaintiff Paul Montwillo and Defendants William Tull, Daniel Gibby and Gibby Novelties, by and through their respective attorneys of record, do hereby stipulate and agree that Defendant William Tull will be given leave of Court to file the attached Counter - Claim in the above-entitled matter. Upon filing and service, Plaintiff shall have 10 days in which to respond.

The above is so stipulated to:

For Plaintiff Paul Montwillo, Counsel of Record, Stephen Sommers, Sommers Law Group

Date: 1/4/2008        By /s/ Stephen Sommers

MONTWILLO V. TULL, ET AL. USDC Action No. C 07 3947 SI

STIPULATION AND ORDER FOR LEAVE OF COURT RE: COUNTER-CLAIM OF WILLIAM TULL

For Defendants, Counsel of Record: David Y. Wong, Attorney at Law

Date: 1/10/08         By _____

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

The foregoing request is granted by the Court. Defendant Tull shall be given leave to file the attached Counter-Claim and a responsive pleading shall be due from Plaintiff Montwillo within 10 days of filing and service.

Dated: _____

Hon. Susan Illston

United States District Judge