<u>**CIVIL MINUTES**</u>

**Chief Magistrate Judge James Larson**

**Date:** March 4, 2008

**Case No.: C 07-3947 SI  (JL)**

**Case Name:   Paul Montwillo v. William Tull, et al.,**

**Counsel Present:**      **Plaintiff**: Stephen Sommers

                                **Defendant:** David Wong

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with the following outcome:

_____          Settle

_____          Partial settlement

\_\_\_X\_\_\_          Did not settle

                      Further settlement conference ordered:        _____

**Time:**      2.0  hrs

**Comments:**

_Venice E. Thomas_
_____
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Tracy Sutton