**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 3/14/08

Case No.   C-07-3947 SI          Judge:   SUSAN ILLSTON

Title: PAUL MONTIWILLO  -v- WILLIAM TULL

Attorneys: S. Sommers          D. Wong

Deputy Clerk:  Tracy Sutton   Court Reporter:

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to  for Further Case Management Conference

Case continued to **4/25/08    @ 9:00 a.m.**   for Motions

Case continued to  for Pretrial Conference

Case continued to  for Trial (jury :  Days)
Discovery Cutoff: 3/14/08  Designate Experts by: 5/12/08, Rebuttal Experts:5/19/08, Expert Discovery Cutoff:5/30/08

ORDERED AFTER HEARING:
At the 4/25/08 motion hearing, the Court will refer this case to a further settlement conference.