David Y. Wong, Attorney at Law (SBN 105031)
100 Shoreline Highway, Suite 100 B
Mill Valley, CA 94941
Tel: (415) 339-0430
Fax: (415) 332-8679

Law Office of Marc H. Greenberg (SBN 88493)
536 Mission Street, Suite 2323
San Francisco, CA 94105
Tel: (415) 442-6611

Attorneys for Defendants William Tull, Daniel Gibby and Gibby Novelties, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual<br><br>   Plaintiff,<br><br>vs.<br><br>WILLIAM TULL; DANIEL GIBBY;<br>GIBBY NOVELTIES, LLC dba ARSENIC<br>& APPLE PIE, a California Limited<br>Liability Corporation and DOES 1 through<br>20, inclusive,<br><br>   Defendants.<br><br>And related Counter-Claim | CASE NO. C 07 3947 SI<br><br>Declaration of David Y. Wong in Support of Motion for Summary Judgment of Defendants William Tull, Daniel Gibby and Gibby Novelties, LLC<br><br>**(FRCP RULE 56(C))**<br><br>April 25, 2008<br>9:00 a.m.<br>Judge Illston, Courtroom 10<br><br>The Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Complaint filed: August 1, 2007 |

I, David Y. Wong, declare:

1.   I am an attorney licensed by the State of California, admitted to practice before this Court since 1982, and I am co-counsel for Defendants William Tull, Daniel Gibby and

Gibby Novelties, LLC. I am authorized by my clients to make this Declaration in support of their Motion for Summary Judgment, filed herewith.

2. On the afternoon of March 10, 2008, I attended the deposition of the Plaintiff, Paul Montwillo, in this action. Mr. Montwillo was represented in his deposition by his attorney, Stephen A. Sommers.

3. The Memorandum of Points and Authorities contains citations to deposition testimony of Plaintiff Paul Montwillo. Attached hereto and incorporated by reference herein are true and correct copies of the following deposition transcript pages, in full, wherein each of the cited testimony excerpts may be found. The pages attached are arranged in numerical order, as follows: Pages 41, 44, 67, 68 and 108.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am able to testify competently thereto. Executed in Mill Valley, California on March 21, 2008.

_____
David Y. Wong

**MONTWILLO DEPOSITION**

```
 1
 2
 3                UNITED STATES DISTRICT COURT
 4               NORTHERN DISTRICT OF CALIFORNIA
 5
 6  PAUL MONTWILLO, an                )
    individual,                       )
 7                                    )
                Plaintiff,            )
 8      vs.                           )   No. C 07 3947 SI
                                      )
 9  WILLIAM TULL; DANIEL GIBBY; GIBBY )   Pages 1 thru 124
    NOVELTIES, LLC dba ARSENIC & APPLE)
10  PIE, a California Limited         )        Volume I
    Liability Corporation and DOES 1  )
11  through 20, inclusive,            )
                                      )
12                                    )
                Defendants.           )
13  _____)
14
15                     Deposition of
16                     PAUL MONTWILLO
17                     March 10, 2008
18
19  Reported By:
20  JAN BROWN JONES # 4685                         COPY
21  ---------------------------------------------------------
22              JAN BROWN & ASSOCIATES
23            CERTIFIED SHORTHAND REPORTERS
24  701 Battery St., 3rd Floor, San Francisco, California 94111
25              (415) 981-3498 or (800) 522-7096
                                                              1
```

```
04:57     1   Q.   So what you were doing was, you were creating the
14:04:59  2        prototype and they would then attempt to make a
14:05:04  3        copy of that.  You were testing back and forth to
14:05:07  4        make sure you got a final version that everyone was
14:05:10  5        satisfied with.  Is that accurate?
14:05:13  6   A.   Yeah.  I was just trying to get them to accurately
14:05:16  7        copy my work, yeah.
14:05:17  8   Q.   Once you had reached agreement, was it your
14:05:19  9        understanding that once you had reached an
14:05:20 10        agreement and you were satisfied with what they had
14:05:23 11        done, they would then go into mass production to
14:05:26 12        make a number of dolls?
05:27    13   A.   Yes.
14:05:29 14   Q.   Okay.  And were they shipping finished packaged
14:05:32 15        dolls back or was packaging done here?
14:05:35 16   A.   It was done there.
14:05:36 17   Q.   It was done there.  So you got basically boxes
14:05:40 18        filled with individual packaged boxes.
14:05:43 19   A.   Yes.  I had to design the packaging as well.
14:05:47 20   Q.   And you designed the packaging as well.
14:05:50 21   A.   Yes.
14:05:50 22   Q.   Now, this is taking place -- is this taking place,
14:05:54 23        this process of going back and forth with -- was it
14:05:58 24        China?
05:59    25   A.   China.
```

41

```
 8:05      1
14:08:05   2            (Off the record at 2:08 p.m and
14:08:09   3            back on the record at 2:13 p.m.)
14:10:47   4
14:13:42   5        MR. GREENBERG:  Are you all set?
14:13:44   6        THE WITNESS:  All set.
14:13:44   7        MR. GREENBERG:  Back on the record.
14:13:49   8   Q.   Mr. Montwillo, before our break you indicated that
14:13:51   9        you licensed your designs, I believe you said to
14:13:56  10        the corporation.  I think in that respect were you
14:14:03  11        referring to the partnership and/or the LLC of
14:14:06  12        Arsenic & Apple Pie?
  4:08   13   A.   Yes.
14:14:09  14   Q.   And when you say you "licensed your designs," was
14:14:16  15        this a written license?
14:14:19  16   A.   No.  I let the company use my work.
14:14:22  17   Q.   Okay.  When you indicate you let the company use
14:14:24  18        your work, is this what you mean by licensed?
14:14:31  19   A.   Yes.  I don't know like legal terms if this is --
14:14:39  20        you know.  There was no written license.
14:14:44  21   Q.   Okay.  When you say you let the company use your
14:14:48  22        work or that you licensed it, I need to know from
14:14:53  23        you since there wasn't anything in writing, what
14:14:55  24        the terms of that license were; how long was the
  4:58   25        license of the designs to run?
```

