IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL MONTWILLO,    No. C 07-03947SI

    Plaintiff,    **NOTICE**

v.

WILLIAM TULL,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for summary judgment has been continued to Friday, April 25, 2008, at 9:00 a.m.

Dated: March 24, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk