STEPHEN A. SOMMERS, SBN 225742
Sommers Law Group
870 Market Street, Ste. 1142
San Francisco, CA 94102
(415) 839-8569 (Telephone)
(415) 956-0878 (Fax)
ssommers@sommerslaw.com

Attorney for Counter-defendant
Paul Montwillo

SOMMERS LAW GROUP

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM TULL, an individual; DANIEL GIBBY, and individual; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE, a California limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07 3947 SI<br><br>DECLARATION OF PAUL MONTWILLO IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGEMENT<br><br>**Date: April 4, 2008**<br>**Time: 9:00 a.m.**<br>**Court: 10, 19th Floor**<br>**Judge: Honorable Susan Illston** |
| WILLIAM TULL, an individual;<br><br>Counter-Claimant,<br><br>vs.<br><br>PAUL MONTWILLO, an individual, and DOES 21 through 30, inclusive,<br><br>Counter-Defendants | Complaint Filed: August 1, 2007<br>Counterclaim Filed: January 11, 2008<br><br>Trial Date: June 30, 2008 |

I, Paul Montwillo, by personal knowledge, hereby declare that if called to testify I could and would attest to the following:

Page 1 of 7

Montwillo, et al. v. Tull et al., SF Superior Ct Case No. CGC-05-442352
DECLARATION OF PAUL MONTWILLO IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGEMENT

1. In approximately 1994, I was in a Toys-r-Us store and noticed a wig for a 12 inch doll and immediately thought "drag queen." I bought the wig, a Barbie Doll, and made a "Drag Queen Barbie Doll," which was actually a three-dimensional caricature of my friend Brian O'Rourke who often dressed as a "drag queen" for Halloween. Before I created this doll. I had not nor have I since, ever seen another drag queen Barbie Doll made before this time. I made the caricature of O'Rourke and gave it to him as a gift.

2. The three dimensional caricature of O'Rourke I made was a big hit with my friends, who in turn encouraged me to produce others. I did. I made several other "drag queen" dolls then branched out into a wide-variety of caricature Barbie Dolls. For example, I produced a caricature of "Carrie," the central character played by Sissy Spacek in the classic 1976 horror film of the same name directed by Brian DePalma and written by Stephen King. On the political-side, I also created a caricature doll of then San Francisco mayor Willie Brown. I also created caricatures of other classic American cultural icons, such Grant Wood's famous 1930 painting American Gothic of a farm couple standing in front a white house, with Barbie as the wife. However, at that time, my most popular creation was a doll called "Trailer Trash Barbie." I originally created "Trailer Trash Barbie" as a pregnant Barbie Doll in denim skirt, smoking a cigarette and holding a pig. I made several versions of the "trailer trash" doll, including a pregnant Barbie holding a beer and smoking a cigarette. As a matching piece to the Trailer Trash Barbie, I made a male doll that had a "mullet" style hair cut (short in the front and long in the back).

3. In the summer of 1996, I lived with my domestic partner Woody Evans, who at the time was the store manager at In-Jean-ious Active, a store owned by Tull, located in San Francisco on Castro Street near Market Street. On my behalf, Evans displayed some of my doll creations at In-Jean-ious Active. My dolls created such a stir with customers that Evans asked me to make some to sell during the 1996 Christmas holiday season. I did so. In addition to attracting some sales, the dolls also attracted the attention of Mattel, Inc., the producer of Barbie Doll. Mattel, Inc. filed a lawsuit against me (for privacy concerns, I used the name Paul Hansen,

SOMMERS LAW GROUP

Hansen being my mother's maiden name) and In-Jean-ious Active. *Ibid.* Mattel's lawsuit generated media interest in my dolls. Attached hereto as Exhibit A are true and accurate copies of some of the news articles about my dolls from this period. In-Jean-ious and I both eventually settled with Mattel. I did so by promising not to sell any dolls packaged in the color pink or using the word "Barbie." Otherwise, I was free to create parody Barbie Dolls in pink boxes, but not to sell any.

4. Undeterred by the restrictions contained in the settlement agreement, in 1997 Tull and I entered into a partnership to create and distribute my dolls. In the fall of 1998, Tull and I converted our partnership into a limited liability company, and registered it with the State of California as Arsenic & Apple Pie, L.L.C. ("AAP"). At some time soon thereafter, Tull and I, with the assistance of Tull's attorney David Wong, entered into negotiations over the new company's Operating Agreement ("Operating Agreement"). Several drafts were created and edited before the final version was executed in May 2000. During the negotiations, I removed from the Operating Agreement any language that would transfer my rights to the intellectual property of my dolls to AAP. The end result being that the final Operating Agreement, which was drafted by Tull's attorney David Wong, is silent with regards to ownership of intellectual property. A true and accurate copy of the executed Operating Agreement is attached hereto as Exhibit B.

5. By the terms of the Operating Agreement, Tull and I are the only members and have equal status. The Operating Agreement provides that both of us equally contribute 50% of the initial start-up capital - $2,500 each ($5,000 total). Tull loaned me $2,500 for my half of the initial capital contribution. Tull also contributed $2,500 for himself. Further, the Operating Agreement provides that Tull and I have 50% ownership and control.

6. At no time did I have any other relationship with AAP besides a Managing Member, specifically I was never an employee of AAP nor was I ever hired by AAP as an independent contractor.

7. Over the course of the next few years, I tweaked my prior doll designs for the purposes of mass production. I worked with an overseas manufacturer to develop workable prototypes for the five dolls that are subject to this litigation. Three of the five prototype dolls were manufactured by AAP – the Red Hair Drag Queen Doll, the Blonde Drag Queen, and the Trailer Trash Doll. I also created prototypes for the other two dolls subject to this litigation, but those two dolls were not manufactured by AAP -- the Pregnant Doll and the Mullet Doll.

8. I also contributed to AAP within the areas of responsibility designated in the Operating Agreement. Among my other duties, I designed AAP's product packaging, drafted the content for the packaging, hired a web designer and supervised AAP's website. I developed other products, such as watches and t-shirts, some which were produced and some that were not. I engaged in marketing and advertising as well.

9. Tull contributed to AAP within the scope of his designated areas of responsibility as well. He also loaned AAP funds pursuant to loan sections of the Operating Agreement, but at no time did Tull increase his capital contribution as defined in the Operating Agreement. Although AAP manufactured and sold many dolls, I was never paid any proceeds. All revenues were either poured back into production or used to pay-off Tull's private loans to the company.

10. Faced with mounting personal debt and no proceeds from AAP, in March 2002, I filed in pro per a petition for personal bankruptcy under chapter 7. Since I had never made any money from the artwork upon which the dolls were made, I did not list the artwork in my bankruptcy petition. The court closed my chapter 7 filing, entering the final decree on October 28, 2002.

11. Over a year later, on behalf of Tull, attorney Wong sent me a letter dated April 7, 2003. A true and accurate copy of Wong's April 7, 2003 letter is attached hereto as Exhibit C. In this letter, Wong advised me that since I filed a petition for bankruptcy, Tull was purchasing my membership share for what Tull calculated was the fair market value -- one dollar ($1.00). Wong further advised me that if I did not contact Tull or himself within 30 days to object, AAP would adopt the $1.00 valuation and execute the purchase.

SOMMERS LAW GROUP

12. Tull and I entered into negotiations pursuant to the Operating Agreement over the price of my membership and reached an oral agreement of $16,000. But, Tull did not pay that amount or any other. By letter dated May 2, 2003, I advised Wong that Tull had yet to submit payment of $16,000. Attached hereto is as Exhibit D a true and accurate copy of my May 2, 2003 letter to Wong. By letter dated May 31, 2003, Wong sent me a draft purchase agreement. Attached hereto is as Exhibit E a true and accurate copy of Wong's my May 31, 2003 letter and the draft purchase agreement.

13. Over the next month, I made handwritten changes on the draft purchase agreement. By letter dated June 30, 2003, I advised Wong that I was willing to accept the offer of $16,000 provided Tull accept my handwritten changes. Attached hereto is as Exhibit F a true and accurate copy of my June 30, 2003 letter to Wong. Wong redrafted the purchase agreement and it was given to me for acceptance. Attached hereto is as Exhibit G a true and accurate copy of the revised purchase agreement.

