# EXHIBIT I

# DAVID Y. WONG

ATTORNEY AT LAW

320 Montford Ave.
Mill Valley, California  94941
Tel: (415) 339-8810
Fax: (415) 388-5582

July 3, 2004

Via Certified Mail
Paul Montwillo
3638 22nd Street
San Francisco, CA 94114

William Tull
4153 24th Street, Suite 1
San Francisco, CA 94114

Re:    Arsenic & Apple Pie, LLC

Dear Mr. Montwillow and Mr. Tull:

As I have previously advised, Arsenic & Apple Pie, LLC, is now in the process of winding up its operations in anticipation of dissolution. To date, I have not received from either of you any additional claims of loans to the Company, nor am I aware of any documentation regarding the existence of same. Hence, I must presume that both of you agree with the financial statements contained in my letter of June 25, 2004, and consent to the liquidation of the Company's assets in accordance with the financial information contained therein.

As reflected in the most recent Balance Sheet of May 31, 2004, there is currently a total of $35,763.57 in tangible assets held by the Company: $3,824.03 in Cash, $155.42 in Accounts Receivable, a $2,500 Note (offset by a note in favor of Injeanious) and $31,995.57 in unsold inventory.

In addition to the above tangible assets, the Company also owns the intellectual property rights to three (3) models of dolls which have already produced, commonly referred to as: Trailer Trash Doll; Drag Queen Doll Blonde; Drag Queen Doll Red Head; and two(2) models of dolls which are in the developmental stages: Talking Pregnant Trailer Trash Doll and Male Mullet Trailer Trash Doll. I understand that the prototypes of these last two dolls may be in the possession of Mr. Montwillo, and would ask that they be turned over to the Company immediately. It is also the legal holder of the Arsenic & Apple Pie tradename. The fair market value of these intangible property rights is unknown.

In contrast, the Company has current liabilities of $88,283.56, consisting of $15,039 in accounts payable, $27.21 in unpaid Sales Tax, and two outstanding loans made to the Company by Mr. Tull in the amount of $9,834.05 and $63,382.55 ( Total: $73,216.60).

July 3, 2004
Paul Montwillo
William Tull

In accordance with the priority schedule set forth in Section 9.2 of the Operating Agreement, the remaining assets of the Company must be distributed in accordance to a priority schedule.  First priority are the outstanding debts and liabilities to third parties. Since the Company's net cash, accounts receivable and note ($3,768) is insufficient to satisfy the accounts payable and unpaid sales tax ($15,066.96), the deficit ($11,297.96) must be satisfied out of inventory.

According to the Balance Sheet, the fair market value of the inventory is $31,995.57, of which $11,297.96 is earmarked for payment of outstanding debts.  Typically, such shortfalls are addressed by liquidating the inventory on the open market or thru an auction. However, in this instance, I understand that Mr. Tull is interested in taking over the inventory and has offered to assume the Company's liabilities.  Unless Mr. Montwillo objects, it would appear reasonable to allow Mr. Tull to take possession of $11,297.96 in inventory in exchange for his promise to assume all of the liabilities of the Company.

The Operating Agreement next provides that the assets of the Company will be used to repay any valid loans made to the Company by members.  Since the only loans which have been identified and satisfactorily documented are the two loans identified in the Balance Sheet totaling $$73,216.60, it would seem logical that Mr. Tull receive the remaining inventory with a fair market value of $20,697.61 in partial satisfaction of his outstanding loans to the Company.

After crediting the value of the Company's inventory to Mr. Tull,  the remaining balance of his loans to the Company is $52,518.99. While the only other assets are the intellectual rights to the dolls and the Company's tradename, it is also true that their fair market value is unknown.  I thus would propose that the intellectual property rights to the dolls, both the models produced and those being developed, and the Arsenic & Apple Pie tradename be valued at a minimum of $52,518.99, and that they be transferred to Mr. Tull in full satisfaction of his loans to the Company.

