David Y. Wong, Attorney at Law (SBN 105031)
100 Shoreline Highway, Suite 100 B
Mill Valley, CA 94941
Tel: (415) 339-0430
Fax: (415) 332-8679

Law Office of Marc H. Greenberg
536 Mission Street, Suite 2323
San Francisco, CA 94105
Tel: (415) 442-6611

Attorneys for Defendants William Tull, Daniel Gibby and Gibby Novelties, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM TULL; DANIEL GIBBY; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE, a California Limited Liability Corporation and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>And Related Counter-Claim of Tull | CASE NO. C 07 3947 SI<br><br>DECLARATION OF MARC H. GREENBERG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>April 25, 2008<br>9:00 a.m.<br>Judge Illston, Courtroom 10<br><br>The Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Complaint filed: August 1, 2007 |

I, Marc H. Greenberg, declare:

1. I am an attorney licensed by the State of California, admitted to practice before this Court since 1979, and I am co-counsel for Defendants William Tull, Daniel Gibby and

1  Gibby Novelties, LLC. I am authorized by my clients to make this Declaration in support of their

2  Motion for Summary Judgment, filed herewith;

3  2.    From March 21, 2008, until the date of this Declaration, April 4, 2008, Your Declarant

4  states and attests to the fact that I have not been served with a hard copy of Plaintiff's Motion

5  for Summary Judgment, Memorandum of Points and Authorities, the Declaration of Mr.

6  Sommers or the Declaration of Plaintiff Paul Montwillo, whether delivered by mail, facsimile,

7  messenger or overnite service. My office receives, and has received daily mail service from the

8  Postal Service and I have personal knowledge of all mail delivered during the time frame above;

9  3.    On or about March 21, 2008, I received an electronic notice from the Court of the filing of

10 a Motion for Summary Judgment filed by Plaintiff. About that time, I downloaded a copy of

11 Plaintiff's Memorandum of Points and Authorities and the Declaration of Stephen Sommers in

12 support of Plaintiff's Motion for Summary Judgment. I note that Montwillo's Declaration was not

13 listed as filed in the Court's electronic notices of March 21. Instead, I received notice of its

14 manual filing on March 24, 2008;

15 4.    On March 24, 2008, I received an electronic notice from the Court of Plaintiff's Failure to

16 File the Declaration of Paul Montwillo in accordance with Local Rule 5-4 and General Order 45.

17 Said Notice indicated that the Declaration of Montwillo had been filed manually, on paper and

18 provided 10 days in which to cure the error;

19 5.    I state unequivocally that from March 21 until the close of business on April 3, I never

20 received a copy of the Declaration of Paul Montwillo in support of his Motion for Summary

21 Judgment. I not receive it in any form until the evening of April 3, 2008, after Defendants'

22 Opposition to Plaintiff's Motion for Summary Judgment had been prepared and filed. At that

23 time, Counsel for Plaintiff copied me on an e-mail addressed to Mr. Wong. As of the date of this

MONTWILLO V. TULL, ET AL. USDC Action No. C 07 3947 SI                              2

DECLARATION OF MARC H. GREENBERG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR

SUMMARY JUDGMENT

Declaration, I have still yet to receive in hard copy the Declaration of Paul Montwillo in support of Plaintiff's Motion for Summary Judgment;

6. From March 24 to the present, I am unaware of whether Plaintiff has complied with the Court's General Order 45, Section III regarding Montwillo's Declaration by e-mailing a copy in 10 days to the Judge's chambers. If this has taken place, I was not copied on the communication or otherwise advised of the event. To my understanding, Plaintiff has failed and refused to submit his Declaration in the proper format to the Court within the 10 days provided, which period elapsed on April 3, 2008;

7. It is my understanding that Counsel of Record, as officers of the court, are charged with the affirmative duty of complying with all local court rules and the Federal Rules of Civil Procedure, especially relating to the filing and service of motion papers with the Court and opposing counsel.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am able to testify competently thereto.

Executed in _PACIFICA_, California on April 4, 2008.

Marc H. Greenberg

MONTWILLO V. TULL, ET AL.  USDC Action No. C 07 3947 SI            3

DECLARATION OF MARC H. GREENBERG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT