David Y. Wong, Attorney at Law (SBN 105031)
100 Shoreline Highway, Suite 100 B
Mill Valley, CA 94941
Tel: (415) 339-0430
Fax: (415) 332-8679

Law Office of Marc H. Greenberg
536 Mission Street, Suite 2323
San Francisco, CA 94105
Tel: (415) 442-6611

Attorneys for Defendants William Tull, Daniel Gibby and Gibby Novelties, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM TULL; DANIEL GIBBY; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE, a California Limited Liability Corporation and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>And Related Counter-Claim of Tull | CASE NO. C 07 3947 SI<br><br>AFFIDAVIT OF WILLIAM TULL IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>April 25, 2008<br>9:00 a.m.<br>Judge Illston, Courtroom 10<br><br>The Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Complaint filed: August 1, 2007 |

The Undersigned, William Tull, does hereby state and declare as follows:

1.   I am one of the individual Defendants, and the Counter Claimant in the above-

captioned matter and submit the following in support of Defendants' Reply to Opposition to Defendants' Motion for Summary Judgment;

2. The following facts are based on my personal knowledge of same, having personally witnessed the events and facts described, except as to those matters stated on information and belief and as to said matters I believe them to be true;

3. From 1999 until the dissolution and termination of Arsenic & Apple Pie, LLC in July of 2004, I and Paul Montwillo received Tax Schedule K-1 statements each year, detailing the finances of the Company and the allocation of reportable income or loss for each year to each partner/member. True and correct copies of the Schedule K-1 statements issued to Paul Montwillo for the years 1999, 2000, 2002 and 2003 are attached hereto as Exhibits K. For the years of 2001 and 2004, I am unable to locate the Schedule K-1 statements sent to Plaintiff, but have attached true and correct copies of the Certified Mail Receipts for those years showing that Plaintiff received K-1 statements for those years as Exhibit L;

4. I acquired the left-over Trailer Trash Doll inventory of Arsenic & Apple Pie, LLC, along with all of its other assets, tangible and intangible, from the Company in early July of 2004 in consideration of my agreement to waive and release the Company from its unpaid loans from me. The total value of my unpaid loans was in excess of $70,000, well more than the value of the tangible or intangible assets;

5. On July 15, 2004, I sold the assets of Arsenic & Apple Pie, LLC and remaining unsold inventory of 1200 Trailer Trash Dolls, 17 Blonde Drag Queen Dolls and 216 Redhead Drag Queen Dolls, a total of 1,433 dolls, including damaged or unsellable units, for the sum of $4,000, to Daniel Gibby. The price also included the rights to the Arsenic & Apple Pie name, its business goodwill and all intellectual property rights in the aforementioned dolls;

6. I was unaware of any copyright registrations or claims being made by Plaintiff

regarding any copyright interests to any of the five doll models which are identified in the instant action until Plaintiff filed this Action in August of 2007.

6. I have reviewed the attached Reply Memorandum in Opposition to Defendants' Motion for Summary Judgment and attest that any and all supporting facts set forth therein which I have neglected to mention above are, in fact, true and correct, except as to those matters stated on information and belief and as to same I believe them to be true.

I hereby declare and affirm under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that if called to testify I could and would do so competently and of my own personal knowledge.

Executed this _11_ day of April, 2008, in __Mill Valley__, California.

_____
William Tull

**EXHIBIT K**

| SCHEDULE K-1 (Form 1065) Department of the Treasury Internal Revenue Service | Partner's Share of Income, Credits, Deductions, etc. ▶ See separate instructions. For calendar year 1999 or tax year beginning , 1999, and ending | OMB No. 1545-0099 **1999** |
|---|---|---|

Partner's identifying number ▶ 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 
Partnership's identifying number ▶ 94-3327345

Partner's name, address, and ZIP code
PAUL MONTWILLO
4147 20TH STREET
SAN FRANCISCO, CA 94114

Partnership's name, address, and ZIP code
ARSENIC & APPLE PIE, LLC
432 CASTRO STREET
SAN FRANCISCO, CA 94114

A  This partner is a ☐ general partner  ☐ limited partner
   ☒ limited liability company member
B  What type of entity is this partner? ▶ INDIVIDUAL
C  Is this partner a ☒ domestic or a ☐ foreign partner?
D  Enter partner's percentage of:  (i) Before change or termination   (ii) End of year
   Profit sharing................. %   50%
   Loss sharing.................. %   50%
   Ownership of capital.......... %   50%
E  IRS Center where partnership filed return: FRESNO

