David Y. Wong, Attorney at Law (SBN 105031)
100 Shoreline Highway, Suite 100 B
Mill Valley, CA 94941
Tel: (415) 339-0430
Fax: (415) 332-8679

Law Office of Marc H. Greenberg
536 Mission Street, Suite 2323
San Francisco, CA 94105
Tel: (415) 442-6611

Attorneys for Defendants William Tull, Daniel Gibby and Gibby Novelties, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM TULL; DANIEL GIBBY; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE, a California Limited Liability Corporation and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>And Related Counter-Claim of Tull | CASE NO. C 07 3947 SI<br><br>AFFIDAVIT OF DANIEL GIBBY IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>April 25, 2008<br>9:00 a.m.<br>Judge Illston, Courtroom 10<br><br>The Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Complaint filed: August 1, 2007 |

The Undersigned, Daniel Gibby, does hereby state and declare as follows:

1.      I am one of the individual Defendants, and the sole member of Gibby Novelties,

MONTWILLO V. TULL, ET AL. USDC Action No. C 07 3947 SI      1

AFFIDAVIT OF DANIEL GIBBY IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION FOR

SUMMARY JUDGMENT

    LLC in the above-captioned matter and submit the following in support of Defendants' Reply to Opposition to Defendants' Motion for Summary Judgment;

2. The following facts are based on my personal knowledge of same, having personally witnessed the events and facts described, except as to those matters stated on information and belief and as to said matters I believe them to be true;

3. I acquired the left-over Trailer Trash Doll inventory of Arsenic & Apple Pie, LLC, from William Tull on July 15, 2004. At that time, I purchased the remaining unsold inventory of 1200 Trailer Trash Dolls, 17 Blonde Drag Queen Dolls and 216 Redhead Drag Queen Dolls, a total of 1,433 dolls, including damaged or unsellable units, for the sum of $4,000. The price also included the rights to the Arsenic & Apple Pie name, its business goodwill and all intellectual property rights in the aforementioned dolls;

4. Neither I nor Gibby Novelties, LLC, have copied, remanufactured, produced or marketed any new or additional Trailer Trash, Blonde Drag Queen or Redhead Drag Queen Dolls since July 15, 2004. All three doll models have been sold out and I have not tried to resume production;

5. In late 2004, I created and designed two new Trailer Trash doll models, significantly different in many important aspects from two doll models which Plaintiff submitted copyright registrations for on July 2, 2004. Using my own ideas and designs, I created a talking pregnant trailer trash doll which I named "Trash Talkin' Turleen," as well as a "JerWayne Junior" male doll. Both dolls were conceived, designed, developed, produced and manufactured by Gibby Novelties, LLC and feature stereotypical makeup, costume and accessory items drawn from American culture, media images and the entertainment industry. I did not utilize, draw from, base or derive my concepts for the Turleen and JerWayne dolls upon anything which was developed by Paul Montwillo, especially any designs for which he claimed or perfected any copyright

registrations;

6. I was unaware of any copyright registrations or claims being made by Plaintiff regarding any copyright interests to any of the five doll models which are identified in the instant action until Plaintiff filed this Action in August of 2007.

7. I have reviewed the attached Reply Memorandum in Opposition to Defendants' Motion for Summary Judgment and attest that any and all supporting facts set forth therein which I have neglected to mention above are, in fact, true and correct, except as to those matters stated on information and belief and as to same I believe them to be true.

I hereby declare and affirm under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that if called to testify I could and would do so competently and of my own personal knowledge.

Executed this 10 day of April, 2008, in San Anselmo, California.

_____
Daniel Gibby

MONTWILLO V. TULL, ET AL. USDC Action No. C 07 3947 SI

AFFIDAVIT OF DANIEL GIBBY IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT