STEPHEN A. SOMMERS, SBN 225742
Sommers Law Group
870 Market Street, Ste. 1142
San Francisco, CA 94102
(415) 839-8569 (Telephone)
(415) 956-0878 (Fax)
ssommers@sommerslaw.com

Attorney for Plaintiff &
Counter-defendant
Paul Montwillo

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual;<br>Plaintiff,<br>vs.<br>WILLIAM TULL, an individual; DANIEL GIBBY, and individual; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE, a California limited liability company; and DOES 1-100, inclusive,<br>Defendants. | Case No. C 07 3947 SI<br><br>DECLARATION OF STEPHANIE JOYNT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT<br><br>Date: April 25, 2008<br>Time: 9:00 a.m.<br>Court: 10, 19th Floor<br>Judge: Honorable Susan Illston |
| WILLIAM TULL, an individual;<br>Counter-Claimant,<br>vs.<br>PAUL MONTWILLO, an individual, and DOES 21 through 30, inclusive,<br>Counter-Defendants | Complaint Filed: August 1, 2007<br>Counterclaim Filed: January 11, 2008<br><br>Trial Date: June 30, 2008 |

I, Stephanie Joynt, assistant to attorney Stephen A. Sommers, by personal knowledge, hereby declare that if called to testify I could and would attest to the following:

///

SOMMERS LAW GROUP

1. On March 21, 2008, by overnight mail , I served on David Wong at 100 Shoreline Highway, Suite 100B Mill Valley, CA 94941, the following documents: (a) Plaintiff/Counter-Defendant Paul Montwillo's Notice of Motion and Motion for Summary Judgment and against Counter Claimant William Tull's Counterclaims; (b) Memorandum of Points and Authorities; (c) Declaration of Paul Montwillo in Support of his Motion for Summary Judgment; (d) Declaration of Stephen Sommers in Support of his Motion for Summary Judgment; (e) Proposed Order. A true and accurate copy of the signed Proof of Service is attached hereto as Exhibit A. On March 24, 2008, I manually filed the Declaration of Paul Montwillo in Support of his Motion for Summary Judgment with the Court because we were unable to upload the file because the pdf file was too large. At court, the clerk provided me with information about how to e-mail the manually filed document to the judge within 10 days of filing. On April 2, 2008, I e-mailed a copy of the declaration to SIpdf@cand.uscourts.gov as requested. A true and accurate copy of this e-mail is attached as Exhibit A. Additionally, I spoke with Yumiko Saito, Judge Illston's docket clerk on numerous occasions to ensure that I followed up with said filing in a timely and appropriate manner, and to specifically to ensure compliance with local rules.

2. On Friday April 4, 2008, I mistakenly uploaded to the Court Defendants' Opposition to Plaintiff's Motion for Summary Judgment to the Court, when I intended to upload Plaintiff's Opposition to Defendants' Motion for Summary Judgment. On April 7, 2008, attorney David Wong brought to our attention that the wrong file had been uploaded to the Court, as a result I re-uploaded the correct document and notified the ECF help desk by e-mail as required. I effectuated service of the Opposition and supporting documents to attorney Marc Greenberg at 536 Mission St. San Francisco, CA 94105 and attorney David Wong 100 Shoreline Highway, Suite 100B Mill Valley, CA 94941 by overnight mail. A true and accurate copy of the proof of service is attached hereto as Exhibit B.

3. On April 9, 2008, I ordered and received from the Copyright Office in Washington, DC of the following five copyright registrations (a) VAu-631337, (b) VAu-631338, (c) VA-1271343, (4) VA-1271341, and (e) VA-1271342. The Copyright Office charged cost

Page 2 of 3

Montwillo, et al. v. Tull et al., SF Superior Ct Case No. CGC-05-442352
DECLARATION OF STEPHANIE JOYNT

SOMMERS LAW GROUP

$271.00 to our firm on the same day. True and accurate copies of each registration and billing are attached hereto as Exhibit C.

4. On April 11, 2008, I review the website www.trailertrashdoll.com. This is the website for Gibby Novelties, LLC. On the homepage is a prominent photo of the famous "redneck" comedian Jeff Foxworthy, and photos of some dolls. On the "products" page, there is a prominent photo of a pregnant doll with hair curlers, and smoking a cigarette. The doll is called Trash Talking Turleen. I am familiar with copyright registration VA-631337 for a talking pregnant doll. The photo on the products page is identical to the photo attached to the copyright application. On another website, www.toydirectory.com, Gibby Novelties, LLC boasts "we are pleased to offer the licensed like of Vintage Foxworthy novelty gifts," and it appears that Gibby Novelties, LLC is the sole distributor of The Vintage Foxworthy Collection. True and accurate copies of the aforementioned web pages are attached hereto as Exhibit D.

5. On April 11, 2008, I browsed through countless websites containing articles about the dolls subject to the copyright registrations listed in paragraph 3 above. I saw listed thousands of web listings that either sell or talk about the dolls. One article that I saw repeated on several websites, including the hugely popular TMZ.com, talks about the origins of the dolls. This article cites "Daniel Libby" as the dolls' creator. Another website, davidgeneralstore.com, states that the dolls were "shown on the Jay Leno Show on 12/9/2005 as one of the top 'gag gifts' for Christmas." I saw websites that discussed the dolls in several different foreign languages, including French, Italian, Portuguese, German and Spanish. I saw news articles in well-known foreign press outlets, such as the Guardian in England. It would be impossible to estimate how many internet hits I discovered throughout this process. I also saw that the dolls are being sold in countless online stores, including but not limited to Amazon.com and toydirectory.com. True and accurate copies of a varying sample of these articles are attached hereto as Exhibit E.

I declare under the laws of perjury of the State of California that the above is true and correct.

San Francisco, California

Dated: April 11, 2008.

Stephanie Joynt

# EXHIBIT A

AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I, the undersigned, am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within action.

I am employed by the Sommers Law Group, 870 Market Street, Suite 1142, San Francisco, California 94102.

On March 21, 2008 I served the following document(s) entitled:

**PLAINTIFF/COUNTER-DEFENDANT PAUL MONTWILLO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND AGAINST COUNTER-CLAIMANT WILLIAM TULL'S COUNTERCLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF PAUL MONTWILLO IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF STEPHEN SOMMERS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

**PROPOSED ORDER**

on the interested parties in this action by mailing a true and accurate copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, and by causing such envelope to be deposited in California Overnight Mail at 870 Market Street, Suite 1142, San Francisco, California 94102, addressed as follows:

David Wong
100 Shoreline Highway, Suite 100B
Mill Valley, CA 94941

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with the California Overnight Service.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 21, 2008

San Francisco, California

Stephanie Joynt



**Chase Joynt <chase.joynt@gmail.com>**

# CV 07-03947 SI

**Chase Joynt <chase.joynt@gmail.com>** **Wed, Apr 2, 2008 at 11:11 AM**
To: SIpdf@cand.uscourts.gov

Attached, please find the DECLARATION OF PAUL MONTWILLO IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT which was manually filed on March 24, 2008. The document was manually filed due to it's size.