44

| | | |
|---|---|---|
| 17:05 | 1 | in somebody's head, then I'm going to say yes, |
| 14:47:07 | 2 | don't answer that. |
| 14:47:07 | 3 | MR. GREENBERG: He can decline if there's |
| 14:47:09 | 4 | a privilege, but otherwise you can't instruct him |
| 14:47:11 | 5 | not to answer. |
| 14:47:12 | 6 | THE WITNESS: No. |
| 14:47:13 | 7 | MR. SOMMERS: I'm instructing him not -- |
| 14:47:16 | 8 | MR. GREENBERG: |
| 14:47:24 | 9 | Q. Now, you indicated that during the operation of the |
| 14:47:31 | 10 | partnership, the LLC, that you were involved in |
| 14:47:35 | 11 | designing the packaging for the dolls. Is that |
| 14:47:40 | 12 | right? |
| 47:41 | 13 | A. Yes. |
| 14:47:41 | 14 | MR. GREENBERG: Let's take a moment. |
| 14:48:16 | 15 | |
| 14:48:16 | 16 | (Off the record at 2:48 p.m. and |
| 14:48:19 | 17 | back on the record at 2:50 p.m.) |
| 14:48:20 | 18 | |
| 14:50:38 | 19 | (Whereupon photocopies of Doll |
| 14:50:38 | 20 | boxes were marked for identification as Defendants' Exhibit No. 5.) |
| 14:50:40 | 21 | |
| 14:50:47 | 22 | MR. GREENBERG: |
| 14:50:47 | 23 | Q. Mr. Montwillo, I'm going to hand you two boxes |
| 14:50:52 | 24 | first, which I'll represent for purposes of the |
| 50:56 | 25 | record are the first and second edition of the |

67

| | | |
|---|---|---|
| 50:59 | 1 | Trailer Trash Collectible Doll and ask you to take |
| 14:51:05 | 2 | a look at both of these. |
| 14:51:07 | 3 | Have you seen these before? |
| 14:51:13 | 4 | A. Yeah. |
| 14:51:13 | 5 | Q. Are these packages that you designed? |
| 14:51:16 | 6 | A. Yes, they are. |
| 14:51:19 | 7 | Q. And what I am going to do now is hand you what has |
| 14:51:21 | 8 | been marked as Defendants' Exhibit No. 5, and I'll |
| 14:51:25 | 9 | ask you to take a look at that with the boxes in |
| 14:51:28 | 10 | front of you and I'll represent for purposes of the |
| 14:51:30 | 11 | record, that this is a photocopy of the back of |
| 14:51:36 | 12 | each of the two boxes. And what I want you to do |
| 51:38 | 13 | is just preliminarily confirm for me that this is |
| 14:51:43 | 14 | an accurate photocopy, so we can work from the |
| 14:51:47 | 15 | documents rather than the boxes because we can't |
| 14:51:50 | 16 | attach the boxes to the deposition record. Okay? |
| 14:51:52 | 17 | So all I am trying to do is to verify -- |
| 14:51:53 | 18 | there's two pages here -- |
| 14:51:54 | 19 | A. Right. |
| 14:51:53 | 20 | Q. -- one is for one of the boxes for the first |
| 14:51:57 | 21 | edition and one is for the second. And I just want |
| 14:52:00 | 22 | to verify that I have got it right. |
| 14:52:03 | 23 | A. Yeah. It's a bit illegible, the photocopy, but -- |
| 14:52:07 | 24 | Q. Yes, it's hard to read in the photocopy. But to |
| 52:07 | 25 | your understanding this is correct? |

68

| | | |
|---|---|---|
| 03:19 | 1 | A.  Yes. |
| 16:03:23 | 2 | MR. SOMMERS: I'll object to the extent |
| 16:03:25 | 3 | that that requests a legal conclusion. |
| 16:03:38 | 4 | MR. GREENBERG: |
| 16:03:43 | 5 | Q.  Mr. Montwillo, your counsel filed on your behalf |
| 16:03:46 | 6 | what are referred to by lawyers as initial |
| 16:03:52 | 7 | disclosures, and those initial disclosures include |
| 16:03:56 | 8 | lists of witnesses and other elements in the case. |
| 16:03:59 | 9 | I need to find out who some of these people are, so |
| 16:04:03 | 10 | I'm going to ask you some questions about that. |
| 16:04:05 | 11 | I'm not asking you about any of the legal |
| 16:04:07 | 12 | conclusions, if any there are in this disclosure, |
| 04:10 | 13 | but I need to find out who these people are.  All |
| 16:04:13 | 14 | right? |
| 16:04:14 | 15 | A.  Okay. |
| 16:04:14 | 16 | Q.  Can you tell me, please, who Eloise Clark is? |
| 16:04:20 | 17 | A.  No.  Eloise Clark? |
| 16:04:23 | 18 | Q.  E-L-O-I-S-E Clark it says will testify that Gibby |
| 16:04:28 | 19 | Novelties, LLC sold the copyrighted dolls.  Do you |
| 16:04:32 | 20 | know who that person is? |
| 16:04:34 | 21 | MR. SOMMERS: I think she's the |
| 16:04:35 | 22 | accountant or bookkeeper for Gibby Novelties. |
| 16:04:40 | 23 | MR. GREENBERG: |
| 16:04:41 | 24 | Q.  Would it be fair to say you don't know who that |
| 04:43 | 25 | person is? |

108