14. The agreement was not executed by either party and Tull withdrew the offer.

15. The next communication I received from Wong was a letter dated June 23, 2004, indicating that Tull had abandoned his attempt to re-purchase my membership. Attached hereto is as Exhibit H a true and accurate copy of Wong's June 23, 2003 letter to me. In the letter, Wong advised me that instead of re-purchasing my membership, Tull was going to simply dissolve AAP. Wong further advised me that Tull was able to do so because Tull did not hold a membership meeting with himself within 90 days of learning of my bankruptcy petition, and pursuant to section 9.1(a) of the Operating Agreement, AAP automatically dissolves under such circumstances. Wong also advised me that Tull elected himself as the Liquidating Manager. I completely dispute the facts in Wong's letter. I told Tull well in advance of filing for bankruptcy that I intended to do so. At no time did he say that he would dissolve the company as a consequence.

16. By letter dated July 3, 2004, Wong advised me **for the first time** that AAP was claiming to the intellectual property rights to the five dolls that I created that are subject to this

Page 5 of 7

Montwillo, et al. v. Tull et al., SF Superior Ct Case No. CGC-05-442352
DECLARATION OF PAUL MONTWILLO IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGEMENT

SOMMERS LAW GROUP

litigation. Attached hereto is as Exhibit I a true and accurate copy of Wong's July 3, 2004 letter to me.

17. By letter dated July 8, 2004, I told Wong that I was exploring my rights, which I intended to assert and defend. Attached hereto is as Exhibit J a true and accurate copy of my July 8, 2004 letter to Wong.

18. By letter dated July 13, 2004, I advised Wong that as an equal managing member of AAP, he did not concede to the dissolution. Attached hereto is as Exhibit K a true and accurate copy of my July 13, 2004 letter to Wong. In this letter I told Wong that "I hold the copyrights to all my designs, not the company."

19. By letter dated July 16, 2004, Wong advised me that AAP was going to execute the dissolution, but he did not tell me when it would happen. Attached hereto as Exhibit L is a true and accurate copy of Wong's July 16, 2004 letter.

20. By letter dated July 20, 2004, Wong told me that since I declared bankruptcy he had no "grounds upon which to object to the dissolution of the Company." Attached hereto is as Exhibit M a true and accurate copy of Wong's July 20, 2004 letter to me Wong. In this letter, Wong told me that AAP was the sole owner of all of the intellectual property rights to the copyrights and trade names. He further threatened me by telling me to stop using AAP letterhead or I would be facing a lawsuit.

21. On July 2, 2004, I registered with the Copyright Office and was issued registrations for "Talking Pregnant Trailer Trash Doll, aka Trash Talking Trixie" registration number VAu 631-337 and "Trailer Trash Roy Doll, aka Bubba, aka Mullet Doll," registration number VAu 631-338. A true and accurate copy of those registrations is attached hereto as Exhibit N. On July 13, 2004, I registered with the Copyright Office and was issued registrations for the following dolls: (1) "Redhead Drag Queen Doll," registration number VA 1-271-341; (2) "Trailer Trash Doll," registration number VA 1-271-342; and (3) "Blonde Drag Queen Doll," registration number VA 1-271-343. A true and accurate copy of those registrations is attached hereto as Exhibit O.

Page 6 of 7

Montwillo, et al. v. Tull et al., SF Superior Ct Case No. CGC-05-442352
DECLARATION OF PAUL MONTWILLO IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGEMENT

SOMMERS LAW GROUP

22. Shortly thereafter, I looked around for an attorney and finally hired attorney Curtis Smolar. By letter dated September 22, 2004, Smolar contacted Wong to tell him to stop the dissolution proceedings. It was only after time did I learn that Tull had already liquated AAP and sold its assets, including my copyrights, to himself, then to Daniel GIbby, and then Gibby sold them to GN. Attached hereto as Exhibit P is a true and accurate copy of Smolar's September 22, 2004 letter to Wong.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 20, 2008.

Paul Montwillo

San Francisco, California

SOMMERS LAW GROUP

# EXHIBIT A

San Francisco Examiner

# LIFORNIA

ND NORTHERN CALIFORNIA

**Black English:** [illegible]

# Messin' with Barbie

...ator of the now-famous ...iler Trash version says ...'got a hobby gone mad'

[illegible]

**Paul Hansen** [illegible]

# Some get to file tax form by phone

For the 1.6 million Californians who are eligible, returns can be done in just a 10-minute call

By Doug Willis

SACRAMENTO [illegible]

[illegible] about 10,000 Californians file their returns by telephone. The Franchise Tax Board [illegible]

[illegible] that health.

TeleFile is available [illegible] day. [illegible] After you answer those questions [illegible] TeleFile [illegible] a confirmation number [illegible]

Most taxpayers eligible to use TeleFile will be getting refunds, and a big attraction is the Franchise Tax Board's [illegible]

You can also use TeleFile [illegible] additional [illegible] TeleFile tax [illegible] with your check [illegible] money. [illegible] penalties.

In addition to the income and marital status [illegible], TeleFile users [illegible] standard deduction, [illegible] interest [illegible]

See TAXES, C-6



> Mattel is 'begging for one of these judges to give them a black eye.'
> — *Nissan attorney Robert Schwartz*

and is trying to assert a monopoly.

"They really are begging for one of these judges to give them a black eye," says Schwartz. "It's one thing to go after someone without a lot of resources, but going after MCA and Nissan, they're in for a bruiser. We are not going to roll over."

**PARODY OR STEREOTYPE?**

In *Mattel v. Hanson*, 97-0012, the El Segundo-based toy maker takes issue with what it considers the artist's negative portrayal of Barbie. The "Trailer Trash" doll sports a bad dye job, a cigarette dangling from her lip, a piglet or baby in her arms and a cartoon bubble that reads "My Daddy Swears I'm the Best Kisser in the County!"

Drag Queen Barbie is essentially a Ken doll dressed in Barbie clothes and [illegible] Prostitute Barbie [illegible]

BARBIE [illegible]

**NO POETIC LICENSE**

Just how jealously Mattel guards its Barbie trademark was demonstrated recently in the opening salvo of a dispute involving Oakland poet Matt Pico, who wrote "Barbie in Her Women's Group" for a poetry workshop in 1992.

"We were all assigned the task of writing poems about Barbie," he says.

The name "Barbie" appears only in the title. The poem, which consists of six four-line stanzas, portrays what Pico described in an interview as a "disconsolate" woman.

"OK, so I've been drinking, who'd stay sane/with no career, just Dreamhouse floors to clean?" the narrator laments.

Though she was "once worshipped as the Standard of American beauty, the grown-up Barbie feels put down by other women in her group. "'Oppressed domestic worker's what you say,/but stupid fucking housewife's what you mean,'" she tells them.

As of Monday, online readers had accessed the site a total of 49 times since it was first posted in February.

Nevertheless, William Dunnegan, a New York attorney representing Mattel, sent an Oct. 21 letter to Pico's Internet service provider, demanding that it remove the poem from the World Wide Web. Dunnegan asserted that the page (http://www.idiom.com/~poet/barbie.html) "unlawfully diluted the Barbie trademark."

But David Sharnoff, who operates the Internet provider, Idiom Consulting, said he is ignoring the [illegible]

---

# The Daily Opinion Service is fast, but is there an even faster way to get the latest court decisions?

**A:** Yes, it's Cal Law (www.callaw.com). Cal Law sends you an e-mail message every afternoon with summary information about all the appellate cases that will be in the next day's California Daily Opinion Service. And if you want to read the cases in full text, they're available on Cal Law a day early too.

**Q:** You mean, if I subscribe to Cal Law, I'll receive this afternoon the same appellate case information that will be in the newspapers tomorrow?

**A:** That's right.

**Q:** Excellent. How much is Cal Law?

**A:** It's completely free to *Recorder* subscribers. Others pay $8.95 a month.

CAL LAW

www.callaw.com

# ...rning We Have Visitors With Us

TOYS

# Barrister Barbie? Mattel Plays Rough

By LISA BANNON
Staff Reporter of THE WALL STREET JOURNAL

For the past eight years, the Great Lakes Chapter of the Barbie Collectors Club has held an annual fund-raiser for children's charities. Called the "Barbie Grants a Wish" weekend, the group sells Barbie dolls and donates the proceeds, about $120,000 over the years, to critically ill children around Troy, Michigan.

But something will be missing from the Troy fund-raiser this year: The organizers received a cease and desist letter from Barbie's maker Mattel Inc. demanding that it remove the Barbie name from the event. Mattel says it will not lend its name to any event it does not officially sanction.

"We call it the doll formerly known as Barbie," huffs Nonie Bergmann, a club member.

For nearly four decades the plastic princess has favored Malibu outfits, cashmere coats and pink pantsuits. But lately she's taken to suits. Very expensive lawsuits.