The alternative would be that the intellectual property rights to the dolls, the Arsenic & Apple Pie tradename, and possibly the inventory be auctioned off to the highest bidder. As per the above, Mr. Tull's exchange establishes a starting bid in the amount of $84,514.56 for these assets.  If Mr. Montwillo wishes to outbid Mr. Tull for these assets, or if either of you believe that someone else may be interested in purchasing these assets, you must identify and produce a ready, willing and able buyer to the Undersigned no later than 5 business days from today's date.  Bidding on the Company's inventory and intangible assets will start at $84,514.56 and may increase depending on the level of interest generated.  Any successful bid must be completed within 5 business days of the close of the auction.

July 3, 2004
Paul Montwillo
William Tull

Page 3 of 3

If, after the due date for submission of bids expires, no qualified bids have been received, then the Company will have no choice but to find that the inventory and the intangible property rights specified above will become the sole property of Mr. Tul l in exchange for his outstanding loan obligations. Unless any further assets are discovered to exist, there will be nothing left to distribute to the Company's members.

If either of you have any questions or concerns not addressed above, please do not hesitate to contact the undersigned.

Very truly yours,

David Y. Wong

# EXHIBIT J

 Paul Montwillo
Managing Partner
Arsenic & Apple Pie, LLC
3638 22nd Street
San Francisco, CA 94114

David Wong                                                                                    July 8, 2004
Attorney at Law
320 Montford Ave.
Mill Valley, CA 94941

Re:   Arsenic & Apple Pie, LLC

Dear Mr Wong:

In response to your letter dated June 25th, 2004. Please be advised that I am in the process of exploring
my rights, which I fully intend to assert and defend.

Sincerely,

Paul J. Montwillo
Managing Partner
Arsenic & Apple Pie, LLC

# EXHIBIT K

 Paul Montwillo
Managing Partner
Arsenic & Apple Pie, LLC
3638 22nd Street
San Francisco, CA 94114

David Wong                                                                     July 13, 2003
Attorney at Law
320 Montford Ave.
Mill Valley, CA 94941

Re:   Arsenic & Apple Pie, LLC

Dear Mr Wong:

Pursuant to Section 9.1 of the operating agreement I do not concede to dissolution of the company at this time.

Please send me detailed copies of all the books from Arsenic & Apple Pie, also any and all contracts, sales documents, and product orders the company has participated or intends to participate in.

I hold the copyrights to all my designs, not the company. If the company or Mr. Tull would be interested, I would be willing to give exclusive license of my designs (Trailer Trash Doll, Blonde Drag Queen, Red Head Drag Queen, Talking Pregnant Trailer Trash Doll, and Male Mullet Trailer Trash Doll) for $10,000 each, provided payment of $50,000 is made within ten business days.

Pursuant of Section 2.4 of the operating agreement, I expect you to act in the best interest of the company. Putting Mr. Tull's well being ahead of the well being of the company would surely be considered a conflict of interest.

Sincerely,

Paul J. Montwillo
Managing Partner
Arsenic & Apple Pie, LLC

# EXHIBIT L

# DAVID Y. WONG

ATTORNEY AT LAW

320 Montford Ave.
Mill Valley, California  94941
Tel: (415) 339-8810
Fax: (415) 388-5582

July 16, 2004

Via Certified Mail
Paul Montwillo                         William Tull
3638 22nd Street                        4153 24th Street, Suite 1
San Francisco, CA 94114                San Francisco, CA 94114

Re:    Arsenic & Apple Pie, LLC

Dear Mr. Montwillow and Mr. Tull:

In my letters of June 23 and July 3, 2004, receipt of which were confirmed by each of you, Arsenic & Apple Pie, LLC has elected to liquidate and wind up its affairs. Based on the bankruptcy of Managing Member Paul Montwillo, and confirmed by company resolution, Arsenic & ApplePie, LLC, has dissolved and terminated operations effective June 20, 2004. As part of the process of winding up its affairs, I, on behalf of the Company, have requested that each of you provide information and documentation of any additional assets or financial obligations not reflected or contrary to the financial statements dated May 30, 2004.