F  Partner's share of liabilities (see instructions):
   Nonrecourse...........................$ _____
   Qualified nonrecourse financing.......$ _____
   Other.................................$ _____
G  Tax shelter registration number ....▶ _____
H  Check here if this partnership is a publicly traded partnership
   as defined in section 469(k)(2)....................☐
I  Check applicable boxes:  (1) ☐ Final K-1  (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0 | 2,500 | -1,210 | ( ) | 1,290 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **I N C O M E / L O S S** | 1  Ordinary income (loss) from trade or business activities................ | 1 | -1,200 | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2  Net income (loss) from rental real estate activities................... | 2 | | |
| | 3  Net income (loss) from other rental activities........................ | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest............................................................ | 4a | | Sch. B, Part I, line 1 |
| | b  Ordinary dividends................................................ | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties.......................................................... | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss).................................. | 4d | | Sch. D, line 5, col. (f) |
| | e  Net long-term capital gain (loss): | | | |
| | (1)  28% rate gain (loss)............................................ | e(1) | | Sch. D, line 12, col. (g) |
| | (2)  Total for year................................................... | e(2) | | Sch. D, line 12, col. (f) |
| | f  Other portfolio income (loss) (attach schedule)..................... | 4f | | Enter on applicable line of your return |
| | 5  Guaranteed payments to partner...................................... | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6  Net section 1231 gain (loss) (other than due to casualty or theft)........ | 6 | | |
| | 7  Other income (loss) (attach schedule)................................. | 7 | | Enter on applicable line of your return |
| **D E D U C T I O N S** | 8  Charitable contributions (see instructions).......................... | 8 | | Sch. A, line 15 or 16 |
| | 9  Section 179 expense deduction........................................ | 9 | | See page 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income............................... | 10 | | |
| | 11 Other deductions (attach schedule)................................... | 11 | | |
| **C R E D I T S** | 12 a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990..... | a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) for property placed in service before 1990............ | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989........ | a(3) | | |
| | (4) Other than on line 12a(3) for property placed in service after 1989............... | a(4) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities.................................................... | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c  Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities..................................... | 12c | | |
| | d  Credits related to other rental activities............................ | 12d | | |
| | 13 Other credits........................................................ | 13 | | |

For Paperwork Reduction Act Notice, see instructions for Form 1065.
KFA

Schedule K-1 (Form 1065) 199

PARTNER 2

| YEAR 2000 | **Member's Share of Income, Deductions, Credits, etc.** | CALIFORNIA SCHEDULE K-1 (568) |
|---|---|---|

For calendar year 2000 or fiscal year beginning month ___ day ___ year 2000, and ending month ___ day ___ year ___

Member's identifying number  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  
LLC's FEIN  94-3327345  
Secretary of State file number  199911010031

Member's name, address, state, and ZIP code:  
Paul Montwillo  
4147 20th Street  
San Francisco, CA 94114

LLC's name, address, state, and ZIP code:  
Arsenic & Apple Pie, LLC  
432 Castro Street  
San Francisco, CA 94114

**A** What type of entity is this member?
- (1) ☒ Individual
- (2) ☐ S Corporation
- (3) ☐ Estate/Trust
- (4) ☐ C Corporation
- (5) ☐ General Partnership
- (6) ☐ Limited Partnership
- (7) ☐ LLP
- (8) ☐ LLC
- (9) ☐ IRA/Keogh/SEP
- (10) ☐ Exempt Org.

**B** Is this member a foreign member? ☐ Yes ☒ No

**C** Enter member's percentage (without regard to special allocations) of:

|  | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | | 50.0000% |
| Loss sharing | | 50.0000% |
| Ownership of capital | | 50.0000% |

**D** Member's share of liabilities:
- Nonrecourse ............ $ ____
- Qualified nonrecourse financing .... $ ____
- Other .................. $ ____

**E** Tax shelter registration number ____

**F** (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) .......... ☐  
(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) .......... ☐

**G** Check here if this is:
- (1) ☐ A final Schedule K-1 (568)  (2) ☐ amended Sch K-1 (568)

**H** Is this member a nonresident of California? ☐ Yes ☒ No

**J** Analysis of member's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7, Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine column (a) through column (d)) |
|---|---|---|---|---|
| 1,290. | | 2,877. | ( ) | 4,167. |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

|  | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law (Combine col. (b) and col. (c)) | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 2,987. | 400. | 3,387. | ▶ |
| | 2 Net income (loss) from rental real estate activities | | | | ▶ |
| | 3 Net income (loss) from other rental activities | | | | |
| | 4 Portfolio income (loss): | | | | |
| | a Interest | | | | ▶ |
| | b Dividends | | | | ▶ |
| | c Royalties | | | | ▶ |
| | d Net capital gain (loss) | | | | ▶ |
| | e Other portfolio income (loss). Attach schedule | | | | ▶ |
| | 5 Guaranteed payments to members | | | | ▶ |
| | 6 Net gain (loss) under IRC Sect. 1231 (other than due to casualty or theft) | | | | ▶ |
| | 7 Other income (loss). Attach schedule | | | | ▶ |
| Deductions | 8 Charitable contributions | | | | |
| | 9 Expense deduction for recovery property (R&TC Sections 17267.2, 17267.6, 17268, and IRC Section 179). Attach schedule | | | | |
| | 10 Deductions related to portfolio income. Attach schedule | | | | |
| | 11 Other deductions. Att sch | | | | |