Thank you for your continuing courtesy and assistance,

Chase Joynt
Assistant to Stephen A. Sommers

--
Chase Joynt
Sommers Law Group
870 Market St. Suite 1142
San Francisco, CA 94102
Telephone: (415) 839-8569
Fax: (415) 956-0878

**2008.3.21 Montwillo's Declaration in Support of MSJ.pdf**
7212K

# EXHIBIT B

# DECLARATION OF PROOF OF SERVICE

I, the undersigned, am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within action.

I am employed by the Sommers Law Group, 870 Market Street, Suite 1142, San Francisco, California 94102.

On April 4, 2008 I served the following document(s) entitled:

**PLAINTIFF MONTWILLO'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**SUPPLEMENTAL DECLARATION OF STEPHEN A. SOMMERS IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT OF PLAINTIFF PAUL MONTWILLO**

on the interested parties in this action by mailing a true and accurate copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, and by causing such envelope to be deposited in California Overnight Mail at 870 Market Street, Suite 1142, San Francisco, California 94102, addressed as follows:

David Wong
100 Shoreline Highway, Suite 100B
Mill Valley, CA 94941

Marc H. Greenberg
Law Offices of Marc H. Greenberg
536 Mission Street, Suite 2323
San Francisco, CA 94105

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with the California Overnight Service.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 4, 2008

San Francisco, California

Stephen Sommers

# EXHIBIT C

  

FL
4c 

Date: April 9, 2008

LIBRARY
OF
CONGRESS

COPYRIGHT
OFFICE

101 Independence
Avenue, S.E.

Washington, D.C.
20559-6000

Chase Joynt
870 Market Street
Suite 1142
San Francisco, CA 94102

Type of remittance received:

check or money order

deposit account--
description number:

X credit card

The Certifications and Documents Section has provided the following services and applied fees as shown below.

| | |
|---|---|
| Additional certificate | $30.00 |
| Expedited service (rush certifications, searches, or additional certificates) | $240.00 |
| Expedited shipping | $1.00 |
| **Total fees charged** | **$271.00** |
| **Total remittance received** | **$271.00** |

Sincerely yours,

Tonya Y. Lewis

Enclosures: 5

5 - Photocopies of certificates of registration (VA 1-271-343 and 4 others)

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-271-343

EFFECTIVE DATE OF REGISTRATION

7-13-04
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼ Blonde Drag Queen Doll

NATURE OF THIS WORK ▼ See instructions: Doll

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
a Paul John Montwillo whose pseudonym is Paul Hansen

DATES OF BIRTH AND DEATH
Year Born ▼ 1967 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of U.S.A. / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed: 1998 Year. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month 07 Day 01 Year 2000 U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Paul John Montwillo
3698 22nd Street
San Francisco CA 94114

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED JUL 13 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUL 13 2004
FUNDS RECEIVED

MORE ON BACK ▸ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY MMC

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Paul John Montwillo
3638 22nd Street
San Francisco CA 94114

Area code and daytime telephone number (415) 821 1536 Fax number ( )

Email pmontwillo@hotmail.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☒ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☐ authorized agent of ____ Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paul John Montwillo Date 7/18/04

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Paul John Montwillo

Number/Street/Apt ▼ 3638 22nd Street

City/State/ZIP ▼ San Francisco CA 94114

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

14165091

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
VA 1-271-341
EFFECTIVE DATE OF REGISTRATION
7-13-04
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼ Redhead Drag Queen Doll

NATURE OF THIS WORK ▼ See instructions: Doll

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼ Paul John Montwillo whose pseudonym is Paul Hansen

DATES OF BIRTH AND DEATH Year Born ▼ 1967 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile Name of Country OR { Citizen of USA / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No; Pseudonymous? ☒ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed 1998 Year. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month SEPT Day 01 Year 2000 U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Paul John Montwillo
3638 22nd Street
San Francisco CA 94114

See instructions before completing this space.

APPLICATION RECEIVED JUL 13 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUL 13 2004
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▸ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY MMK
CHECKED BY
☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Paul John Montwillo
3638 22nd Street
San Francisco CA 94114

Area code and daytime telephone number (415) 821 1536 Fax number ( )
Email pmontwillo@hotmail.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ______
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paul John Montwillo Date 7/10/01

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Paul John Montwillo
Number/Street/Apt ▼ 3638 22nd Street
City/State/ZIP ▼ San Francisco CA 94114

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, [illegible]

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 631-337

EFFECTIVE DATE OF REGISTRATION
July 2 2004
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼ Talking Pregnant Trailer Trash Doll

NATURE OF THIS WORK ▼ See instructions: Doll

Previous or Alternative Titles ▼ Trash Talking Trixie

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
a Paul John Montuillo

DATES OF BIRTH AND DEATH
Year Born ▼ 1967 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of United States / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed 1998 Year. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month Day Year Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Paul John Montuillo

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED JUL 0 2 2004
ONE DEPOSIT RECEIVED JUL 0 2 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

p. 1 of 2

EXAMINED BY [signature] **FORM VA**

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a — See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Paul J Montwillo
3638 22nd St
San Francisco CA 94114

Area code and daytime telephone number (415) 821 1536 Fax number ( )

Email pmontwillo@hotmail.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ________
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paul John Montwillo Date 6/29/04

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Paul J Montwillo

Number/Street/Apt ▼ 3638 22nd St.

City/State/ZIP ▼ San Francisco CA 94114

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu631-338

EFFECTIVE DATE OF REGISTRATION
July 2 2004
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼ Trailer Trash Roy Doll

NATURE OF THIS WORK ▼ See instructions: Doll

Previous or Alternative Titles ▼ Bubba, Mullet Doll

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
a Paul John Montwillo

DATES OF BIRTH AND DEATH
Year Born ▼ 1967 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of United States
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed 1998 Year
This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month Day Year
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Paul John Montwillo

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED JUL 02 2004
ONE DEPOSIT RECEIVED JUL 02 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▸ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

P. 1 of 2

EXAMINED BY [signature]

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Paul J Montwillo
3638 22nd St
San Francisco CA 94114

Area code and daytime telephone number (415) 821 1536 Fax number ( )

Email pmontwillo@hotmail.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ______
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paul John Montwillo Date 6/29/04

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Paul J Montwillo

Number/Street/Apt ▼
3638 22nd St.