Mattel is so serious about pursuing suspected copyright poachers that it is waging one of the corporate world's most aggressive trademark wars. "The more popular the brand becomes, the more aggressive we have to become," declares Michele Mcshane, the company's senior counsel. "We have an intellectual property, not a doll. We vigorously look for and pursue any and all infringements."

The company considers an infringement to be any unauthorized use for another's commercial benefit. In addition, Mattel will also pursue uses it considers "libelous or objectionable matter particularly for our target audience of girls ages 3 to 11," says spokesman Sean Fitzgerald.

**'I THINK OF BARBIE as a universally-accepted vehicle that kids project their imaginations into. We have an obligation to keep it pure,' explains Bruce Stein, Mattel's chief operating officer.**

The perpetrators, indeed, are everywhere. There are battered Barbies on the Internet and 12-step Barbies in poetry books. Mattel is now in final negotiations with the Body Shop to resolve the issue of the British company's current ad campaign featuring a fat Barbie look-alike lounging on a sofa.

Last spring Mattel filed suit against a doll collector's magazine that pictured the teen-age bombshell with cigarettes and champagne. The company sued Seagram Co.'s MCA Records for a hit record that calls the doll a "blond bimbo girl" and Nissan for its car commercial with a look-alike Barbie and Ken. Mattel also sent cease-and-desist letters to Web site artist Reg Case who pictured Barbie, who is forever single, visibly pregnant.

Many of the suits target damaging corporate copycats, or images that denigrate the brand, Mattel says. "I think of Barbie as a universally accepted vehicle that kids project their imaginations into – we have an obligation to keep it pure," explains Bruce Stein, Mattel's chief operating officer. "We can't go through every [unauthorized use] to see how it's used. We have to have one rule – you can't use it."

But Mattel's aggressive approach risks alienating consumers and fans who don't understand the legal fine points. Mattel has notified all collectors' clubs that they can no longer use the Barbie name unless they agree to an official license, which has confused and enraged some members. And as lawsuits multiply in courtrooms across Barbieland, even some courts have grown weary of Barbie's briefs.

Consider the case of Paul Hansen. Several years ago, the San Francisco-based artist created a line of satirical dolls featuring Exorcist Barbie, Tonya Harding Barbie and Drag Queen Barbie. He sold about 150, for a profit of about $2,000. Mattel quickly slapped him with a lawsuit – claiming $1.2 billion in damages.

Mr. Hansen vowed to never sell his creations in stores again – only through art galleries with the proceeds going to charity. But Mattel's lawyer still wanted to go to trial to collect damages and win a stricter definition of "art gallery." After nearly a year of litigation, even the judge lost patience.

"Look, ma'am, have you ever had in your experience a defendant who has laid

*Please Turn to Page B8, Column 3*

DRUGS

# FDA to Watch Drug Switching, Sales Practices

By BRUCE INGERSOLL
Staff Reporter of THE WALL STREET JOURNAL

WASHINGTON – The government intends to hold the nation's big drug makers accountable for any marketing misdeeds committed by their subsidiaries in the booming $45 billion-a-year business of managing prescription-drug benefits.

Under guidelines issued yesterday, the Food and Drug Administration would – for the first time – regulate the advertising and marketing practices of pharmacy benefit-management companies, or PBMs, the same way it regulates the drug makers' promotion activities.

An estimated 115 million Americans are enrolled in PBM-run prescription drug plans. Eli Lilly & Co.'s PCS Health Systems Inc. unit alone provides coverage for [illegible] million people.

The FDA's first regulatory foray into the managed-care field reflects deepening concern over the marketing clout of huge PBMs acquired by Merck & Co., SmithKline Beecham PLC and Lilly in recent years, and the widespread practice of "drug switching."

One concern is that, in the fight for market share, PBMs owned or controlled by drug manufacturers push their products on medical-insurance companies and health maintenance organizations, sometimes to the detriment of patient care. Another is that those PBMs often persuade doctors to switch patients to less drugs by making misleading

*Please Turn to Page [illegible]*

... a time showed me how to function the ... and understand how the ... applied to my work," says ... school graduate Alan White, ... director of interactive strategy for J. Walter Thompson, a New York ad agency. "It was well worth it."

Fortunately, the Mizgorskis didn't have to wrestle with those perplexing questions. On Valentine's Day, a voice on their answering machine congratulated Brenda for being accepted at Wharton. The message ended with no mention of Marc. "But the next message was from the same gentleman, welcoming Marc into the program," Brenda says.

... and contorted facial muscles. ... months ago, Emory University ... implanted a deep-brain stimulation device in Father Velonis. "The surgery was 10 ½ hours and scary as all get out," he says. "But I would do it again in ..."

... machines or ... pinpoint the nerve in the throat that could automatically move the animal's tongue and clear its airway. Ultimately, his work led to a

Please Turn to Page B10, Column 5

**Leave the Heavy Lifting to Us**

If the bill is for "opening" a case file, it's possible your lawyer is literally

... be merely secretarial, even though it ...

Please Turn to Page B12, Column 5

## ...rning We Have Visitors With Us

...cently quit as the head of Smith Barney's ... mutual funds operation in a much-publicized career change.

"Well, some people think so and some people aren't so sure," Mr. Rubin said ...

Apparently not fascinated, the kids switched to lifestyle topics, asking the men about their favorite sports and their pets.

Mr. Weill let on that he prefers golf and has a little dog, a bichon frise named Clementine. Mr. Rubin briefly looked stumped, then recovered to say that his family has two cats, Max and Sophie, that he doesn't get to see too often.

Mr. Rubin said he likes to watch basketball and play tennis, but he didn't try to wow the kids by dropping the names of his heavy-hitting playing partners.

The toughest question of the 20-minute session came from Danielle, 12. She asked the men to name their best friends. Mr. Weill was quick to say, "My wife."

Mr. Rubin wavered. "I think I'd better say my wife," he said, then quickly reconsidered. "Alan Greenspan?" he wondered aloud, referring to the man most often credited with steering the U.S. economy away from recessionary shoals throughout Mr. Rubin's time in Washington.

"No," he finally decided, "my wife."

TOYS

# Barrister Barbie? Mattel Plays Rough

By Lisa Bannon
*Staff Reporter of The Wall Street Journal*

For the past eight years, the Great Lakes Chapter of the Barbie Collectors Club has held an annual fund-raiser for children's charities. Called the "Barbie Grants a Wish" weekend, the group auctions Barbie dolls and donates the proceeds, about $120,000 over the years, to critically ill children around Troy, Michigan.

But something will be missing from the Troy fund-raiser this year. The club received a cease-and-desist letter from Barbie's maker **Mattel** Inc. demanding that it remove the Barbie name from the event. Mattel says it will not lend its name to any event it does not officially sanction.

"We call it the doll formerly known as Barbie," huffs Norma Bergmann, a club member.

For nearly four decades the plastic princess has fancied Malibu convertibles, cashmere coats and pink pantaloons. But lately she's taken to suits. Very expensive lawsuits.

Mattel is so serious about pursuing suspected copyright poachers that it is waging one of the corporate world's most aggressive trademark wars. "The more popular the brand becomes, the more aggressive we have to become," declares Michele McShane, the company's senior counsel. "We have an intellectual property, not a doll. We vigorously look for and pursue any and all infringements."

The company considers an infringement to be any unauthorized use for another's commercial benefit. In addition, Mattel will also pursue uses it considers "libelous or objectionable matter particularly for our target audience of girls ages 3 to 11," says spokesman Sean Fitzgerald.

**'I THINK OF BARBIE as a universally-accepted vehicle that kids project their imaginations into. We have an obligation to keep it pure,' explains Bruce Stein, Mattel's chief operating officer.**

The perpetrators, indeed, are everywhere. There are battered Barbies on the Internet and 12-step Barbies in poetry books. Mattel is now in final negotiations with the Body Shop to resolve the issue of the British company's current ad campaign featuring a fat Barbie look-alike lounging on a sofa.

Last spring Mattel filed suit against a doll collector's magazine that pictured the teenage bombshell with cigarettes and champagne. The company sued **Seagram** Co.'s MCA Records for a hit record that calls the doll a "blond bimbo girl" and Nissan for its car commercial with a look-alike Barbie and Ken. Mattel also sent cease-and-desist letters to Web site artist Reg Case who pictured Barbie, who is forever single, visibly pregnant.