Receiving no response to my request, I then proposed a plan of distribution that would satisfy the obligations of the Company, but result in no remaining assets to distribute to its members based on their respective membership interest in the Company. As an alternative, I requested that you identify any third party interested in purchasing the inventory and intellectual property rights to the Company's dolls, goodwill and tradename, advising Mr. Montwillo that he also may submit a bid. In the absence of any bids from Mr. Montwillo or a third party, I proposed that the assets of the Company be given to Mr. Tull in satisfaction of his outstanding loans.

As of this letter, more than 5 days have elapsed since your receipt of my July 3rd letter. More significantly, while I have received a brief letter from Mr. Montwillo indicating that he intends to protect his rights, I have failed to receive any objection to the plan of distribution, nor any indication that Mr. Montwillo or a third party is interested in submitting a bid for the assets of the Company. Since my letter demanded that each of you respond within 5 days, and only response specifically directed to the plan was from Mr. Tull endorsing it, I have no choice but to recommend that the Company to proceed with the distribution plan as detailed in my letter.

July 16, 2004
Paul Montwillo
William Tull

If either of you have any questions or concerns not addressed above, please do not
hesitate to contact the undersigned.

Very truly yours,

David Y. Wong

# EXHIBIT M

**DAVID Y. WONG**

ATTORNEY AT LAW

320 Montford Ave.
Mill Valley, California  94941
Tel: (415) 339-8810
Fax: (415) 388-5582

July 20, 2004

Paul Montwillo
3638 22nd Street
San Francisco, CA 94114

   Re: Arsenic & Apple Pie, LLC

Dear Mr. Montwillow:

  I have received and thank you for your registered letter of July 13, 2004.

  In response to same, I must advise that as the Managing Member whose bankruptcy triggered the dissolution, neither Section 9.1 , nor any other provision of the Operating Agreement, provides you with grounds upon which to object to the dissolution of the Company. If you are able to identify a provision within the Operating Agreement which I have overlooked, please advise.

  As to your request to review the books and records of Arsenic & Apple Pie, LLC, I have forwarded your letter to Mr. Tull, the liquidating member.

  Regarding the proprietary rights to the doll designs, the Company respectfully disagrees with your claim of ownership. The position of the Company is that it alone financed the development of each of the designs and, therefore, claims sole ownership.

  Finally, as Counsel for the Company, I must demand that you cease and desist using the Arsenic & Apple Pie, LLC, name and logo, which are the exclusive property of the Company. Should you refuse to do so, an injunction action will be brought against you by Arsenic & Apple Pie or its liquidating member.

       Very truly yours,

       David Y. Wong

cc: William Tull, Jr.

# EXHIBIT N

FROM : UNCLE                    FAX NO. : 415 551 7942          Oct. 11 2004 11:04AM  P6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 631 – 338**

EFFECTIVE DATE OF REGISTRATION

July 2 2004

---

**1** Title of This Work ▼              NATURE OF THIS WORK ▼ See Instructions

Trailer Trash Boy Doll                Doll

Previous or Alternative Titles ▼

Bubba       Mullet Doll

---

**2** NAME OF AUTHOR ▼                  DATES OF BIRTH AND DEATH
                                        Year Born ▼   Year Died ▼

a  Paul John Montwillo                  1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Citizen of  United States

Nature of Authorship  Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b  Name of Author ▼