Member 2

K156800104059

Schedule K-1 (568) 2000

| Schedule K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | Partner's Share of Income, Credits, Deductions, etc<br>For calendar year 2002 or tax year<br>beginning , 2002, and ending , 20 | OMB No. 1545-0099<br>**2002** |
|---|---|---|
| Partner's identifying number ► 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 | Partnership's identifying number ► 94-3327345 | |

Partner's name, address, and ZIP code

Paul Montwillo
4147 20th Street
San Francisco, CA 94114

Partnership's name, address, and ZIP code

Arsenic & Apple Pie, LLC
432 Castro Street
San Francisco, CA 94114

**A** This partner is a  [ ] general partner  [ ] limited partner
 [X] limited liability company member
**B** What type of entity is this partner?.. ► Individual
**C** Is this partner a [X] domestic or a [ ] foreign partner?
**D** Enter partner's % of:  (i) Before change or termination  (ii) End of year
   Profit sharing . . . . _____ %  _____ 50 %
   Loss sharing . . . . . _____ %  _____ 50 %
   Ownership of capital . _____ %  _____ 50 %
**E** IRS Center where partnership filed return: Ogden, UT

**F** Partner's share of liabilities (see instructions):
   Nonrecourse . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
   Qualified nonrecourse financing . . . . . . . . $ _____
   Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
**G** Tax shelter registration number ► _____
**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
**I** Check applicable boxes:  (1) [ ] Final K-1  (2) [ ] Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | | | | |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities . . . . . . . . . . | 1 | -12,902. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities . . . . . . . . . . . . . . . . . . . . . . . . | 2 | | |
| | 3 Net income (loss) from other rental activities . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4a | | Schedule B, Part I, line 1 |
| | b Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4b | | Schedule B, Part II, line 5 |
| | c Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4d | | Schedule D, line 5, column (f) |
| | e (1) Net long-term capital gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4e(1) | | Schedule D, line 12, column (f) |
| | (2) 28% rate gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4e(2) | | Schedule D, line 12, column (g) |
| | (3) Qualified 5-year gain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4e(3) | | Line 5 of worksheet for Sch D, line 29 |
| | f Other portfolio income (loss) (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . | 4f | | Enter on applicable ln of your return |
| | 5 Guaranteed payments to partner . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| | 7 Other income (loss) (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | | Enter on applicable ln of your return |
| **Deductions** | 8 Charitable contributions (see instructions) (attach schedule) . . . . . . . . . . . . . . . | 8 | | Schedule A, line 15 or 16 |
| | 9 Section 179 expense deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) . . . . . . . . . . . . . . . . . . | 10 | | |
| | 11 Other deductions (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | | |
| **Credits** | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships . . . . . . . . . . . . . . . . . . . . . . . . . | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities . . . . . . . . . . . . . . . . . . . . . . . | 12c | | |
| | d Credits related to other rental activities . . . . . . . . . . . . . . . . . . . . . . | 12d | | |
| | 13 Other credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | | |

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.                                       Schedule K-1 (Form 1065) 2002

PTPA0312L   12/27/02

Partner 2

# Schedule K-1
(Form 1065)

Department of the Treasury
Internal Revenue Service

## Partner's Share of Income, Credits, Deductions, etc

For calendar year 2003 or tax year
beginning _____, 2003, and ending _____, 20 ___

OMB No. 1545-0099

**2003**

| | |
|---|---|
| Partner's identifying number ► 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 | Partnership's identifying number ► 94-3327345 |
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| Paul Montwillo<br>4147 20th Street<br>San Francisco, CA 94114 | Arsenic & Apple Pie, LLC<br>432 Castro Street<br>San Francisco, CA 94114 |

A  This partner is a  ☐ general partner  ☐ limited partner
   ☒ limited liability company member
B  What type of entity is this partner? .... ► Individual
C  Is this partner a  ☒ domestic or a  ☐ foreign partner?
D  Enter partner's % of:  (i) Before change or termination  (ii) End of year
   Profit sharing ........... ___%  50 %
   Loss sharing ............ ___%  50 %
   Ownership of capital ... ___%  50 %
E  IRS Center where partnership filed return: Ogden, UT