City/State/ZIP ▼
San Francisco CA 94114

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG VA 1-271-342

EFFECTIVE DATE OF REGISTRATION

7-13-04
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work** ▼ Trailer Trash Doll

**NATURE OF THIS WORK** ▼ See instructions: Doll

**Previous or Alternative Titles** ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NAME OF AUTHOR** ▼ a Paul John Montwillo whose pseudonym is Paul Hansen

**DATES OF BIRTH AND DEATH** Year Born ▼ 1967 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile, Name of Country: OR Citizen of U.S.A. / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No; Pseudonymous? ☒ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions

☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author** ▼ b

Dates of Birth and Death: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile, Name of Country: OR Citizen of / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a **Year in Which Creation of This Work Was Completed** 1998 Year. This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**. Complete this information ONLY if this work has been published. Month 07 Day 01 Year 2000. U.S.A. Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Paul John Montwillo
3698 22nd Street
San Francisco CA 94114

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED JUL 13 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUL 13 2004
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. DO NOT WRITE HERE

EXAMINED BY MMK

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number Year of Registration

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

a — See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name Account Number

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

b

Paul John Montwillo
3638 22nd Street
San Francisco CA 94114

Area code and daytime telephone number (415) 821 1536 Fax number ( )

Email pmontwillo@hotmail.com

**8**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ______
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paul John Montwillo Date 7/10/04

Handwritten signature (X)

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name: Paul John Montwillo

Number/Street/Apt: 3638 22nd Street

City/State/ZIP: San Francisco CA 94114

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

# EXHIBIT D















FREE SHIPPING!

BBBOnLine RELIABILITY PROGRAM

Attention AOL users, our site is best viewed with Firefox or Internet Explorer.



DETAILS BUY ONE NOW! DETAILS BUY ONE NOW! DETAILS DETAILS

GIBBY NOVELTIES, LLC - Gibby Novelties and www.trailertrashd... http://www.toydirectory.com/monthly/hgg/manufacturer.asp?id=75..

TOYDIRECTORY® | TDmonthly™ Magazine | Join our 27,800 subscribers | Forums | PlayZak® April 11, 2008 1:08:43 PM

brought to you by: TOYDIRECTORY
Inquiry Basket
Sign Up | Your Account | Login

Magazine Home ToyShow Preview Gift Guide Reviews

Search Gift Guide Company Name Search

TDmonthly > Gift Guide > Novelties > GIBBY NOVELTIES, LLC Previous | Next

## GIBBY NOVELTIES, LLC

JerWayne Junior

**MSRP: $24.95**
I Want One
**Age:** 18 and Up

We present our first talking, male, mullet, Trailer Trash Doll, JerWayne Junior. This unique collectible doll stands 12" tall and has a hidden button under his shirt and says 6 different sayings. Ships in a first edition red, white and blue window box featuring hilarious redneck text and graphics. Camouflage fishing cap, can of beer and batteries included.

Complimentary gift bag with all orders over $50.00!

(**Watch Video**)

THE VINTAGE FOXWORTHY REDNECK COLLECTION IS HERE NOW!
VINTAGE
FOXWORTHY
YIELD
REDNECKS
STOP
HERE

The Vintage Foxworthy Collection

I Want One
**Age:** 18 and Up

For holiday 2007 we are pleased to offer the licensed line of Vintage Foxworthy novelty gifts designed by the original "redneck" Jeff Foxworthy himself! The collection includes hilarious signs, plaques, garden stakes and door hangings. Git yers today!

**Items in the collection range from $5.95 to $24.95**

Complimentary gift bag with all orders over $50.00!

## About GIBBY NOVELTIES, LLC

Gibby Novelties and www.trailertrashdoll.com are the manufacturers and designers of unique "trailer trash" and "redneck" themed dolls, novelties, tee shirts, and the licensed Vintage Foxworthy Collection. We manufacture laughs daily!

1 of 2 4/11/2008 1:07 PM

# TRASH TALKIN TURLEEN

* Truck not included,

- Have you been married three times and still have the same in-laws?
- Do you think that the last words to the Star Spangled Banner are "gentlemen, start your engines?
- Do you think that the word Iraq refers to a woman with large breasts?
- Have you ever lit a match in your bathroom and your home exploded right off of its wheels?
- Have you ever let your twelve year old daughter smoke at the dinner table in front of her kids?

If you answered yes to any of these questions, then **Trash Talkin' Turleen** is the doll for you! Add her to your collection now!

She didn't just fall off of the turnip truck! Turleen is a sophisticated and patriotic American and a model working mother. After hours of hard work gathering carts at the Honk & Holler and waitressing at the elegant Bowlarama, she still finds time to spend quality time with her kids. With seven children and one on the way, she recently won the Mother of the Year Award from the Pink Flamingo Trailer Park Homeowners Association! This special trophy sits proudly on the kitchen window sill in her luxurious double-wide next to her six first place Little Miss Guzzler Awards from the county fair! Yes this honey has grown up! She's got a bun in the oven and she's ready to hit the town! Just push her belly button and Trash Talkin' Turleen will share some pearls of wisdom with the sophistication and style that makes her family and third grade teacher proud.

***Beware she talks some serious trash!***

BUY ONE NOW!

MORE DOLLS

FREE SHIPPING!

*JerWayne Junior doll sold separately and is coming soon.*

**DIRECTIONS:**
To turn on your doll (do not take this literally), pull up the back of her leather jacket where you will find a clear plastic strip exiting the slot on her back as diagramed.  Pull the strip out completely to engage the batteries and power up your new friend.  Beware, she loves talk trash!  If she ever becomes speechless (hard to imagine!) use a small screwdriver and open the compartment to replace the micro cell batteries. We recommend four alkaline button cell batteries (L1154) which can be found at leading electronics and camera stores in your area.  Please call us at (415) 459-1212 for further details or if we can be of assistance. Have fun!





ABOUT US ...

## OUR STORY:

Our company has enjoyed an established track-record of excellent support and service from our loyal customers and accounts since 1998. Our story begins in December 1996, doctored dolls made by a famous doll toy maker began to show up in the store windows of retailer Injeanious, based in San Francisco, California. It was here that the first Trailer Trash Doll was introduced and formulated. The dolls were an instant hit and in time the store offices were flooded by phone calls from all over the world. To make a long story short, a major toy maker caught wind of this due to media coverage on a national and local level and took legal action to stop the production of the dolls.

In 1998 we began the process of designing our own dolls, having them manufactured for us to our specifications. The First Edition Trailer Trash Doll was introduced to rave reviews worldwide along with the ever popular blonde and red head Drag Queen Dolls. This was followed in August, 1999 with the development of our website and on-line catalogue, **www.trailertrashdoll.com**. In May 2003, our Second Edition Trailer Trash Doll was introduced with a positive response.

In 2004 we rolled out our exciting new interactive website and catalogue featuring new games, pictures, accessories, and T-shirts.In 2005 our new talking, pregnant doll, Trash Talkin' Turleen arrived with an overwhelming respons**Check her out now** on the Doll pages and send a postcard to your friends! In 2005 we expect things to be as exciting as ever as we introduce new novelty items and new dolls! In October 2006 we introduced our new talking, male, mullet doll, Jerwayne Junior. In June 2007 we are pleased to introduce a new line of "Redneck" themed banners, plaques, signs and garden items from the Vintage Foxworthy Collection designed by Jeff Foxworthy! We welcome you back home to the place on the "web" for all that is "trashy" and fun!

In 2008 we changed our name to**www.redneckwarehouse.com** to encompass our wide variety of new accessories, apparel, home and garden items, dolls and Vintage Foxworthy items. Of course you will always find the unique and trashy dolls and novelties that you have come to expect from us over the years! Please check back with us regularly as we will be continually adding new products to our on-line catalogue!