Many of the suits target damaging corporate copycats, or images that denigrate the brand, Mattel says. "I think of Barbie as a universally accepted vehicle that kids project their imaginations into — we have an obligation to keep it pure," explains Bruce Stein, Mattel's chief operating officer. "We can't go through every [unauthorized use] to see how it's used. We have to have one rule — you can't use it."

But Mattel's aggressive approach risks alienating consumers and fans who don't understand the legal fine points. Mattel has notified all collectors' clubs that they can no longer use the Barbie name unless they agree to an official license, which has confused and enraged some members. And as lawsuits multiply in courtrooms across Barbieland, even some courts have grown weary of Barbie's briefs.

Consider the case of Paul Hansen. Several years ago, the San Francisco based artist created a line of satirical dolls featuring Exorcist Barbie, Tonya Harding Barbie and Drug Queen Barbie. He sold about 150, for a profit of about $2,000. Mattel quickly slapped him with a lawsuit — claiming $1.2 billion in damages.

Mr. Hansen vowed to never sell his creations in stores again — only through art galleries with the proceeds going to charity. But Mattel's lawyer still wanted to go to trial to collect damages and win a stricter definition of "art gallery." After nearly a year of litigation, even the judge lost patience.

"Look, ma'am, have you ever had in your experience a defendant who has laid

Please Turn to Page B10, Column 3

DRUGS

# FDA to Watch Drug Switching, Sales Practices

By Bruce Ingersoll
*Staff Reporter of The Wall Street Journal*

WASHINGTON — The government intends to hold the nation's big drug makers accountable for any marketing misdeeds committed by their subsidiaries in the booming $45 billion-a-year business of managing prescription-drug benefits.

Under guidelines issued yesterday, the Food and Drug Administration would — for the first time — regulate the advertising and marketing practices of pharmacy benefit-management companies, or PBMs, the same way it regulates the drug makers' promotion activities.

An estimated 115 million Americans are enrolled in PBM-run prescription drug plans. Eli Lilly & Co.'s PCS Health Systems Inc. unit alone provides coverage for 5[illegible] million people.

The FDA's first regulatory foray into the managed-care field reflects deepening concern over the marketing clout of huge PBMs acquired by **Merck** & Co., **SmithKline Beecham** PLC and Lilly in recent years, and the widespread practice of "drug switching."

One concern is that, in the fight for market share, PBMs owned or controlled by drug manufacturers push their products on medical-insurance companies and health-maintenance organizations, sometimes to the detriment of patient care. Another is that those PBMs often persuade doctors to switch patients to less ... drugs by making misleading ...

Please Turn to Page P...

# OUT THERE

**by Chris Cutwell and Pithy Galore**

For those of you who didn't read about it in the *New York Times*, **Sarah Pettit**, editor in chief of *Out* magazine, has been ousted by **Henry E. Scott**, the president of Out Publishing Inc. The news came as something of a shock to Pettit, who, at *Out*'s recent party celebrating its annual list of 100 most influential gay men and lesbians, had been thanked by Scott for doing a great job in her five years at the helm.

Ousted from Out: Sarah Pettit

Indeed, according to the *Times*, Pettit's handling of *Out* magazine has been so steady that "the magazine expects to turn a profit before the end of this month." For her part, Pettit, whose contract was up for renewal in February, was quoted in the *Times* as saying, "I am contemplating a breach-of-contract lawsuit and possibly charging sex discrimination."

Scott called the charges of sex discrimination "bizarre and preposterous," and said he dismissed Pettit because "he was not happy with the direction of the magazine." He also said the monthly's tone had become "too impersonal," that the product "lacked focus," and that he wanted more "service-oriented journalism about how gay people live their lives."

Well, we recognize some of these complaints as the standard-issue whines of trigger-happy publishers, but the latter confabulation, "service-oriented journalism," has us mystified. Isn't that an oxymoron, a complicated way of saying "paid advertisement?" In his recent book *The Rise and Fall of Gay Culture*, **Daniel Harris** lamented the corrosion of Madison Avenue on queer journalism. Some folks dismissed Harris as a paranoid crank, but it looks to us like we're about to see a classic demonstration of his thesis.

## Plastic princess

Oh, that **Barbie**, she may only be plastic doll, but she can duke it out with the best of 'em. Local artist **Paul Hansen** can attest to that. Last year, during the Yuletide, Mr. Hansen tried selling modified versions of Barbie — **Trailer Trash Barbie**, **Drag Queen Barbie**, and **Big Dyke Barbie** — at a store on Castro Street. Sales were brisk, but Hansen's gig was quickly nixed when suits at Mattel, Barbie's creator, slapped Hansen with a hefty lawsuit for defacing their precious artifact of popular culture.

According to a recent story in the San Francisco legal newspaper *The Recorder*, Hansen agreed to stop selling his un-Barbies, but that wasn't enough for Mattel, which also demanded that Hansen stop displaying the dolls in art galleries.

In its case against Hansen, Mattel is arguing that the artist's depictions of Barbie are too negative, in particular Barbie Trailer Trash, which shows Barbie with a bad dye job and a cigarette hanging from her mouth, and Drag Queen Barbie, a Ken doll "dressed in Barbie clothes and wearing a wig." According to *The Recorder*, Hansen has also fashioned a **Prostitute Barbie** with accessories that include a condom, a ... and a negligee.

"Hansen's derivative dolls associate Mattel's Barbie line with such antisocial themes as prostitution, child molestation, incest, violence, and the stereotyping and ridiculing of gay people," one of Mattel's lawyers wrote in a reply to inquiries made by *The Recorder*.

We don't want to tell **Hansen** how to proceed, but we think the appropriate rejoinder to that clueless missive would be to point out Mattel's continued backing of a product that promotes anorexia (ever seen a hefty Barbie?), racism (Barbie is almost always white), and the general dehumanization of women.

## Hollywood royalty

Superstar **Faye Dunaway** never materialized, as rumored, at either the Friday or Saturday runs of *Christmas with Christina Crawford* at the Castro, but we're pretty sure the ghost of **Joan Crawford** was in the house (perhaps sitting within spitting distance of that malfunctioning fog machine). Still, Joan's shade didn't stop her adopted daughter Christina from serving up a little JC dish at Castro impresario **Marc Huestis**' long-awaited event. When interviewer **Erik Lee Preminger** (Otto's son) asked why JC insisted on keeping the temperature on movie sets hovering just above freezing, Christina quipped, "She had ongoing menopause — I think she had it all her life," adding that her mother's New York apartment "was always cold."

Still, while Crawford took a few playful swipes at her famously ill-tempered mother, this event wasn't the Joan Crawford crucifixion that several fanatical fans we know thought it was going to be. If anything, Christina C., who seems like a really down-to-earth person, was circumspect, if not reverential, toward her mother. Oh, it's true, she pulled a decorated wire hanger from a bag to give to the winner of the grab-bag contest, but it was hardly lost on most viewers that Crawford never went for the kill.

And there were plenty of opportunities. Like when Preminger asked Crawford to explain why she doesn't like the film version of her book. To our surprise, Crawford, instead of ticking off a list of faults, deferred to Preminger's litany of woes about the film and then side-stepped the whole thorny issue by complimenting the film's make-up people. In another instance, Crawford had a heartwarming anecdote about how her mother once saved her from a rampaging bull.

Though she didn't offer up much on the subject of the film itself, Crawford did reveal that *Mommie Dearest* was originally slated to be directed by **Franco Zeffirelli**, not **Frank Perry**, and that **Anne Bancroft** was to play the lead, not Dunaway. Finally, on the subject of her being blacklisted from Hollywood circles after the publication of the book, Crawford said, "People did ostracize me, and it was a little insincere, because people in Hollywood had known about our household; everyone knew what she [Crawford] had done to stop my career [as an actress]. In a sense, this was a case of killing the messenger for bearing bad news."

What's up next in Hag of Hags? Stay tuned to this column and find out.

From Sarah Strohmeyer's book, *Barbie Unbound*

## Politics and tube so...

Last Wednesday, we made our way over to swank ... 11th Street to join our ... for the annual *B.A.R.* ... As in years past, we were again stunned to death by the magnificent spread of ... copious quantities of alcohol ... bar bill alone was $1,... intimate gathering), and a ... list that included everyone ... **Sweet Lips** (looking ... in a rhinestone-studded ...) ... four big wig politicos ... **ano, Migden, Kaufman** ... **Leal**. Though we must ... being a bit ... tion and a ... number ... politicians at various ... evening. But it ... wasn't always pretty ... times even bordered ...

Am...
510 - 658 - 2...