---

**3** Year in Which Creation of This Work Was Completed

a  1990

b  Date and Nation of First Publication of This Particular Work

---

**4** COPYRIGHT CLAIMANT(S)

Paul John Montwillo

APPLICATION RECEIVED
JUL 02 2004
ONE DEPOSIT RECEIVED
JUL 0 2 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

001  05



Trailer Trash Boy Doll: Copyright
No. VAu 531-338

FROM : UNCLE                    FAX NO. : 415 551 7942           Oct. 11 2004 11:04AM  PS

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VAu 631 – 337

**EFFECTIVE DATE OF REGISTRATION**

July  2  2004

---

**1** Title of This Work ▼ — NATURE OF THIS WORK ▼

Talking Pregnant Trailer Trash Doll — Doll

Previous or Alternative Titles ▼

Trash Talking Trixie

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH  Year Born ▼   Year Died ▼

**a** Paul John Montavillo — 1967

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

Author's Nationality or Domicile  Name of Country  OR { Citizen of United States  Domiciled in _____

Was This Author's Contribution to the Work  Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☑ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼ — Dates of Birth and Death  Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

Author's Nationality or Domicile  Name of Country  OR { Citizen of _____  Domiciled in _____

Was This Author's Contribution to the Work  Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3** Year in Which Creation of This Work Was Completed  **a** 1998  — **b** Date and Nation of First Publication of This Particular Work  Month ____ Day ____ Year ____  Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Paul John Montavillo

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 0 2 2004
ONE DEPOSIT RECEIVED
JUL 0 2 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this sheet.

p. 1 of 7



Talking Pregnant Trailer Trash Doll: Copyright No.
VAu 531-338

# EXHIBIT O

FROM : WNCLE                FAX NO. : 415 551 7942         Oct. 11 2004 11:01AM P2

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-271-341**

EFFECTIVE DATE OF REGISTRATION
7-13-04

---

**1** Title of This Work ▼     Redhead Drag Queen Doll    Doll

NATURE OF THIS WORK ▼ See instructions

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2** NAME OF AUTHOR ▼

a  Paul John Montwillo    whose pseudonym is Paul Hansen

DATES OF BIRTH AND DEATH
Year Born ▼  1967    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☒ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture      ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3** a  Year in Which Creation of This Work Was Completed  1998
This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  07   Day  01   Year  2000
USA.

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Paul John Montwillo
838 22nd Street
San Francisco CA 94114

APPLICATION RECEIVED
JUL 13 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JUL 13 2004
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

001 04



Redhead    Queen Doll, Copyright No
271-341

FROM : UNCLE                    FAX NO. : 415 551 7942              Oct. 11 2004 11:02AM P3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-271-343

EFFECTIVE DATE OF REGISTRATION

7 - 13 - 04

DATE CONTINUATION SHEET.

**1** Title of This Work ▼     NATURE OF THIS WORK ▼ See instructions

Blonde Drag Queen Doll     Doll

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼

**a** Paul John Montwillo   whose pseudonym is Paul Hansen    DATES OF BIRTH AND DEATH
Year Born ▼ 1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼    Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3** **a** Year in Which Creation of This Work Was Completed 1998    **b** Date and Nation of First Publication of This Particular Work
Month 07   Day 01   Year 2000
Nation U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Paul John Montwillo
3638 22nd Street
San Francisco CA 94114

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 13 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 13 2004

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE

001 06





Blonde Drag Queen Doll, Copyright No. Va 271-343

FROM : UNCLE                    FAX NO. : 415 551 7942              Oct. 11 2004 11:03AM  P4

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Mary Beth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES

VA 1-271-342

EFFECTIVE DATE OF REGISTRATION

7-13-04

TE CONTINUATION SHEET.

---

**1**  
Title of This Work ▼  
Trailer Trash Doll

NATURE OF THIS WORK ▼ See Instructions  
Doll

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death BLANK.

a  NAME OF AUTHOR ▼  
Paul John Montwillo   whose pseudonym is Paul Hansen

DATES OF BIRTH AND DEATH  
Year Born ▼  1967   Year Died ▼

Was this contribution to the work a "work made for hire"?  
☐ Yes  
☐ No

Author's Nationality or Domicile  
Name of Country  
OR ⎨ Citizen of  U.S.A.  
      Domiciled in