F  Partner's share of liabilities (see instructions):
   Nonrecourse ........................... $ _____
   Qualified nonrecourse financing ........ $ _____
   Other .................................. $ _____
G  Tax shelter registration number ► _____
H  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ............... ☐
I  Check applicable boxes:  (1) ☐ Final K-1  (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -24,634. | | -15,832. | | -40,466. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities .......... | 1 | -15,747. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2  Net income (loss) from rental real estate activities .......... | 2 | | |
| | 3  Net income (loss) from other rental activities .......... | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest income .......... | 4a | | Form 1040, line 8a |
| | b (1)  Qualified dividends .......... | 4b(1) | | Form 1040, line 9b |
| |   (2)  Total ordinary dividends .......... | 4b(2) | | Form 1040, line 9a |
| | c  Royalty income .......... | 4c | | Schedule E, Part I, line 4 |
| | d (1)  Net short-term capital gain (loss) (post-May 5, 2003) .......... | 4d(1) | | Schedule D, line 5, column (g) |
| |   (2)  Net short-term capital gain (loss) (entire year) .......... | 4d(2) | | Schedule D, line 5, column f) |
| | e (1)  Net long-term capital gain (loss) (post-May 5, 2003) .......... | 4e(1) | | Schedule D, line 12, column g) |
| |   (2)  Net long-term capital gain (loss) (entire year) .......... | 4e(2) | | Schedule D, line 12, column (f) |
| | f  Other portfolio income (loss) (attach schedule) .......... | 4f | | |
| | 5  Guaranteed payments to partner .......... | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6a  Net section 1231 gain (loss) (post-May 5, 2003) .......... | 6a | | |
| | b  Net section 1231 gain (loss) (entire year) .......... | 6b | | |
| | 7  Other income (loss) (attach schedule) .......... | 7 | | |
| **Deductions** | 8  Charitable contributions (see instructions) (attach schedule) .......... | 8 | | Schedule A, line 15 or 16 |
| | 9  Section 179 expense deduction .......... | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10  Deductions related to portfolio income (attach schedule) .......... | 10 | | |
| | 11  Other deductions (attach schedule) .......... | 11 | | |
| **Credits** | 12a  Low-income housing credit: | | | |
| | (1)  From section 42(j)(5) partnerships .......... | 12a(1) | | Form 8586, line 5 |
| | (2)  Other than on line 12a(1) .......... | 12a(2) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities .......... | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c  Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities .......... | 12c | | |
| | d  Credits related to other rental activities .......... | 12d | | |
| | 13  Other credits .......... | 13 | | |

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.   Schedule K-1 (Form 1065) 2003
PTPA0312L   10/21/03

Partner 2

Case 3:07-cv-03947-SI   Document 50   Filed 04/11/2008   Page 9 of 12

**EXHIBIT L**

Certified 7/31/02
2001 Schedule K to Paul

## U.S. Postal Service CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

SAN FRANCISCO CA 94114

| | | |
|---|---|---|
| Postage | $ $0.60 | |
| Certified Fee | $2.30 | 0056 07 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.65 | 07/31/2002 |

Article Number: 7001 1940 0005 5573 9787

Sent To: Paul Montwillo
Street, Apt. No.; or PO Box No.: 3638 - 22nd St.
City, State, ZIP+4: S.F. CA 94114

PS Form 3800, January 2001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul Montwillo
   3638 - 22nd St.
   S.F. CA 94114

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7001 1940 0005 5573 9787

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

Certified 7/8/03

2002 Schedule K
to Paul

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

SAN FRANCISCO CA 94114

| | | |
|---|---|---|
| Postage | $ $0.60 | |
| Certified Fee | $2.30 | 0056 16 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.65 | 07/08/2003 |

Sent To: Paul Montwillo
Street, Apt. No.; or PO Box No.: 4147 20th St.
City, State, ZIP+4: S.F. CA 94114

7002 0510 0003 9767 8201

7/15/04 Certified 2003
Schedule K to Paul

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Monturillo
3638 - 22nd St
S.F. CA 94114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7002 0510 0004 1953 8193

PS Form 3811, August 2001  Domestic Return Receipt  102595-01-M-0381

---

SAN FRANCISCO CA 94114

| | | |
|---|---|---|
| Postage | $0.60 | |
| Certified Fee | $2.30 | 0056 16 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.65 | 07/15/2004 |

Sent To: Paul Monturillo
Street, Apt. No.; or PO Box No.: 3638 - 22nd St.
City, State, ZIP+4: S.F. CA 94114

7002 0510 0004 1953 8193