**^ top**

## FORM OF PAYMENT:

PayPal We are pleased to accept Visa, Mastercard, American Express, Discover and Pay Pal for payment. We will accept cashiers or certified checks which can be made out to Gibby Novelties, LLC and mailed to:

Gibby Novelties, LLC
P.O. Box 1014
Fairfax, CA. 94978

Please make sure to provide us with a shipping address, telephone number and e-mail address (if applicable) to ensure proper posting and delivery.

If you are interested in paying by Pay Pal please e-mail your payment to our Pay Pal account **customerservice@redneckwarehouse.com** with the specifics of your order. Please note that your address must be Verified by Pay Pal for us to process your order.

**^ top**

## SHIPPING:

We guarantee that your order will ship with-in 72 hours of the date that your order was placed. We use the U.S. Postal Service and UPS Ground for all standard orders. All orders should arrive with 3-10 days from the order date. Our shipping costs are based upon the dollar amount of your purchase as follows:

| | |
|---|---|
| $0-$38 | $7.50 |
| $38-$60 | $8.50 |
| $60-$80 | $9.50 |
| $80-$100 | $10.50 |

| $100 and higher | Free |
|---|---|

(Free Shipping for United States orders only)

The cost for overnight shipping is an additional $29.95 plus standard the standard shipping charge of $7.50 for a total of $37.45. The cost for second day delivery is an additional $15.95 plus the standard shipping charge of $7.50 for a total of $23.45. Shipping costs for Hawaii and Alaska residents may be higher. Your cost could be higher if you are ordering multiple items. PLEASE NOTE THAT THE ABOVE PRICING IS FOR UNITED STATES DOMESTIC ORDERS ONLY AND DOES NOT APPLY TO EXPEDITED INTERNATIONAL ORDERS. PLEASE CONTACT US DIRECTLY FOR INDIVIDUAL PRICING FOR EXPEDITED SHIPPING TO YOUR DESTINATION.

All standard international orders ship via the U.S. Postal Service for arrival in 7-14 days. Please note that we do not ship to all international destinations. Please e-mail us at**customerservice@redneckwarehouse.com**if you have questions. The Cost for International Shipping is an additional $13.95 for one doll plus $7.50 for a total of $21.45. (Canadian orders excluded.) Your cost may be higher if you are ordering multiple products.

**^ top**

## CONTACT US:

**E-Mail: customerservice@redneckwarehouse.com**
**Telephone:** (415) 459-1212
**Facsimile:** (415)257-8819
**Mail**: www.redneckwarehouse.com
P.O. Box 1014
Fairfax, CA. 94978

**ABOUT US | FORM OF PAYMENT | SHIPPING | CONTACT | FAX FORM | SECURITY | PRIVACY | POLICIES**

# EXHIBIT E



Chat polacca
Fantastica chat di ragazze polacche Registrati gratis e guarda le foto

Ultime Notizie
Tutte le ultime notizie sull'Italia Leggile online su Virgilio

Nuova Fiera Milano Rho
Capannoni,uffici,depositi, da mq100 a mq 10000. vedi foto

Designer photo books
German quality & design excellence As seen at the CES 2008

« Chic and Cheap London Underground »

## Trash Doll

Orrore degli orrori! Il mito di Barbie, ragazza bionda, occhi azzurri, lineamenti perfetti, vestiti alla moda, vita perfetta, sembra essere tramontato. Sta per arrivare la nuova Trailer Trash Doll, imitazione della Barbie in versione droga, sesso e rock&roll! Lo stile di vita sembra quello di Asia Argento in Ingannevole è il cuore più di ogni altra cosa. L'originale Trash Doll è incinta, gira in reggiseno, fuma una sigaretta dopo l'altra ed è costretta a bere doppie razioni di alcolici per dissetare anche la creatura che sballottola in grembo! Poi c'è la versione Drug Queen. Lineamenti da travestito e seno prorompente! Dimenticavo l'aspetto educativo! Premendo un tasto sulla schiena delle bamboline, queste parlano in modo molto fine e con proprietà di linguaggio..!(Thanks Roberta!)

Scrivici, se vuoi

Tags

Postato il: 10.03.2005 alle ore 15:41:18 di apiedinudinelparco Notizie. 149 commenti »

### 149 commenti

**Commento da: Rolex Replica**
http://rolexx.diaryland.com/rolexreplic.html

Great site! http://rolexx.diaryland.com/replicarole.html Replica Rolex [url=http://rolexx.diaryland.com/replicarole.html]Replica Rolex[/url] [link=http://rolexx.diaryland.com/replicarole.html]Replica Rolex[/link] Replica Rolex | http://rolexx.diaryland.com/fakerolex.html Fake Rolex [url=http://rolexx.diaryland.com/fakerolex.html]Fake Rolex[/url] [link=http://rolexx.diaryland.com/fakerolex.html]Fake Rolex[/link] Fake Rolex | http://rolexx.diaryland.com/swissrolex.html Swiss Rolex Replica [url=http://rolexx.diaryland.com/swissrolex.html]Swiss Rolex Replica[/url] [link=http://rolexx.diaryland.com/swissrolex.html]Swiss Rolex Replica[/link] Swiss Rolex Replica | http://rolexx.diaryland.com/rolexreplic.html Rolex Replica [url=http://rolexx.diaryland.com/rolexreplic.html]Rolex Replica[/url] [link=http://rolexx.diaryland.com/rolexreplic.html]Rolex Replica[/link] Rolex Replica | a6fa7cf6

13.06.06 @ 02:13

**Commento da: Rolex Replica**
http://myrolex.bitacoras.com/rolex-replica.htm

Great site! http://myrolex.bitacoras.com/fake-rolex.htm Fake Rolex [url=http://myrolex.bitacoras.com/fake-rolex.htm]Fake Rolex[/url] [link=http://myrolex.bitacoras.com/fake-rolex.htm]Fake Rolex[/link] Fake Rolex | http://myrolex.bitacoras.com/replica-rolex.htm Replica Rolex [url=http://myrolex.bitacoras.com/replica-rolex.htm]Replica Rolex[/url] [link=http://myrolex.bitacoras.com/replica-rolex.htm]Replica Rolex[/link] Replica Rolex | http://myrolex.bitacoras.com/swiss-rolex-replica.htm Swiss Rolex Replica [url=http://myrolex.bitacoras.com/swiss-rolex-replica.htm]Swiss Rolex Replica[/url] [link=http://myrolex.bitacoras.com/swiss-rolex-replica.htm]Swiss Rolex Replica[/link] Swiss Rolex Replica | http://myrolex.bitacoras.com/rolex-replica.htm Rolex Replica [url=http://myrolex.bitacoras.com/rolex-replica.htm]Rolex Replica[/url] [link=http://myrolex.bitacoras.com/rolex-replica.htm]Rolex Replica[/link] Rolex Replica | 14e92d11

ULTIMO COMMENTO

Post: Anna Tatangelo: foto per Max e outing

di vale tatangelo // 11.04.08 alle 22:22
se anna ha dovuto ricorrere alla chilurgia estetika vuol dire ke nn stava beno c...