NOW PLAYING - special Christma...
WED & THURS 8:30 / FRI ...
FOR RESERVATIONS CA...
TIX - $15.00 (VISA/MC) or TIX...
Plays at the 450 Geary Studio Theatre.

# Mattel's critics call it a free-speech issue

Continued from Page 1C.

protecting our trademark ... and that action has certainly been stepped up over the last few years," says Sean Fitzgerald, vice president of corporate communications for Mattel, which is based in El Segundo, Calif.

But the fallout has left some collectors feeling stung, and worried that Mattel is trying to stifle free speech among aficionados who have been critical of the company or some recent Barbie models.

"They have lost a tremendous amount of loyalty among serious collectors, people who have bought thousands of dollars of Barbies every year," says Priscilla Wardlow of Pasadena, Calif.

On some Web sites, as a mark of protest, photos have been blanked out or the letter "B" has been replaced by an asterisk, sometimes in every single word, not just "Barbie."

Some hard-core collectors have either cut down on their Barbie purchases or gone cold turkey, turning instead to newly introduced Barbie competitors, fashion dolls called Candi and Gene.

The four lawsuits filed in federal courts in San Francisco and Los Angeles target:

■ Nissan, for its use of computer-animated dolls resembling Barbie and Ken in a recent television commercial.

■ Ken Hansen, a San Francisco artist who transformed Barbies into "Trailer Trash Barbie," "Hooker Barbie" and other parodies ("Drag Queen Barbie" is a refurbished Ken), which he repackaged and sold.

■ MCA Records, for the song "Barbie Girl" by the Danish group Aqua.

■ *Miller's Report*, a magazine for Barbie collectors.

Then there are the businesses. The Barbie Attic is now Doll Attic, while Marl & Barbie is Marl & B.

The Nissan lawsuit isn't scaring up much sympathy — that's one big corporation suing another over an ad used to sell cars, says Lizee Nguyen, a collector and Candi dealer in Brooklyn Park, Minn.

But the other three suits are seen more as First-Amendment issues, attempts by Mattel to stifle social commentary, satire and critical review, she says.

"This is something that's broad," she says. "We really do believe it's freedom of speech."

*Miller's Report* publisher Dan Miller, of Spokane, Wash., says he can't discuss many details of the lawsuit, but he feels absolutely secure in his right to run articles, both complimentary and critical, about the doll and Mattel.

"I wouldn't even begin to try to take on a task like this unless I felt we were in the right," he says.

A 1996 issue, published before the suit was filed, contains several disclaimers that it's not affiliated with Mattel. But an article titled "Forbidden Photos" reproduces three photographs that Mattel had asked a publisher to remove from a reference book by Barbie collector and archivist Joe Blitman.

Mr. Blitman, who wrote the article, had posed a tennis-playing Barbie near a package of Virginia Slims cigarettes, a "Bubbles and Boots" doll by a bottle of Dom Perignon, and three lingerie-clad dolls sitting on oversized capsules. (They're meant to be cold pills, because they're going to catch cold sitting around in their underwear, he wrote.)

Mr. Blitman wrote that Mattel in the past had produced wine sets for Barbie, and authorized a German photo that showed Barbie's upside-down legs sticking out of a champagne ice bucket.

"There is more of a perception of icy corporate fingers trying to control and micromanage *our* hobby," he wrote. He encouraged readers to cut out the photos and paste them in the blank spots where they had been deleted from his book.

Mr. Miller says he wasn't sure whether the lawsuit was in direct response to this article, as some collectors believe. But he stands behind it as news and a viewpoint of interest to collectors.

"The gentleman involved is one of the most important people in Barbie collecting," he says. "We thought it was important for people to learn what happened in this particular instance with his book.

"It's interesting," he says. "The story is true, and I think it's ultimately entertaining."

Gene

Ashton-Drake Galleries

**Gene, created in 1994, is one of Barbie's new competitors creating a stir among collectors.**

# The Accidental Entrepren[eur]

## Paul Hansen and His New Dream Occupati[on]

By Walt Horton

Paul Hansen, behind a few of his now-infamous collectibles.

She's tall, she's blonde and she's exquisitely beautiful. She is a virtual icon, even more revered than Jackie O. But lately, Barbie has given up the Malibu beach house and the red sports car to take on new alternative roles.

Since last Christmas season when they were first introduced in the store-front windows of the Castro, Trailer Trash Barbie and Drag Queen Barbie have grabbed the attention of people around the world and across the United States. She and her male counterpart Ken have taken on the identities of pre-op transsexual, with a flowing head of hair and a five o'clock shadow, a tired old queen complete with a pot belly that strains his old sweaty tank top and a big dyke with a diamond studded nose, clad in flannel and denim—practically any personage that might cross the eyes of their creator, Paul Hansen.

### Creating The Image

Hansen spends his days running the Macintosh lab at the Academy of Arts College downtown. After hours, he focuses his creative energy bringing Barbie and Ken's deeper identities out of the Dreamhouse closet. Hansen never seriously

soon afterward, the trailer trash doll appeared on the scene. He said he is inspired by the different people he sees around him everyday. "Basically what I see around me... the people in the Castro," he said. "That's really all of it. It's all people." He even has a Castro Clone Ken who you could swear just walked out of Rolo.

Hansen, who is "inches from 30," takes the same fun we all take out of yanking beauty's icon from her pedestal. He endows her superhuman perfection with common human flaws. "...These dolls are so far from human," he said. "They have all these unattainable features. And if you put a human quirk on top of that, people just think its hysterical."

### Stereotypical Humor: Barbs

The humor and irreverence come from Hansen's obvious use of stereotypes. He spoofs the most common characteristics among different groups within and without the community. "I'm poking fun at stereotypes and people," he said. "That's more where I'm coming from... like the dyke doll has a bi-level haircut, the bad lesbian do. Everyone I've talked to thinks they're great... That's why the drag queen is so funny, because everybody thinks that every gay man's got a closet full of wigs and dresses." In fact, Hansen said that many people from the South are calling about the trailer trash doll. It seems like everyone wants to see their group represented. "It's just funny to see yourself in something like that," he said. "Or just see a negative stereotype turned into a joke, which it is... and everyone sees it as that."

Fortunately, Hansen has received no flack from the gay community. He said for a gay artist to create gay stereotypes can only be humorous. "They were made by a gay artist and everyone knew that," he said. "If a fag calls another fag a fag, then it's no big deal. If a bigot calls someone a faggot, it's a different story."

The fedora, the suit, City Hall... Could it be? Mayor Barbie?

Hansen even received help from his parents in creating his doll. They found nothing unusual in his hobby. "My parents are used to me being a freak," he said. "It doesn't surprise them. They think it's funny." As he raided every toy store in the Bay Area for doll wigs, miniature jewelry and those lilliputian beer mugs, his parents raided toy stores in New York and mailed him everything they could find that would help him.

### An Inside Joke Gone Wild

Hansen thought the doll was just an inside joke to his dolls. "They thought it was funny," he said. "I would never think that but they do." He was actually happy that his doll "...touched so many people. But I was also a little insulted because as an artist, I have

Sporting a Detour Lounge T-shirt, Castro Ken tips around with a brew in front of Twin Peaks.

had a lot of gallery shows and I never got so much attention when I was serious as when I was kidding."

But Barbie was not an inside joke at all, and even his aunt from Denmark called when she read about the doll in a Copenhagen paper. The news spread when a reporter from the *Examiner* spotted the doll while shopping in the Castro and decided to do a story on it. From the *Examiner*, the story hit the Associated Press wire and from there went to every major newspaper in every major city in the world. "...London, Paris, L.A., Hong Kong... It went on the wire. It was everywhere." It took less than a week for news to spread around the world.

But, alas, it turned out that "everywhere" also meant Mattel, the company that gave us Barbie in the first place. Mattel didn't think it was too funny that Barbie lived in a trailer park and needed her roots done. So they presented Hansen with a lawsuit. As a result, Hansen's baby doll futures will be Barbie free. "I plan to design the doll's head myself. It'll be my own design." He said it will not be anatomically correct. "That's not my point," he said. "My point is more humorous. I'm poking fun at stereotypes."

### The Business Side

When Hansen begins to manufacture his own doll, he will start with limited models. He plans to manufacture the trailer trash and drag queen versions. He is presently working in conjunction with toy companies to learn the ins and outs of manufacturing

ive... just pointing us ...

Hansen plans to mar... company which he wil... the owner of In-jean-ious... business skill and Han... new doll promises to be... definitely the artist," s... entrepreneur and that's... team." In fact, Hansen ha... four years doing promo... Tull said that he doesn't ... the creative half of the p... laughed at the fact that ... checkbook. Tull, the e... fact that he has a book...