Was This Author's Contribution to the Work  
Anonymous?  ☐ Yes  ☒ No  
Pseudonymous?  ☒ Yes  ☐ No  
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions  
☒ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing  
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text  
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death  
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?  
☐ Yes  
☐ No

Author's Nationality or Domicile  
Name of Country  
OR ⎨ Citizen of  
      Domiciled in

Was This Author's Contribution to the Work  
Anonymous?  ☐ Yes  ☐ No  
Pseudonymous?  ☐ Yes  ☐ No  
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions  
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing  
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text  
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**

a  Year in Which Creation of This Work Was Completed  
1998
Year  This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work  
Month  07   Day  01   Year  2000  
U.S.A.

---

**4**  
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼  
Paul John Montwillo  
3698 22nd Street  
San Francisco CA  94114

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED  
JUL 13 2004  
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED  
JUL 13 2004

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE

001  05



Trailer Trash Doll; Copyright No. 1-271-342

# EXHIBIT P

# BAY CAPITAL LEGAL P.C
## THE HOBART BUILDING, SUITE 807
## 582 MARKET STREET
## SAN FRANCISCO, CALIFORNIA 94104
## (415) 445-2570 (TEL.)
## (415) 462-5737 (FAX)

### CONFIDENTIAL – FOR SETTLEMENT PURPOSES ONLY

September 22, 2004

David Wong
Attorney at Law
320 Montford Avenue
Mill Valley, CA 94941

### Re:   Montwillo v. William Tull

Dear Mr. Wong:

I represent Mr. Montwillo with regards to his rights in the company Arsenic & Apple Pie, LLC ("The Company"). In response to your previous correspondence, Mr. Montwillo responds as follows:

1. Mr. Tull does not have the authority to dissolve The Company because he never effectively bought Mr. Montwillo's membership interest;
2. Mr. Tull's and/or The Company's[1] assertions that Mr. Montwillo forfeited his rights by declaring bankruptcy are null and void according to Federal Law;
3. The dissolution is wrongful and is causing damages to Mr. Tull and to The Company;
4. Mr. Tull has taken, or is the process of taking[2] a corporate opportunity and is attempting to sell intellectual property that belongs to Mr. Montwillo to a third party;
5. Mr. Montwillo has been improperly denied access to The Company's records; and
6. Mr. Tull is infringing Mr. Montwillo's valid copyright which was established prior to the formation of the company.

Based on Mr. Montwillo's calculations, he has been damaged in the following amounts:

| Corporate Opportunity | $35,000 (1/2 of the total $70,000)[3] |
|---|---|
| Copyright | $50,000 |

---

[1] There is an inherent confusion of whether Mr. Tull's personal agenda is being pursued and/or whether it is The Company's interest that is being pursued with regards to this issue.

[2] It is Mr. Montwillo's position that this dissolution is a sham and is being pursued so that Mr. Tull may steal Mr. Montwillo's and/or The Company's protected assets.

[3] This amount is based on Mr. Tull's representations. Mr. Montwillo would need to see the actual documents before agreeing to this amount.

| Misappropriated Profits | $40,000 |
| Interest (10% per annum) | $12,500 |
| Total | $137,500.00 |

Therefore, based on the foregoing, Mr. Montwillo demands that:

1. Mr. Tull pays Mr. Montwillo $137,500.00.
2. The Company cease and desist from all dissolution proceedings;
3. Mr. Tull cease and desist from all activity which may be considered to be taking a corporate opportunity;
4. Mr. Montwillo be allowed access to The Company's records;
5. Mr. Tull cease and desist all infringing activities

Additionally, please clarify to us who you are representing.

My client would like to resolve this issue in a fair and expeditious manner. Please contact me immediately at (415) 445-2570 to discuss resolution to this matter.

Very truly yours,

Curtis E. Smolar, Esq.
BAY CAPITAL LEGAL P.C.

Cc:    Mr. Montwillo
       Robert Preskill