SYNDICATION

CONTATTI
Vuoi segnalarci una notizia? Scrivici a info@communicagroup.it

EDITOR
Manfredi Gelono

BLOGGER



Guardian
Unlimited

Wednesday September 27 2006

« Argentina rewrites history in textbook fashion | Home | How will John Prescott go down today? »

Pregnant dolls need parental guidance

By David Batty / Misc 02:35pm

Bratz: pioneers of a new wave of dummied-down dolls. Photograph: Ian West/PA

The makers of **Barbie** may well be celebrating today after a private collection of the dolls fetched £110,000 at auction at Christie's. But Barbie, who looks like she would be banned from the catwalks in Madrid, is under threat from a new wave of dolls that wouldn't look out of place in an "adult" shop.

First came the Bratz, a pouting bunch of jailbait hoochie mamas seemingly inspired by the fashion sense - or rather the lack of it - of Jennifer Lopez and Christina Aguilera. Most disturbing is the range of **Bratz Babies**, wearing thongs and carrying bottles of baby milk, which this summer sparked parental outrage for encouraging paedophilia.

And now we have the redneck Trailer Trash dolls - the Ken and Barbie for the generation that aspires to the velour tracksuit chic of Britney Spears and her stoat-faced beau Kevin Federline.

The heavily pregnant Turleen hit the stores earlier this year. With a leather jacket and crop-top framing her swollen belly, her face caked in blue eye shadow, and a roll-up perched between her pouting lips, she has fast become a favourite with American

## Latest from Newsblog

Tory mayoral hustings - live
Boris Johnson squares up against the lesser-known contenders for the Tory mayoral nomination: Andrew Boff, Victoria Borwick and Warwick Lightfoot. Join Michael White from 6.30pm for live coverage....

Live: General Petraeus reports on Iraq
Follow the first hearing featuring General Petraeus on Iraq, before the House of Representatives Foreign Affairs and Armed Services committees from 5.30pm BST....

Brown faces unions strike threat
The Telegraph leads with the Trades Union Congress, which opens in Brighton today, and the news that Gordon Brown is facing a double backlash" from the unions....

The Guardian

Advertiser Links

organic food | pensions | travel insurance | city breaks | cheap flights

Latest from our weblogs

children. Press her belly button and she utters such delightful catchphrases as "Pour me a double, I'm drinking fer two"; "Bubba Junior, git off your sister!"; and "If the trailer's a rockin', don't come a knockin'". She also burps. Charming.

Next month sees the launch of her equally classy partner Jer Wayne Junior. Sporting a tattoo, broken teeth, a grease-stained wifebeater and a mullet that would put even Billy Ray Cyrus to shame, he spouts such witticisms as "Fifteen of dem beers and yer still ugly" and farts. Well at least no one can accuse him of being an emasculated metrosexual like the new look Action Man.

Perhaps it's time to resurrect Sindy as a Burberry-clad single mother spouting lines like "Where's my giro?" and "Have you seen my babyfather?".

Gamesblog — Weekly Roundup
Sport — Smug, snippy and peed off in Augusta
PDA — links for 2008-04-11
Sport — Former Master makes serene progress around Augusta
PDA — Elevator Pitch: Zoomf does property a little differently
Market Forces — FTSE 100 ends down for 4th consecutive day
Word of Mouth — A last slice of British life
Inside guardian.co.uk — Late easter eggs
Politics — Help Jack Straw kick Balls
Technology — Your chance to quiz Kent Ertegrul of Phorm face-to-face
Market Forces — Company's shares up 4,757% in a day
Media Monkey — Shakespeare in s**t
Sport — Blanco and Windy City give Revolution away-day blues

## Contemporaria

This post was last changed at 02:35 PM, September 27 2006, at a time when the top headline on Guardian Unlimited was Secret UN report condemns US for Middle East failures, and the top headline from the BBC was More 'chemical castrations' plan, and there were posts elsewhere tagged with these same keywords: dolls barbie bratz trailertrashdolls

The post was written by David Batty. You can email the author at david.batty@guardian.co.uk

## Comments

A bit baffled as to why Action Man being provided with an American Indian (apparently not even 'First Nations') pal is metrosexual or politically correct, though. It's not as if Cowboys'n'Injuns is an intrinsically left-wing/ liberal game...

As far as the somewhat nasty Trailer Trash dolls go, I can't imagine who would buy them, but I suspect they're aimed at adults rather than children, and so are in a slightly different category to Bratz, which are also nasty, but in a different way. The Trailer Trash thing is more an indication of contempt for the poor than an example of the sexualisation of childhood.

**Posted by marmitetoast on September 27, 2006 5:26 PM.**
**Offensive? Unsuitable?** Report this comment.

These dolls don't look anything like the ones that the girls

down the street played with when I was a kid. I thought the deal with things like this is that they're supposed to stay more or less the same over time?

**Posted by HunterCashdollar on September 27, 2006 7:08 PM.**
**Offensive? Unsuitable?** Report this comment.

These dolls don't look anything like the ones that the girls down the street played with when I was a kid. I thought the deal with things like this is that they're supposed to stay more or less the same over time?

Hunter H. Cashdollar

**Posted by HunterCashdollar on September 27, 2006 7:14 PM.**
**Offensive? Unsuitable?** Report this comment.

It's really horrible that nowadays children are playing with Bratz -dolls. Where are those usual Barbies? Where are sweet teddy bears? I think that it is too early to let six years old child play with pregnant dolls. It's ok that Barbie and Ken are parents and have home together but Barbies becoming pregnant is not so usual for young child.
Bratzes are not good example to young girls: they have so huge heads and super thin hips. Their clothes are also too revealing.
So, when I'll become a mother I wouldn't buy Btatzes to my little girl. It's more savety to play with My Little Ponys or so one.

**Posted by Sandels on September 28, 2006 7:41 AM.**
**Offensive? Unsuitable?** Report this comment.

How sick can this world get?
These dolls are not sending a great image to the children at all.
It is bad enough that these dolls are anorexic and wear cheap,revealing clothes but now they are also wifebeaters.
Come on !! What kind of a sick person makes these dolls?!
I think they and their ugly dolls should be banned.
I can`t understand why someone lets her children buy these dolls. I know I wouldn`t. Appalling !

**Posted by Katytys on September 28, 2006 7:47 AM.**
**Offensive? Unsuitable?** Report this comment.

Weren't Barbie dolls also controversial when they came out somewhere in the fities or sixties? The new "design" dolls are a bit tasteless but I think that the manufacturers of the dolls know what appeals the kids. Nonetheless the manufacturers

have forgot their responsibility in many cases but in general I
think these dolls are the signs of the times.