The success of the ne... depend upon the course...

"Pre-operative transg[ender] looking ..."

ings with Mattel. "We're ... crete," said Tull. As soo... "...free from the shackles... he said, the future will ... are being kept simple s... more easily. He hopes ... in time for Christmas. ... price of the doll yet, s... upon the manufacture... that it's less than the ... affordable."

Hansen's primary ... cash from his dolls. "I... strikes me," he said. "I... won't try to make some... that he has already mad... sell. That gives him lee... as they come to him or ... tro or Polk. (In the curre... hustler is represented....

Hansen doesn't know ... ing his dolls, neither do... his life any. He said that ... is: "Not to say I'm not ... is for fun. That's the best

THE RECORDER

[illegible] YEAR No. 219 $1 THE BAY AREA'S LEGAL NEWSPAPER SINCE 1877 TUESDAY, NOVEMBER 11, 1997

'They don't let up. They will go to court even if they know they can't win — I just want to settle and never deal with them again.'

— *Trailer Trash Barbie creator Paul Hansen*

# Sue Me, Barbie

## Toy maker Mattel doesn't play around when it comes to trademarks

By KELLY FLAHERTY

She may be blond, glamorous and only 12 inches tall, but Barbie is tougher than she looks.

Just ask local artist Paul Hansen, who dared to tweak the icon's image by selling modified dolls, including "Trailer Trash Barbie," "Drag Queen Barbie" and "Big Dyke Barbie," [illegible] at a store on Castro Street.

His creations drew the wrath of toy maker Mattel Inc., which slapped him with an eight count trademark and copyright infringement suit in San Francisco federal court in August.

After [illegible] a cease-and-desist order, Hansen agreed not to sell the dolls commercially or use Mattel's name or trademark. But that wasn't enough for Mattel, which demands that he stop displaying or selling the dolls at art galleries, even with a disclaimer.

"They don't [illegible]

[illegible]







# Where Barbie Goes, Trademark Fights Follow

Continued from page 1

settle and never deal with them again," he says.

The tough tactics are not new to Mattel, which has recently sued a number of outfits for using Barbie's image without permission.

In September, the toy maker sued MCA Records over the hit song "Barbie Girl" by Danish group Aqua, and went after auto maker Nissan for a television commercial that shows a Barbie look-alike dumping Ken for a date with an action figure in a red sports car.

The company has targeted alleged infringers large and small. It even recently filed suit against Barbie fan magazine *Miller's* for allegedly showing pictures of Barbie with pills and alcohol. Last month, they fired off a letter to an Oakland poet for posting on the Internet a poem with the word "Barbie" in the title.

Trademark specialist Robert Lyon says companies like Mattel must aggressively enforce their intellectual property rights or risk losing them.

"Any use of a trademark that's not in keeping with the image a company has tends to tarnish it," says Lyon, a name partner at Lyon & Lyon in Los Angeles not currently involved in any Mattel litigation. He adds that the more overused or tarnished a mark becomes, the more difficult it is to protect in court.

PARODY TRAILER TRASH BARBIE

Lyon says Mattel is not the only company to jealously guard its image.

"Disney has had a long history of policing improper use of Disney characters," says Lyon. "A few years ago they went after people making sexually explicit cartoons of Mickey and Minnie."

[illegible]

Southerners, prostitutes, gay people and transvestites.

Both Mattel and outside counsel Adrian Pruetz, a partner with Los Angeles' Quinn, Emanuel, Urquhart & Oliver, declined to comment on the case.

But in a reply brief, Pruetz wrote that "Hansen's derivative dolls associate Mattel's Barbie line with such antisocial themes as prostitution, child molestation, incest, violence and the stereotyping and ridiculing of gay people."

An artist who works full time in the computer lab at San Francisco's Academy of Art College, Hansen says he only made about $2,000 on the dolls last Christmas, most of which he spent on a subsequent art show.

But Mattel — which argues that Hansen intends to sell the dolls from a Web site that he considers an art gallery — has refused to drop its damages claim.

At an August hearing, U.S. District Judge Charles Legge ruled against Mattel on all but one issue, saying Hansen could not display dolls that he dressed up as famous people, such as skater Nancy Kerrigan.

Because Mattel has its own line of celebrity dolls, Legge ruled that consumers could become confused as to whether the dolls had been made by Mattel.

At one point during the hearing, Legge accused Mattel of overkill and lacking a sense of humor for pursuing its case.

"They [Hansen's attorneys] feel you have gotten 99 percent of what you wanted and the rest of it is overkill," said Legge, adding, "the rest of it ... [illegible]

[illegible]

MATTEL'S MARILYN MONROE BARBIE

return phone calls seeking comment.

For his part, Hansen is taking the suit against him very seriously. He says he agreed not to sell Mattel's dolls or use any of their packaging.

But he also says he wants to continue making Trailer Trash and Drag Queen dolls with his own doll bodies.

A recorded message at In-Jean-ious, the store that sold the dolls last Christmas, informs customers that the dolls can be mail ordered, and adds that they will not be called "Barbies" or use any packaging resembling Mattel's.

"We got 3,000 phone calls for the dolls at the store," says Hansen. "I want to settle and get assurances that there will be no future suits if I stick to my agreement with them."

But trying to keep up any sales could spell trouble for settlement negotiations.

Mattel's "position is that if a doll looks like a Barbie it would be problem," says Denise De Mory, a Keker & Van Nest associate representing Hansen.

The same issue has come up in the Nissan suit. Although the dolls used in the car commercial are not Barbie and Ken dolls, Mattel argues they look enough like them that the public will become confused.

But Schwartz, Nissan's lawyer, argues that Mattel does not have a trademark on every 12-inch doll that resembles a Barbie.

"That would be blocking a whole [illegible]

PARODY PROSTITUTE BARBIE

ucts," says Schwartz. He says Nissan had the dolls made specifically for the commercial, modeling them on actors chosen specifically for the "part."

De Mory says it's Hansen's right of free speech to display the dolls at an art gallery.

"Our position is that Paul is making fun of Barbie," says De Mory, whose firm has taken the case on a pro bono basis.

De Mory says Hansen's derivative work is protected under copyright law's fair use doctrine outlined in the 1994 Supreme Court ruling *Campbell v. Acuff-Rose Music Inc.*, 510 U.S. 569 (1994). In that case, the court found that the song "Oh Hairy Woman" by the rap group 2 Live Crew was a parody of the song "Oh Pretty Woman," and constituted fair use.

That decision was followed in March of this year by a Ninth Circuit U.S. Court of Appeals ruling that outlined the limits of the fair use doctrine. In *Dr. Seuss Enterprises v. Penguin Books*, 97 C.D.O.S. 2215, the court found that a parody cannot make a larger social or political statement outside the scope of the work or its artist.

Hansen has a large incentive to settle. If he loses, he could be hit with a hefty fine. Under copyright laws, each separate act of infringement can levy a fine from $500 to $20,000. If the court included each sale of a doll or photograph created by Hansen as an instance of infringement, the price tag could reach $5 million.

"I can't afford to be taken to court every six months," says Hansen. "At this point, I'll do almost anything to get them out of my hair."

*Reporter Martin Kassman contributed to this article. Reporter Kathy Blake ...* [illegible]

humanitarian messages from corporate enterprises and this thought provoking work would certainly sit far more easily with our preconceptions if it were produced by a charity – but what does that say about our need to compartmentalise?

## Trailer Trash doll

*from Arsenic & Apple Pie*

Who's to say what is acceptable in a doll? Is it a snooty blonde with unfeasible proportions and a boyfriend called Ken, a man in a dress, or a rather less classy blonde, with dark roots, a cigarette planted firmly between her lips and a pig under her arm? The last two options come courtesy of San Francisco artist Paul Hansen and his new venture, to be found at website <www.trailertrashdolls.com>. Hansen began customising dolls as a joke for his friends but after local publicity and a year in court in which he won a lawsuit brought by Barbie manufacturer Mattel, he set up making his own toys with a twist. His trailertrash honey, raised on meatwiches and the best kisser in the county according to her daddy, has a boyfriend called Mullet and two drag queen friends who go by the motto 'the higher the hair the closer to God'. Ghetto Trash and Euro Trash versions are in the pipeline. Perhaps these gloriously tasteless dolls challenge accepted norms – or maybe they are just fun. Barbie wouldn't play with them, although who can be sure with Ken? Buy one for fans of section 28 just to annoy them.