**Posted by icemasterflex on September 28, 2006 7:53 AM.**
Offensive? Unsuitable? Report this comment.


In my opinion, those dolls are bad rolemodels for children at
the age of searching for their own identity. It's no wonder
teenagers' problems are increasing. They are trying to live up
to that image of a woman, which is unreal. There is more to it,
being a woman, that just looking good and thinner than the
one next to you. Why isn't ther any dolls that like cooking,
sewing or fixing things?

**Posted by reader91210 on September 28, 2006 8:06 AM.**
Offensive? Unsuitable? Report this comment.


Come back Gollie-wog all is forgiven.

**Posted by doow on September 28, 2006 3:01 PM.**
Offensive? Unsuitable? Report this comment.


What about an overweight Barbie/Bratz doll? I'm surprised that
no one in the industry has thought about that yet.

**Posted by BananaRepublic on September 29, 2006 9:20
PM.**
Offensive? Unsuitable? Report this comment.


Guardian Unlimited © Guardian News and Media Limited 2007

Meet Barbie's Trailer Trash Cousins - TMZ.com http://www.tmz.com/2006/10/05/meet-barbies-trailer-trash-cousins/

TMZ.COM
WEB
IMAGES
VIDEO
LOCAL

HOME
TMZ TV
PHOTOS
VIDEOS
CATEGORIES
CELEB JUSTICE
DRUNKS
FIGHTS
NICE STORIES
STAR CATCHER
TMZ
AOL News
Make TMZ My Homepage

# Meet Barbie's Trailer Trash Cousins

Posted Oct 5th 2006 5:45PM by TMZ Staff

Jer Wayne Junior and Turleen may not have millions of dollars, a Malibu dream house, music careers or paparazzi watching their every move like some people we know, but they do have each other.

TrailerTrashDolls.com

The **trailer trash dolls**, created by Daniel Libby, spotlight the latest in hillbilly chic.

Turleen comes barefoot and pregnant with her hair in curlers and a cigarette in her mouth. Squeeze her belly and she'll tell you "Pour me a double. I'm drinking fer two" and "Bubba Jr. get off yer sister."

Jer Wayne Junior sports all the redneck essentials like a mullet, missing teeth, NASCAR tattoo, cigarette, dirty tank top and a beer in hand. Press his chest and he'll fart and whisper sweet nothings like "Fifteen of them beers and yer still ugly" and "Honest, I'm not lying through my tooth."

The dolls sell for $33, come in a patriotic red, white and blue window display box, and make wonderful gifts for your next holiday pig roast.

Now if only they can come out with one that sings **PopoZão!**

**Related**
**Articles**
**K-Fed: No Mo' PopoZão**
**My Life. My Card. My PopoZão**
**Trailer Trash Dolls**
**Photos**
**Britney Goes Public**

1 of 9 4/11/2008 2:50 PM

  THE
HOLLYWOOD
GOSSIP

Celebrity Dolls
er Trash

# Long Live the Trailer Trash Dolls!

Posted at October 6th, 2006 9:40 am by Free Britney
Filed under: Britney Spears, Kevin Federline

They may not have millions of dollars, aspirations of rap stardom, a Malibu dream house filled with two boys (and counting), magazines banging down their door or paparazzi watching their every move, but they do have each other.

Yes, they may not be the real Britney Spears and Kevin Federline, but **Jer Wayne Junior** and **Turleen** — a.k.a. the Trailer Trash Dolls, created by Daniel Libby — spotlight the latest in hillbilly chic.

Turleen, a true class act, comes barefoot and pregnant with her hair in curlers and a cigarette in her mouth.

Squeeze her belly and she'll tell you "Pour me a double. I'm drinking fer two" and "Bubba Jr. [i.e. Sutton Pierce], get off yer sister."

Jer Wayne Junior sports all the redneck essentials like a mullet, missing teeth, NASCAR tattoo, cigarette, dirty tank top and a beer in hand. It's almost like he's ready to "Lose Control" of his bodily functions at any moment, no?

Press his chest and he'll fart and whisper sweet nothings like "Fifteen of them beers and yer still ugly" and even "Honest, I'm not lying through my tooth."

The dolls sell for $33, come in a patriotic red, white and blue window display box, and make wonderful gifts for your next holiday pig roast.

Rumor has it that little Sean Preston already has a set.

« Rosie O'Donnell Talks The View, Nip/Tuck and Breasts
Monogamy, Schmonogamy, Sienna Miller Sort of Says »

Baby Dolls
is Your True Love?

## Leave a Comment

**Name (Required)**

**E-mail (Required but not published**

**Website (Optional)**



Your views (1)

# Valley of the Dolls

Wednesday, September 27, 2006

Even the doll world is going downmarket these days – judging by these sleazy new arrivals in Toy Town.

Trailer trash characters Turleen and Jer Wayne Junior – with beer cans in hand and a baby on the way – are the Wayne and Waynetta of the American doll market.

And rather than sporting gleaming white smiles and outfits fit for the catwalk, these two would look more at home on the Jerry Springer show.

Barefoot, leather-jacketed and pregnant, Turleen has become a favourite with children in America and so her makers have decided to unleash her mullet-headed beau on toy shops and websites too.

Ever the classy gentleman, Jer Wayne has a button on his chest which – if pressed – helps him break wind or offer wise words such as 'Fifteen of dem beers and yer still ugly'.

As well as a mouth of broken teeth and a cigarette, he sports an earring, a tattoo and a greasy white vest.

He is clearly a natural match for Turleen, though, as her guttural catchphrases include 'Pour me a double, I'm drinkin' fer two' and 'If the trailer's a-rockin', don't come a-knockin'.

Creator Daniel Gibby developed the £20 dolls after his firm Arsenic and Apple Pie failed to win patent approval for more mainstream toys.

'We recognise the need to have a little laugh and be light-hearted during these trying times,' he said.

'The dolls started out as a bit of fun but we soon realised there was a big market. It's all about laughing at stereotypical American images.'

Share this article What is this?
Digg
Reddit
Del.icio.us



## MORE METRO

- Sweet thieves leave helpful trail of sweets
- Important Rickrolling information
- Important Sausage & Mash cone update
- Man uses fake bill to pay bail
- Guantanamo officials confiscate highly dangerous Lord of the Rings script

Add your comment

## Your views

1 reader has commented on this story so far. Tell us what you think below!

Here's a sample of the latest comments published. You can click view all to read all comments that readers have sent in.

I want to know where i can get one.... they are so brilliant... I must have one!

### - Deborah Baillie, Glasgow, Scotland

## Add your comment

Top of page   ©2008 Associated Newspapers Limited   Advertising.metro.co.uk  Terms and conditions Contact us About Metro AND ▓▓ Log in/register Site map
This is Money| This is London| Daily Mail| This is Travel

Dummy-ing down: The beer-swilling Jer Wayne and his pregnant girlfriend Turleen

Even the doll world is going downmarket these days -- judging by these sleazy new arrivals in Toy Town.

Trailer trash characters Turleen and Jer Wayne Junior -- with beer cans in hand and a baby on the way -- are the Wayne and Waynetta of the American doll market.