Life's a journey. Take the scenic route!
ROADTRIP AMERICA®

RoadTrip Books | Maps | Dashboarding | RV Information | Links & Finds | Funny Signs!

HOME | SITE DIRECTORY | WHAT'S NEW | ROADTRIP PLANNING | ROADTRIP FORUM | ABOUT RTA

SEND THIS PAGE TO A FRIEND! GET ROADTRIP REPORT! More RoadTrip Stuff

001 01

001 02


**Road Trip Blogs**: Get your own road trip Web site -- it's easy and it's free! More info

Fuel Cost Calculator

NEW on RTA

GETTING OUT THERE
Anchorage to Seward on Alaska's Highway 1

ROADSIDE MURAL
Cupids & Car Keys in Portland, Oregon

AUDIO BOOK REVIEW
*The Collected Bowdrie Dramatizations: Volume III*, by Louis L'Amour

FUNNY SIGN
The Finest in Reconstructive Surgery

DRIVING TIP
Slow Down in Rain & Snow!

WHAT *IS* THAT THING?
Play the Gizmo Game

LIVING LAS VEGAS
Out With the Old! In With the New!

111 MINNA STREET, SAN FRANCISCO, CALIFORNIA—

111 Minna Street is no ordinary art gallery. "We're here to show alternative art, the kind that has no price tag on it," says owner Eiming Jung. And indeed, the art we saw there was priceless.

"Plastic Love" read the announcements. "A Group Show of Alternative 12-inch Generic Dolls." It took little reading between the lines to know they were talking Barbie.

Stephen Williams & Eiming Jung

Yes, Paul Hansen's medium of choice is Mattel's perennial fashion queen, and he isn't the only Barbie artist in San Francisco. Also on display at 111 Minna were works by Sue Wandell, Grant Salminen, and Steven Pim, and photographs by James Connelly, Jr. and Sattu Rau.

Paul's artist's statement was on display near the door. It was the perfect introduction to the show:

Works by Paul Hansen: "Trailer Trash Barbie" and "Exorcist Barbie"

"I started making these dolls three years ago. I am very much a child myself, and often shop at toy stores. A friend of mine was having a birthday, and I happened to be in Toys-R-Us. I noticed that they were selling wigs for 12" fashion dolls. For some reason the sight of this immediately made me think "drag queen". My friend was an avid Halloween Drag Queen, and so was born the first Drag Queen Doll. The birthday gift was received very well, and started me thinking of my next friends' birthday, and so was born a tradition.

Paul Hansen

"Anytime since, when a friend of mine has a birthday I make a portrait of them in the form of a 12" fashion doll. I just take a piece or two of their personality, and add it to the doll, and then dress it like them. As time went on I made more dolls, and more and more people encouraged me to sell them.

"Last Summer I displayed some dolls in the window of In~jean~ious (a store on Castro Street that I used to live above). People showed so much interest in them that Bill Tull, the store owner, asked me if I would make some for him to sell during the holiday season. I did so, and that's the reason you are reading this now.

"The dolls you are about to see are in no way affiliated with Barbie®, or the Mattel Corporation. As per the request of the Mattel Corporation these dolls are not for sale, nor are any dolls that I have made which are packaged in pink boxes, or display the work "Barbie"; so please do not ask to buy them.

"What you are about to see is a collection of portraits of my friends and acquaintances, and a few public figures who have intrigued me. Whether or not they have been painted on canvasses manufactured by Mattel is irrelevant.

Search RTA

**Barbie dolls**
Browse a huge selection now. Find exactly what you want today.
www.eBay.com

**American Dolls**
Find Your Favorite Doll & Her Story at American Girl® - Official Site.
www.americangirl.com

**Telenav**
Instant GPS Directions on your Cell Try it Free for your Next Road Trip
TeleNav.com

**Paper Dolls**
Make Your Harajuku Paper Doll. Get Creative with HP & Gwen.
www.hp.com/gwen

**Driving Directions, Maps**
Restaurants, Pet Friendly Hotels, Clean Restrooms & More.
TravMatix.com/Plan-Your-Trip

001 02

Subscribe to this blog's feed

SUBSCRIBE

Subscribe by Email

Get Your Feed Emailed

Blog Ads

Our Sponsors
Advertise here

« Seven Dwarfs, Supreme Court & You | Main | Sexy Dogs Wigs! »

August 26, 2006

## Trailer Trash Turleen Doll Gets a Boyfriend

Trailer Trash Turleen, the pregnant doll (with curlers and cig in mouth) is one of my favorite WT items! Turleen is "preg-nint" again and when you press her belly she says stuff like: POUR ME A DOUBLE, I"M DRINKIN' FER TWO. I own one of these dolls and highly recommend you getting one too!

But the big news is this: She's getting a boyfriend. There is now going to be a BOY trailer trash doll----Jer-Wayne! He will be on sale in Mid-September and so you better order one before they are gone. Go to Trailer Trash Doll or go to www.trailertrashdoll.com.

**Posted at 03:09 PM in White Trash Culture | Permalink**
**Technorati Tags: Jer-Wayne, trailer trash doll, trash talkin turleen, white trash doll, white trash palace**
**Digg This | Save to del.icio.us**

TrackBack

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/1043491/5801707

Listed below are links to weblogs that reference Trailer Trash Turleen Doll Gets a Boyfriend:

Comments

Who is Responsible for This?

**About Shallow & Tacky**

Blogroll & Links

**Trashy Friends**

**Trashy Friends with Kids**

**Weird and Wonderful Links**

**del.icio.us links**

**Best Movies Ever**

**Shallow and Tacky Facebook Group**

Shallow & Tacky Sponsors

Our Sponsors
Last Minute Gift

Affirmagy has gifts under $25 for everyone on your list. Get 50% off shipping until December 16th!
Read more...

Advertise here

**MON133**

Shallow and Tacky: Trailer Trash Turleen Doll Gets a Boyfriend http://www.shallowandtacky.com/2006/08/trailer_trash_t.ht

Daily Whupass

- Agent Bedhead
- Assistant/Atlas
- Baby on Bored
- Barbie Martini
- Best Week Ever
- Blogebrity
- Evil Beet
- Frostfire
- Mrs. Mogul
- Perez Hilton
- Pikers.com.
- Pink Is The New Blog
- QuizLaw
- The Elders
- White Trash Mom

**Post a comment**

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address: (Not displayed with comment.)

URL:

☐ Remember personal info?

Comments:

Preview | Post

Hall of Fame

- Tacky Living
- celebitchy
- Project RunGAY Blog
- Television Without Pity
- Go Fug Yourself
- Slave to Target
- Fabulous Stationery
- Pajiba
- White Trash Palace Store

Linking

**Search this blog:**

Search

» Blogs that link here
» View my profile

Technorati

Celebitchy

- "What is Bai Ling doing to Santa?" links
- Friday diversion: "We don't have to take our clothes off"
- Spice Girls request a daycare... and some steamed fish
- Isaiah Washington joins Grey's Anatomy cast on picket lines
- Jennifer Aniston and Vince Vaughn Back Together

Agent Bedhead

MON134

Shallow and Tacky: Trailer Trash Turleen Doll Gets a Boyfriend http://www.shallowandtacky.com/2006/08/trailer_trash_t.htm

Weird & Wonderful

ihateclowns.com

Cats That Look Like Hitler!

Cat Prin

Will It Blend?

Official Seal Generator

Weekly World News

Peep Research

Dilbert

Engrish.com

News of the Weird

UFO News

The Onion

FARK

Black People Love Us

I Park Like An Idiot

Viking Kittens

Rather Good

Museum of Bad Art

Trailer Trash Dolls

I'm so Bershon

Tampon Crafts

Toothpaste for Dinner

Chuck Norris Facts

Cats That Look Like Hitler

Stuff on My Cat

Check It Out

AS SEEN ON
DELIGHTFUL
BLOGS

StumbleUpon

Don't Forget

MOBA Needs You.