• World's biggest private Barbie collection sells for more than £100,000

And rather than sporting gleaming white smiles and outfits fit for the catwalk, these two would look more at home on the Jerry Springer show.

Barefoot, leather-jacketed and pregnant, Turleen has become a favourite with children in America and even appeared on The Tonight Show with Jay Leno. Now her makers have decided to unleash her mullet-headed beau on toy shops and websites too.

Ever the classy gentleman, Jer Wayne has a button on his chest which - if pressed - helps him break wind or offer wise words such as "Fifteen of dem beers and yer still ugly".

As well as a mouth of broken teeth and a cigarette, he sports an earring, a tattoo and a greasy white vest.

He is clearly a natural match for Turleen, though, as her guttural catchphrases include "Pour me a double, I'm drinkin' fer two" and "If the trailer's a-rockin", don't come aknockin".

Creator Daniel Gibby developed the £20 dolls after his firm Arsenic and Apple Pie failed to win patent approval for more mainstream toys.

"We recognise the need to have a little laugh and be light-hearted during these trying times," he said.

"The dolls started out as a bit of fun but we soon realised there was a big market. It's all about laughing at stereotypical American images."

**Share this article:**
**What is this?**

- Digg it
- |
- Del.icio.us
- |
- Reddit
- |
- Newsvine
- |
- Nowpublic

**Add your comment Comments (3)**

**Here's what readers have had to say so far. Why not add your thoughts below?**

Unlike many people in this world, We here in the USA are not afraid to make fun of are selves.

**- John, Hebron Maryland USA**

# Revista Sebo

La interné es terrible de rancia

Hoy es Friday, April, 2008

- Contacto
- Mapa del sitio
- Publicite en Sebo
- Sobre Revista Sebo
- Feed RSS

- Portada
- Foros
- Chat
- Noticias Sebo
- Categorias

# Resultados encontrados en 'trailer trash'

## Trailer Trash Doll

Si estás aburrido de comprarle a los putos Barbie y Ken a tu hija en cada navidad, puedes ir pensando en el nuevo producto estrella en el mercado norteamericano.

Se trata de las Trailer Trash Doll, muñecos simpáticos y muy cumas. Algo asi como la anti Barbie producida por la Gibby Novelties. Nació como una broma, […]

Noviembre 6th, 2006 | el_caja | 0 comentarios | Ver contenido

 neuere Beiträge

## Bloody Content

Herr Sebas hat ihn, den Worst Trauma Picture Competition, in die Blogger-Welt gerufen. Ich bin etwas spät dran. Ich musste das Foto suchen.

Ich weiss noch genau wer mir diese Wunde zugefügt hat. Es war in London. Wir besuchten ein Theatermuseum. Ich glaube es war in der Nähe von Covent Garden. Weshalb wir da überhaupt reingegangen sind, weiss ich nicht mehr. Vielleicht hat's draussen geregnet. Das Museum muss sehr langweilig gewesen sein, denn ich erinnere mich an nichts mehr, ausser dass wir zum Schluss im Keller landeten. Dort in einer dunklen Ecke sass sie, die Frau, die mir das angetan hat. Eine Theater-Visagistin. Alles nur geschminkt! ;-)

Zorra - Freitag, 11. März 2005, 15:51 - Rubrik: erlebt
26 Kommentare - Kommentar verfassen - 1 Trackback - 963 Ausflügler

## BarBitch

*Es geht bergab mit Barbie. Bisher das strahlende All-American-Girl und Weihnachtswunsch Generationen von Mädchen, nun eine saufende, rauchende Schlampe.*

*Auf trailertrashdoll.com gibt es sie zu kaufen, die "White Trash"-Barbie. Und zwar in zwei Versionen: Einerseits wäre da die orginal-"Trailer Trash Doll" in stylischen Hotpants und roten Cowboy-Stiefeln. Ihre Schulbildung reicht immerhin bis in die dritte Klasse - leider musste sie ab der*

Para os saudosistas do velhinho Cubo Mágico, que celebra este ano o seu 25° aniversário, uma versão virtual: Virtual Rubix's Cube (não sei se é um erro ou é de prepósito, mas está mal escrito: o senhor chama-se Erno Rubik e não Rubix). E quem sabe, se treinarem muito, muito não se tornam tão […]

Posted in Jogos/Brinquedos | No Comments »

## Voodoo Kit

Monday, November 7th, 2005

Existe alguém no vosso local de trabalho a quem vocês tem muita, muita vontade de lhe apertar o pescoço?

E só não o fazem porque é coisa para dar problemas… polícia e tal e coiso e o camandro… Eis a solução: com Mini Voodoo Kit, tem o mesmo resultado, sem correrem o risco de deixar […]

Posted in Coisas Giras, Jogos/Brinquedos, Escritório | 1 Comment »

## Barbie Alternativa

Friday, October 14th, 2005

A versão alternativa, grávida, da (perfeitinha) Barbie: Talking Pregnant Trailer Trash Doll. Quer- me cá parecer que o Ken já a conhece…

Da companhia Arsenic & Apple Pie (Gibby Novelties, LLC), além de grávida, quando se carrega no seu umbigo diz coisas como: "Pour me a double, I'm drinkin' for two." e "Bubba Jr., get […]

Posted in Coisas Giras, Bizarro, Jogos/Brinquedos | No Comments »

## Arcade Pen Games

Friday, September 30th, 2005

Mais uma coisa para aumentar o aproveitamento escolar dos alunos (not!): Arcade Games Pens. Uma outra versão: Electronic Handheld Arcade Pen Games.

Posted in Gadgets, Jogos/Brinquedos | No Comments »

## Chess Station

Saturday, September 10th, 2005

Para os aficionados do xadrez o Chess Station é um computador de xadrez portátil com o formato de um PDA mas que se liga ao seu próprio tabuleiro: pode-se assim jogar com o computador da forma tradicional, com o tabuleiro, ou jogar em qualquer lugar com a unidade móvel.

Posted in Tecnologia, Jogos/Brinquedos | No Comments »

To sponsor, please contact ToyDirectory.com, Inc. ®

Toy Donation Inquiries

# Gibby Novelties, LLC

Gibby Novelties, LLC is the manufacturer of Trailer Trash Dolls and "redneck" themed novelties. We design our own line of dolls including Trash Talkin' Turleen, the worlds first talking, pregnant Trailer Trash Doll! Trash Talkin' Turleen stands 11 1/2" tall, has multi colored curlers in her graying hair, a few missing teeth, a cigarette, leather jacket, and of course she is barefoot and pregnant! She is packaged in a classy window box with humorous text and a first edition sticker for collectors. She operates on four micro cell batteries which are included. To hear her talk you simply push her belly button and she not only belches and laughs at herself, she says:

- "Pour me a double, i'm drinkin' fer two"
- "If the trailer's a rockin', don't come a knockin'"
- "Look out it's a twister!"
- "Bubba Junior, get off yer sister!"