Donate to the Museum of Bad Art

Visit our MY SPACE page

my space

PINGOAT

MON135

New Favorites

Affirmagy

Gifts That Rule

Mia

Miss Wit Tees

Popdirt.com

Ramblings of Maggie

Say No to Crack

Shakadoo

Singapore Living

The Runway Scoop

The Tacky Postcard Archive

BloggingChicks

BloggingChicks

Click here to join
-ametamorphoself
.."And Miles To Go Before We Sleep..."
3amTherapy Sessions
5 minutes for mom
7 Confessions
9 to 5 Poet
:: adventures in daily living ::
A Blog of 2 Witches
A Californian Working Mother's Mess

crazy hip mamas

- Crazy/Hip Blog-Mamas +

Blogher

Blogher

Blogher Parenting Blogroll

Categories

American Pop Culture

Art

Aunt Glo the Goldigger

Bat Boy

Blogs

Books

Cats that Look Like Hitler

Current Affairs

Dirty Old Men

Dysfunctional Families

Faking It

Florida

Food and Drink

Global Warming

Movies

only in america

Project Runway

Science

Shallow & Tacky Home

Shallow & Tacky Movie of the Week

Shallow & Tacky Shopping

Shallow and Tacky Facebook Group

Stuff on My Cat

Stupid

Tacky Weddings

Television

toothpastefordinner.com

Trashy Advertising

Trashy Celebrities

Trashy TV

Twisted Humor

Weblogs

weird

White Trash Culture

White Trash Holiday

MON136

BloggerChicks

The Wonderful World of Des
Mauigirl's Meanderings
Have you seen my mind??
Being A Better Me
Food Blogga
And Miles to Go before We Sleep
Cheese Party
My Hidden Stash
My Hidden Stash
It's all about me!
Lesbistopia
Formula Fed and Flexible Parenting
MAKANANI

Pikers.com. Taming of the shrewd.

**Oh yes, I want spam...**

**To sir, with love.**

**Lovely Rita, meter maid...**

**Going nowhere, fast.**

**Lost in translation**

Blog Thangs

Page Rank

- **Miz BoheMia's Rhapsody**
- **Into the pink**
- **Singapore Living**
- **Lil' BoheMia's Beginnings**
- **ALLIED by Jeneane Sessum:**

**Blogarama**

**BloggerNetwork.org**

**Powered by TypePad**

Archives

**December 2007**

**November 2007**

**September 2007**

**August 2007**

**July 2007**

**June 2007**

**May 2007**

**April 2007**

**March 2007**

**February 2007**

**More...**

MON137

Sunday 1/12/97 SF Examiner

◆ BARBIE from C-1

# Messin' with Barbie and gettin' famous

wriggling on her hip, black roots beneath her platinum blond hair and the quote "My Daddy Swears I'm the Best Kisser in the County."

He gave Hooker Barbie her own negligee and condom. Carrie Barbie came clad in a prom dress, drenched in fake blood. Drag Queen Barbie was really Ken, but in a wig and gown, with electric blue eye shadow. Suffice it to say every Alternative Barbie that sprang from Hansen's imagination would be a little out-of-sorts in the traditional Malibu Beach House.

When The Examiner first reported on these Alternative Barbies, they already had struck a nerve with local consumers who embraced a satirical antidote to the pinnacle of plastic perfection: the anatomically over-correct doll who redefined the "figure" in figurine.

Castro apparel store In-jean-ious had nearly sold out of the hundred $60 dolls proprietor Bill Tull had commissioned from the artist, who was determined at the time to remain anonymous.

As media worldwide picked up the "only in San Francisco" story, so many customers flooded In-jean-ious that the boutique had to install a special phone system to handle the orders, which still come in at a rate of about 40 per day.

"My aunt from Denmark called to say she read about them in the Copenhagen paper," Hansen said. "I've got a hobby gone mad. I figure what's the point of staying anonymous anymore?"

On the contrary, he's preparing for the gallery debut of his Anti-Barbies at 111 Minna Street Gallery. And he and Tull are searching for a way to begin mass production of the Alternative Barbies — correction, make that Alternative 11½-inch Generic Dolls.

In the interim, anyone who calls In-jean-ious to place an order is asked to leave a name and address. The store plans a mailing in about six weeks to let would-be customers know how to obtain their Alternative Barbies, and how much they will cost. Details remain up in the air.

Only one thing is certain: No longer will the bizarre bevy of Barbies be advertised or sold under the Barbie name, because of the legal objections of Mattel. The company, which is based in El Segundo, Los Angeles County, and whose global assembly lines churn out Barbies that sell at the rate of two per second, issued a cease-and-desist order against In-jean-ious for trademark infringement.

"Believe it or not, at Mattel we're still getting letters from offended people who say, 'How *could* you introduce a doll like that disgusting Trailer Trash Barbie?'" said Sean Fitzgerald, Mattel vice president for corporate communications. "They think Mattel made them. I feel like writing back, 'Dear idiot ...' I mean, they really just don't get it."

> "There are very adamant Barbie image activists who didn't like this at all. ... So I don't suppose you'd know how I could get a Trailer Trash Barbie?"
>
> — Sean Fitzgerald, Mattel vice president

There also are thousands of Barbie fan clubs and a host of collector trade publications, not to mention a Peninsula-based Barbie Hall of Fame, and some among the enthusiasts decried the defiling of their beloved Barbie.

"I just find what people are doing to Barbie so sad," sighed Lee Waters of Walnut Creek, an amateur collector who has passed her love of traditional Barbies on to her daughter, 6-year-old Katelyn. "Barbie has inspired generations of girls to dream wonderful dreams. First, her enemies tried to blame her for anorexia. Now, they're turning her into something degrading.

"Barbie doesn't deserve this. What's next — matricide and putting arsenic in apple pie?"

"There are very adamant Barbie image activists who didn't like this at all," said Fitzgerald, "though I think you'll find a lot of people who love Barbie have a pretty healthy sense of humor about the whole thing." He added wryly, "So I don't suppose you'd know how I could get a Trailer Trash Barbie?"

The phenomenon had its inception three years ago, when Hansen was shopping for a birthday present for a friend of his who was a drag queen. "I got the idea to make him a Drag Queen Ken," Hansen recalled, "and when he unwrapped it at the party, it was a very big hit.

"After that it just became my traditional birthday gift for friends. They run the gamut — I did Trailer Trash for a straight friend, Big Dyke Barbie for a lesbian friend, you name it, and every time I gave somebody one, they'd say, 'Oh, my god, you gotta sell this.'"

He and Tull, an old friend, put the Alternative Barbies in the window of In-jean-ious to coincide with last year's Gay Freedom Day Parade — and they sold out in a week.

Now 29, Hansen was the oldest child in his family and a teenager before his little sister got into Barbie.

"I would cut her Barbie's hair," he said. "Personally, I just didn't like the hairstyle she came with, but it's not like I had any personal animosity toward Barbie.

"My sister? She thinks this whole thing is hysterical. She also thinks I'm the weirdest guy on Earth."

Some customers want the dolls as irreverent conversation pieces. For others, like Sue Wandell of San Francisco, the psychological motivation is more subterranean.

A woman who played with Barbies as a girl and said she had grown to become appalled at the materialism and shallowness Barbie celebrates, Wandell has collected some of Hansen's creations and also designs her own, from Voodoo Barbie to Barbie in a Rat Trap. "Once you start tampering with an icon like Barbie, it's difficult to stop yourself," she said.

That's precisely the instinct Hansen and Tull are banking on. "It's going to be hard to top Trailer Trash Barbie — everybody loves her," Hansen said. "I love this idea of people collecting them. You can't just have one Drag Queen Barbie — you have to have a blond, a brunette and a redhead. Collect all three. Mix and match the outfits — and the accessories. Why, the possibilities are endless."

MON300



http://www.usatoday.com

USA TODAY

Life

THURSDAY, DECEMBER 19, 1996

# LIFELINE

A QUICK READ ON WHAT PEOPLE ARE TALKING ABOUT

**THUMBS DOWN:** *Ghosts of Mississippi*, Rob Reiner's film about the Medgar Evers slaying, is the Most Offensive Film of 1996, says *Hangin' N Hollywood*, a syndicated radio program that rates media portrayals of minorities. Hosts Cameron Turner and Darryl James say the movie misrepresents history and dishonors the memory of the civil rights leader and his widow, Myrlie Evers-Williams. *Hangin'* also gave thumbs down to *High School High* and *Don't Be a Menace to South Central While Drinking Your Juice in the Hood*.

**BARBIE GOES BA-A-AD:** Sick of Holiday Barbie? How about Trailer Trash Barbie or Drag Queen Barbie? Stores in San Francisco are offering those and other unauthorized variations. Trailer Trash Barbie, for instance, has a cigarette in her mouth and black roots in her platinum-blond hair. Says Sean Fitzgerald of legit Barbie-manufacturer Mattel: "We're a very diverse society — Barbie respects that. But if somebody's marketing repackaged Barbies, that's trademark infringement."

The and [illegible] Unauthorized variations include Trailer Trash Barbie.

MON238