Turleen is joined by our new talking male, mullet Trailer Trash Doll, JerWayne Jr. which will merchandise nicely together with Turleen in our new patriotic themed window boxes. This exciting new collectible doll stands 12" tall and features cutoff jeans, a greasy white cotton shirt, camouflage fishing cap, tattoo, earring, a mouth full of missing teeth with cigarette, a can of beer clasped in his hand and a fashionable mullet. Press a hidden button on his chest and he says:

- "Fifteen of them beers and yer still ugly!"
- "I'm Fixin" to be yer double-wide daddy!"
- "Fer the last time we aint' havin' no yard sale!"
- "Taint nothin' sadder than a double-wide with no beer!"
- "Honest, I'm not lyin' through my tooth!"

These clips are of course followed by a classy fart sound. Each doll is packaged in a gift box with a first addition sticker for collectors. **Please send us your orders now for the holiday season!**

We ship our products Monday through Friday via UPS Ground and the US Postal Service from our Northern California warehouse. Minimum orders for dolls is 6 and we can mix and match any of the styles to your specifications. We accept Visa, MasterCard, American Express, Discover or C.O.D. for payment. Net thirty terms are available but not guaranteed. To establish a wholesale account with Gibby Novelties, go to www.redneckwarehouse.com and click on the "Wholesale" link on the upper right hand side of our home page. Please remember to provide all of the requested information for speedy processing of your request.

Once you set up a wholesale account with Gibby Novelities, you will have access to our press kit URL allowing you to

download your choice of eight high resolution (300 dpi) images that are Mac compatible, in CYMK color mode in PDF file format as well as a talking flash card and sound clips so your clients can hear Turleen and the opener talk. For further information on Trash Talkin' Turleen and our collection of dolls and novelties please contact us directly. At Gibby Novelties, we are in the business of manufacturing laughs daily!

Gibby Novelties, LLC primarily manufactures/wholesales products in the following categories:

- Dolls-Talking
- Collectibles
- Dolls & Stuffed Toys
- Novelties

**P.O. Box 1014 Fairfax CA 94978**
**Tel: (415) 459-1212**
**Fax: (415) 257-8819**

E-mail wholesale inquiries to: Click here
For additional information visit:
http://www.redneckwarehouse.com/

**Minimum order amounts may apply**

If you would like to request wholesale pricing, please include the following with your request:

- Your Company Name
- Mailing Address and Phone Number
- Resale Number
- Amounts Usually Purchased
- Mention ToyDirectory.com

**YOU FOUND US ON TOYDIRECTORY.COM**

TOY DIRECTORY HOME

FIND BY CATEGORY | FIND BY COMPANY NAME

Bulletin Board | Contact ToyDirectory | Disclaimer | Terms of Use | Get Listed | Links | Product Recall | Publications | Trade Associations | Upcoming Events

**TDmonthly Magazine**

**Wholesale Catalog Request Form**

**New and Notable Toys**

6584 Visitors to This Profile Page Since 01/26/2005

©1996-2005 ToyDirectory.com, Inc.(R) All rights reserved. All logos, brands, and product names listed are trademarks and property of their respective holders.
Manufacture, Manufacturer, Die Cast, Dolls, Wholesale, Wholesaler, Toys, Toy Suppliers, Toy Wholesalers, Toy Manufacturers, Toy Sales, Toy Directory, wholesale toy



DAVIES GENERAL STORE L.L.C.
WHITE MOUNTAINS - NEW HAMPSHIRE
U.S.A

TRAILER TRASH DOLLS

AS SEEN ON THE JAY LENO SHOW

# TRASH TALKIN' TURLEEN
# TRAILER TRASH DOLL

Have you ever been married three times and still have the same in-laws?
Do you think that the last four words to the Star Spangled Banner are "gentlemen, start your engines?"
Have you ever let your twelve year old daughter smoke at the dinner table in front of her kids?

If you answered yes to any of these questions, then Trash Talkin' Turleen is the doll for you!

She didnt just fall off of the turnip truck! Turleen is a sophisticated and patriotic American and a model working mother. After hours of hard work gathering carts at the Honk & Holler and waitressing at the elegant Bowlarama, she still finds time to spend quality time with her kids. With seven children and one on the way, she recently won Mother of the Year Award from the Pink Flamingo Trailer Park Homeowner's Association! This special trophy sits proudly on the kitchen window sill in her luxurious double-wide next to her six first place Little Miss Guzzler Awards from the county fair! Yes this honey has grown up! She's got a bun in the oven and she's ready to hit the town! Just push her belly button and Trash Talkin' Turleen Doll will share some pearls of wisdom with the sophistication and style that makes her family and third grade teacher proud.

These are the original Trailer Trash Dolls which successfully debuted in summer, 1999 and was shown on the Jay Leno Show on 12/9/2005 as one of the top "gag gifts" for Christmas, 11 inch tall "Trash Talkin? Turleen", the worlds first talking, pregnant Trailer Trash Doll! Trash Talkin? Turleen stands 11 1/2" tall, has multi colored curlers in her graying hair, a few missing teeth, a cigarette, leather jacket, and of course she is barefoot and pregnant! She is packaged in a classy window box with humorous text and a first edition sticker for collectors. She operates on four micro cell batteries which are included. To hear her talk you simply push her belly button and she not only belches and laughs at herself, she says:

"Pour me a double, i?m drinkin? fer two"
"If the trailer?s a rockin?, don?t come a knockin?"
"Look out it?s a twister!"
"Bubba Junior, get off yer sister!"

**TEMPORARILY OUT OF STOCK**

**IN STOCK**

# "JerWayne"

## Mullet Trailer Trash Doll

Hello. Sign in to get personalized recommendations. New customer? Start here.

Kindle: Amazon's wireless reading de

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account

Toys & Games

Toys & Games

Prime

Browse Categories & Characters | Bestsellers | Hot New Releases | Building Sets | Dolls | Electronics For Kids | Games | Preschool | Baby

To get this item by **Wednesday**, April 16 order within 64hr 8min.

**Get Free Shipping for a full month with a Free Trial of Amazon Prime**
› learn more

FREE Upgrade to Two-Day Shipping on this item with Amazon Prime

See larger image
Share your own customer images

# Trailer Trash Doll 12" in Collector's Box

Other products by Arsenic and Apple Pie

No customer reviews yet. Be the first.

**Price: $34.99** & this item ships for **FREE with Super Saver Shipping**. Details

**Availability:** In Stock. Sold by DollTV and ships from Amazon Fulfillment.

**Want it delivered Monday, April 14?** Order it in the next 14 hours and 38 minutes, and choose **One-Day Shipping** at checkout. See details

5 used & new available from $28.99

**Quantity:** 1

Add to Shopping Cart

**or**

Sign in to turn on 1-Click ordering.

**More Buying Choices**

**iSold It, Setauket** Add to Cart
**$28.99** + $7.49 shipping
In Stock

5 used & new from $28.99

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Better Together

Buy this item with Jerwayne Jr Trailer Trash Talking Mullet Doll by Arsenic and Apple Pie today!

 + 

**Buy Together Today: $55.68**

Add both to Cart

## Customers Who Bought This Item Also Bought