STEPHEN A. SOMMERS, SBN 225742
Sommers Law Group
870 Market Street, Ste. 1142
San Francisco, CA 94102
(415) 839-8569 (Telephone)
(415) 956-0878 (Fax)
ssommers@sommerslaw.com

Attorney for Plaintiff &
Counter-defendant
Paul Montwillo

# UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM TULL, an individual; DANIEL GIBBY, and individual; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE, a California limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07 3947 SI<br><br>PAUL MONTWILLO'S SUPPLEMENTAL DECLARATION IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGEMENT<br><br>**Date:** **April 25, 2008**<br>**Time:** **9:00 a.m.**<br>**Court:** **10, 19th Floor**<br>**Judge:** **Honorable Susan Illston** |
| WILLIAM TULL, an individual;<br><br>Counter-Claimant,<br><br>vs.<br><br>PAUL MONTWILLO, an individual, and DOES 21 through 30, inclusive,<br><br>Counter-Defendants | Complaint Filed:    August 1, 2007<br>Counterclaim Filed:    January 11, 2008<br><br>Trial Date:    June 30, 2008 |

I, Paul Montwillo, by personal knowledge, hereby declare that if called to testify I could and would attest to the following:

Page 1 of 2

SOMMERS LAW GROUP

1.    I created the two drag queen dolls and the trailer trash girl doll and oversaw the development of their prototypes and manufacture with the overseas company ZoomToys, Ltd. prior to signing the Arsenic and Apple Pie, LLC Operating Agreement on May 3, 2000. Attached hereto as Exhibit A are correspondence, transactional documents, and other documents substantiating that did so.

2.    I filed for personal bankruptcy on March 18, 2002. Contributing to my financial distress was the fact I was not receiving any profits from Arsenic and Apple Pie, LLC, but was spending a considerable amount of time trying to turn a profit. Attached as Exhibit B is the Summary of Schedules and Schedule F from that filing.

I hereby declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 11, 2008.                    /s/ Paul Montillo
                                               Paul Montwillo

San Francisco, California

Page 2 of 2

Montwillo, et al. v. Tull et al., SF Superior Ct Case No. CGC-05-442352
PAUL MONTWILLO'S SUPPLEMENTAL DECLARATION IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGEMENT

# EXHIBIT A



# ZOOM TOYS LTD.



**Hong Kong Office:**
Unit 802, Carnarvon Plaza, 20 Carnarvon Road,
Tsim Sha Tsui, Kowloon, Hong Kong.
Tel: (852) 311 0118   Fax: (852) 311 1690

**Factory:**
No.3 Sectional Industrial of Dongguan City,
Shi Jie Town, Jie Zhou, China.

# CONTRACT

TO : BIG FISH
250 BALDWIN AVENUE, STUDIO 802
SAN MATEO, CALIFORNIA 94401
U.S.A.
ATTN : MR. JOHN THOMAS

REF. NO. ZMC-203/97

DATE : 10 SEPTEMBER 97

{ *RESENT 6/6 FOR*
*REFERENCE OF ESTIMATE*

| ITEM | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | US$ | US$ |
| | **FEMALE DOLL HEAD :** | | | |
| | WAX PATTERN | 1 PC | 390.00 | 390.00 |
| | MASTER MOLD | 1 PC | 28.00 | 28.00 |
| | PRODUCTION MOLD | 60 PCS | 28.00 | 1,680.00 |
| | SPRAY MASK | 13 PCS | 26.00 | 338.00 |
| | **MALE DOLL HEAD :** | | | |
| | WAX PATTERN | 1 PC | 390.00 | 390.00 |
| | MASTER MOLD | 1 PC | 28.00 | 28.00 |
| | PRODUCTION MOLD | 60 PCS | 28.00 | 1,680.00 |
| | SPRAY MASK | 13 PCS | 26.00 | 338.00 |
| | | | TOTAL.... | 4,872.00 |

*PACKING : NIL*

*REMARKS :*
1. *PRICE : NETT PRICE*
2. *PAYMENT TERMS : WIRE TRANSFER BEFORE DELIVERY.*
3. *TIME OF DELIVERY : ASAP*
4. *LOCATION OF DELIVERY : NIL*
5. *OTHER : NIL*

*BEFORE 5/15*
*WE SHOULD ONLY*
*BE ≈ $1,000*
*INTO YOUR CASH*
*ADVANCE.*

CONFIRMED AND ACCEPTED BY :
BIG FISH

_____
BUYER

*For and on behalf of*
ZOOM TOYS LTD

_____
SELLER *Authorized Signature(s)*

000243



RECEIPT FOR TRANSFER PAYMENT ORDER 009730

BANK OF AMERICA BOFA MARKET - VAN NESS 299          08-15-97   12:03

20 SENDERS REF:     BAREF 009730

30 VALUE DATE:      08-15-97

32 AMOUNT:    USD   2,500.00

50 REMITTER'S NAME AND ADDRESS:

BIG FISH
432 CASTRO STREET
S.F., CA 94114 415-864-1707

53D DEBIT ACCOUNT:    D 38521-83988

BOFA MARKET - VAN NESS 299
1525 MARKET STREET
SAN FRANCISCO , CA 94103

57D BANK NAME AND ADDRESS

LUI CHONG HING BANK LTD.
16 GRANVILLE ROAD
TSIM SHA TSUI, KOWLOON HONG KONG

58/59 BENEFICIARY    D 6110046447

ZOOM TOYS LTD
CARNARVON PLAZA 20 C CARNAVON ROW
TSIM SHA TSUI KOWLOON HONG KONG

70/72 OTHER INFORMATION:

ATTENTION KEITH LOW RE SCULPTING
PER AGREEMENT

ISSUED FOR:    USD

RATE:                    SOURCE

DATE:    08-15-97       CONVERSION BY:

VERIFIED BY:

SETTLEMENT

USD AMOUNT:    $           2,500.00

WIRE CHARGES: $              30.00

TOTAL:         $           2,530.00

RECEIVED

USD AMOUNT    02618-02905

WIRE CHARGES   Collected

8-15-97

SEE AGREEMENT ON REVERSE
CLIENT COPY

000263

MISC-4347  1-91

Bank of America NT&SA • Member FDIC

RECEIPT FOR TRANSFER PAYMENT ORDER **009761**

## BANK OF AMERICA
BOFA MARKET - VAN NESS 299                    08-22-97    13:11

20  SENDERS REF:

30  VALUE DATE:        BAREF 009761

32  AMOUNT:            08-22-97

50  REMITTER'S NAME AND ADDRESS:        USD 2,600.00

    BIG FISH
    432 CASTRO STREET  415-864-1707
    SAN FRANCISCO CA 94114

53D  DEBIT ACCOUNT:
    D 38521-83988

    BOFA MARKET - VAN NESS 299
    1525 MARKET STREET
    SAN FRANCISCO , CA 94103

57D  BANK NAME AND ADDRESS

    LUI CHONG HING BANK LTD.
    16 GRANVILLE ROAD
    TSIM SHA TSUI
    KOWLOON, HONG KONG.

58/59  BENEFICIARY
    D 6110046447

    ZOOM TOYS LTD
    CARNARVON PLAZA 20 C CARNAVON ROW
    TSIM SHA TSUI KOWLOON
    HONG KONG.

70/72  OTHER INFORMATION:

/ATTENTION KEITH LOW RE SCULPTING
/PER AGREEMENT. MALE Head .

ISSUED FOR:
RATE:                    USD           SOURCE
DATE:
    08-22-97                       CONVERSION BY:
VERIFIED BY:
SETTLEMENT
    USD AMOUNT:      $
    WIRE CHARGES: $          2,600.00
    TOTAL:           $            30.00
RECEIVED                              2,630.00
    USD AMOUNT
    WIRE CHARGES    02618-02905
              Collected



**BigFish!**

250 Baldwin Avenue, Studio 802
San Mateo, California 94401 USA
Ph/Fax 415.579.7506

10/12/97

PRESENT 6/6

FOR
REFERENCE
OF
PRODUCTION
COST
MOVE
ONLY
✗

| | |
|---|---|
| To: | KEITH LAU |
| | ANTHONY KWOK |
| FAX #: | 011-852-2311-1690 |
| DATE: | 10/11/97     COVER +: 1 |
| FROM: | JOHN THOMAS |

*via Fax* (Cover + 1 Pages)

**Mr. Keith Lau**
Zoom Toys Ltd.
011-852-2311-1690
**CC:    Anthony Kwok**

Mr. Lau:

I called and spoke to Anthony for a few minutes today, but will update a few outstanding issues via fax:

**Male/Female Dolls:**

◆ I will sign and return the bill/contract for the head sculptures. I believe you have received US$5,100 already to cover the $4,872 charges.

◆ Please advise if you were able to send the revised female head. Advise status of male head (10/20?).

◆ Please advise when revised fashions can be sent.

◆ Please confirm you require we prepare two new paint masters when the sculpts are finished - assumed from the production skins.

◆ Please confirm the packaging files are usable.

◆ I'd like to confirm the minimum quotas we are agreed to: 3,600 for the female doll - 2,000 for the black dress male doll, 2,000 for the white dress male doll.

◆ I'd like two 12 piece inners inside a 24 piece master carton to fit the needs of retailers. Please review the attached sketches and advise revised costs.

◆ We will require 1,000 pieces of mail order cartons - as a separate order, shipped flat. Please advise incremental cost.

**Tights Waitress and Other Corporate Mascot Dolls:**

◆ Please confirm you are sending the unpainted Collegiate and Zoom heads, hair samples, and outfits of all Corporate Mascot dolls today. Urgently needed to support a meeting with the buyer soon.

◆ Please confirm one paint master (with 3 other paint swatches) will suffice for all four color styles.

◆ Master carton requirements are the same as Male/Female dolls. Please revise quoted costs.

◆ Please advise if you've had any luck sourcing molded play pieces, like Frisbee, visor, sunglasses.

Sincerely,

John Thomas
Project Development Director
**BigFish!**

Please call the number above if there is a problem with complete reception of this fax. Thank you.

000249

MAR. 01 1998 06:54AM P9                    PHONE NO. :                    FROM :

BOFA MARKET - VAN NESS 299

**Receipt for Transfer Payment Order**

20 SENDERS REF:    BAREF 136382

30 VALUE DATE:    10-15-98

32 AMOUNT:    USD  1,600.00

50 REMITTER'S ACCOUNT NUMBER, NAME AND ADDRESS:
BIGFISH 02618-02905
432 CASTRO ST.
S.F., CA 94114

53D DEBIT ACCOUNT:    D 38521-83988
BOFA MARKET - VAN NESS 299
1525 MARKET STREET
SAN FRANCISCO , CA 94103

57D BANK NAME AND ADDRESS:
LIU CHONG HING BANK LTD.
16 GRANVILLE RD.
TSIM SHA TSUI, KOWKOON
HONG KONG

58/59 BENEFICIARY:    D 041-251-100464476
ZOOM TOYS LTD.

70/72 OTHER INFORMATION:

ISSUED FOR:    USD

RATE:    SOURCE:

DATE:    10-15-98

SETTLEMENT:

| | | |
|---|---|---|
| USD AMOUNT: | $ | 1,600.00 |
| WIRE CHARGES: | $ | 30.00 |
| TOTAL: | $ | 1,630.00 |

RECEIVED:

USD AMOUNT:    02618-02905

WIRE CHARGES:    Collected

BANK OF AMERICA, #0299
MARKET-VAN NESS BRANCH
Transaction Record

Type    Int'l Wire

Time    Current    Business
10:53   Date       Date
        10-15-98   10-15-98

Serial Number    Seq
                 105320

Thank You,
SUSAN
032
TRAC: 221

Amount:    $1,600.00
Fee:       $30.00
Sales Total:    $1,630.00

*********************************
NOW YOU CAN USE YOUR VERSATEL CHECK
CARD OR VERSATEL CARD TO GET CASH AT
14,000 VERSATELLER OR NATIONSBANK ATMS
WITH NO ATM FEE!
*********************************

SEE AGREEMENT ON REVERSE
CUSTOMER COPY

MISC-4347 Rev. 10-97

Bank of America NT&SA • Member FDIC

000205

**Bank of America**

BOFA MARKET - VAN NESS 299

**Receipt for Transfer Payment Order**
11-03-98    14:24

20 SENDERS REF:

30 VALUE DATE:                BAREF 136284

                              11-03-98

32 AMOUNT:            USD  5,000.00

50 REMITTER'S ACCOUNT NUMBER, NAME AND ADDRESS:

70/72 OTHER INFORMATION:

    BIGFISH   C/A 02618-02905
    432 CASTRO ST.
    SAN FRANCISCO CA 94114

53D DEBIT ACCOUNT:      D 38521-83988

    BOFA MARKET VAN NESS 0299
    1525 MARKET STREET
    SAN FRANCISCO CA 94103

ISSUED FOR:          USD

RATE:                    SOURCE:

DATE:        11-03-98

57D BANK NAME AND ADDRESS:

    LIU CHONG HING BANK LTD.
    16 GRANVILLE RD.
    TSIM SHA TSUI, KOWKOON
    HONG KONG.

SETTLEMENT:

    USD AMOUNT:    $           5,000.00

    WIRE CHARGES: $              30.00

58/59 BENEFICIARY:    D 041-251-100464476

    ZOOM TOYS LTD.

    TOTAL:        $           5,030.00

RECEIVED:

    USD AMOUNT:    02618-02905

    WIRE CHARGES:  Collected

11/3/98



✓

290?

SEE AGREEMENT ON REVERSE
CUSTOMER COPY

000266

MISC-4347 Rev. 10-97

Bank of America NT&SA • Member FDIC



# ZOOM TOYS LTD.

**Hong Kong Office:**
Unit 802, Carnarvon Plaza, 20 Carnarvon Road,
Tsim Sha Tsui, Kowloon, Hong Kong.
Tel: (852) 311 0118   Fax: (852) 311 1690

**Factory:**
No.3 Sectional Industrial of Dongguan City.
Shi Jie Town, Jie Zhou, China.



# DEBIT NOTE

**TO** : BIGFISH !
250 BALDWIN AVENUE, STUDIO 802,
SAN MATEO, CALIFORNIA 94401,
U.S.A.

**DATE : 06 NOVEMBER 98**
**REF   : ZDN121/98**

| DESCRIPTION | AMOUNT |
|---|---|
| | USD |
| **RE : ARTWORK FEE FOR THE FEMALE DOLL & THE MALE DOLL (REVISED 1ST FILM)** | |
| WINDOW BOX (FEMALE DOLL) | |
| - ARTWORK ARRANGEMENT ...................... 1 PC X @USD 93.00 | 93.00 |
| - COLOR SEPARATION & PROOF COST ....... 1 SET X @USD 450.00 | 450.00 |
| INSERT CARD (FEMALE) | |
| - ARTWORK ARRANGEMENT ...................... 1 PC X @USD 47.00 | 47.00 |
| - COLOR SEPARATION & PROOF COST ....... 1 SET X @USD 210.00 | 210.00 |
| WINDOW BOX (MALE) | |
| - ARTWORK ARRANGEMENT ...................... 1 PC X @USD 93.00 | 93.00 |
| - COLOR SEPARATION & PROOF COST ....... 1 SET X @USD 450.00 | 450.00 |
| INSERT CARD (MALE) | |
| - ARTWORK ARRANGEMENT ...................... 1 PC X @USD 47.00 | 47.00 |
| - COLOR SEPARATION & PROOF COST ....... 1 SET X @USD 210.00 | 210.00 |
| SAY TOTAL US DOLLARS ONE THOUSAND SIX HUNDRED ONLY*** | |
| **TERMS : C.O.D.**                                    **TOTAL :** | USD1,600.00 |

**FOR AND ON BEHALF OF**
**ZOOM TOYS LTD.**

000250

AUTHORIZED SIGNATURE(S)

**Bank of America**

136809

BOFA MARKET - VAN NESS 299

**Receipt for Transfer Payment Order**

3

20 SENDERS REF:  BAREF 136809

30 VALUE DATE:  11-30-98

32 AMOUNT:  USD  11,500.00

50 REMITTER'S ACCOUNT NUMBER, NAME AND ADDRESS:

BIG FISH 02618-02905
432 CASTRO STREET
S.F., CA 94114 415-864-1707

53D DEBIT ACCOUNT:  D 38521-83988
BOFA MARKET - VAN NESS 299
1525 MARKET STREET
SAN FRANCISCO , CA 94103

57D BANK NAME AND ADDRESS:
LUI CHONG HING BANK LTD.
16 GRANVILLE ROAD
TSIM SHA TSUI, KOWLOON HONG KONG

58/59 BENEFICIARY:  D 6110046447
ZOOM TOYS LTD
CARNARVON PLAZA 20 C CARNAVON ROW
TSIM SHA TSUI KOWLOON HONG KONG

70/72 OTHER INFORMATION:

ATTENTION KEITH LOW PRODUCTION
PER AGREEMENT

ISSUED FOR:  USD

RATE:

SOURCE:

DATE:  11-30-98

SETTLEMENT:

USD AMOUNT:  $  11,500.00

WIRE CHARGES: $  30.00

TOTAL:  $  11,530.00

RECEIVED:

USD AMOUNT:  02618-02905

WIRE CHARGES:  Collected

---

**Bank of America**

**Maximizer/Business Money Market/COR**
**Withdrawal/Transfer**
NOT NEGOTIABLE

02618-02905
ACCOUNT NUMBER

RECEIVED FROM BANK OF AMERICA

eleven thousand five hundred thirty DOLLARS

$ 11,530 —

11-30-98
DATE

FOR BANK USE ONLY ▼

CONTRA_____

Will

S-402  9-92  Bank of America NT&SA · Member FDIC

X William Neill
PLEASE SIGN IN TELLER'S PRESENCE FOR CASH RECEIVED.

NAME (PLEASE PRINT)

000267

MISC-4347  Rev. 10-97

**SEE AGREEMENT ON REVERSE**
**CUSTOMER COPY**

Bank of America NT&SA · Member FDIC



# ZOOM TOYS LTD.

**Hong Kong Office:**
Unit 802, Camarvon Plaza, 20 Camarvon Road,
Tsim Sha Tsui, Kowloon, Hong Kong.
Tel: (852) 311 0118   Fax: (852) 311 1690

**Factory:**
No.3 Sectional Industrial of Dongguan City.
Shi Jie Town, Jie Zhou, China.



5 of 8

# CONTRACT

TO : BIG FISH!
3400 AVENUE OF THE ARTS, STUDIO H-115,
COSTA MESA, CA92626,
U.S.A.

ATTN : MR. JOHN THOMAS

REF. NO. : ZMC-075/99

DATE : 08 MARCH 99

**REVISED ON 15 APRIL 99**

| ITEM NO. | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | USD | FOB HK USD |
| 20181 | Trailer Trash:<br>– Female DOLL without E-flute box | 2,004 PCS | 2.746 / PC | 5,502.98 |
| 20182 | – Female DOLL with E-flute box | 3,000 PCS | 2.996 / PC | 8,988.00 |
| | | | | |
| | Drag Queen: | | | |
| 41820 | – Male Doll with white dress with E-flute box | 1,500 PCS | 3.846 / PC | 5,769.00 |
| 41820 | – Male Doll with black dress with E-flute box | 1,500 PCS | 3.846 / PC | 5,769.00 |
| 41815 | – Male Doll with white dress without E-flute box | 1,002 PCS | 3.596 / PC | 3,603.19 |
| 41815 | – Male Doll with black dress without E-flute box | 1,002 PCS | 3.596 / PC | 3,603.19 |
| | | | TOTAL... | 33,235.36 |

**PACKING** : Windows box packed with or without E-flute box, 6 pcs / inner, 12 pcs / outer.

3,
3,32

**REMARKS :**
1. PRICE : NETT PRICE.
2. PAYMENT TERMS : 50% DEPOSIT AGAINST PRODUCTION START, BALANCE WILL BE PAID
   BY T/T BEFORE SHIPMENT.
3. TIME OF DELIVERY : 28 APRIL 99
4. LOCATION OF DELIVERY : VIA HONG KONG.
5. OTHER : a) ORDER SUBJECT MUST TO FINAL APPROVED SAMPLE.
   b) THE PRICE TO BE EXCLUDED THE PIG, IT SHOULD BE SUPPLIED BY CUSTOMER'S
   VENDOR FOR OUR FINAL PACKOUT FOR TRAILER TRASH.
   c) EACH BOX MUST STUCK THE LABEL OF "MANUFACTURED IN CHINA FOR" &
   FIRST EDITION. EACH MAILER MUST BEARED LOGO LABEL & STAMPED
   MARKING.

CONFIRMED AND ACCEPTED BY :
BIG FISH!

**BUYER**
*PLEASE SIGN AND RETURN*

*For and on behalf of*
ZOOM TOYS LTD

Authorized Signature(s)

SELLER

000251

# Zoom Toys Limited

Unit 802, Carnarvon Plaza, 20 Carnarvon Road, Tsimshatsui, Kowlon, Hong Kong
Telephone: (852) 2311 0118     Fax: (852)2311 1690

1/2

## Statement of Account

To: BILL TULL
Fm: JOHN THOMAS
Dt: 3/16/99

Date:   09 Mar 1999

**Customer Name: BIG FISH**

| Date | Bill No. | Particulars | US$ | US$ |
|------|----------|-------------|-----|-----|
| 16 Oct 98 | | Amount received | 1,600.00 | |
| 04 Nov 98 | | Amount received | 5,000.00 | |
| 01 Dec 98 | | Amount received | 11,500.00 | |
| 09 Mar 99 | | Total amount received | | 18,100.00 |
| 06 Nov 98 | ZDN120/98 | Artwork fee | 1,600.00 | |
| 06 Nov 98 | ZDN121/98 | Artwork fee - revised 1st film | 1,600.00 | |
| 03 Mar 99 | ZDN017/99 | Artwork amendment | 760.00 | |
| | | 50% deposit on production (Please refer to the following calculation) | 16,495.00 | |
| 09 Mar 99 | | Total debited to Big Fish's account | | 20,455.00 |
| | | **Amount should be wire transfer by Big Fish:** | | **2,355.00** |

SET-UP CHARGES, LAST PACKAGE     760 00
ESTIMATED NEW FINAL FILM     1600.00

Calculation of production cost          4,715.00

| Item Description | Quantity | Unit Price | Amount (US$) |
|------------------|----------|-----------|--------------|
| Male/White Dress/E-Flute | 1,500 pcs ESTIMATE for | US$3.82/pc | 5,730.00 |
| Male/White Dress | 1,000 pcs + 6x LABELS | US$3.58/pc | 3,580.00 |
| Male/Black Dress/E-Flute | 1,500 pcs | US$3.82/pc | 5,730.00 |
| Male/Black Dress | 1,000 pcs + 10.003 | US$3.58/pc | 3,580.00 |
| Female/E-Flute | 3,000 pcs + 600 | US$2.97/pc | 8,910.00 |
| Female | 2,000 pcs | US$2.73/pc | 5,460.00 |
| | | **Total Production Cost:** | 32,990.00 |
| | | **50% deposit on production:** | 16,495.00 |

+ 300.00
5,015.00
+ 300

BILL: BEST WE SEND $6,000 ASAP TO FINISH FIRST
50% OF PRODUCTION, AND COVER NEW ART CHARGES.
ANY EXTRA WILL BE CREDITED. I DON'T WANT TO END
UP WITH LESS THAN 50% DEPOSIT.

000252

**Bank of America**    235247

BOFA MARKET - VAN NESS 299

**Receipt for Transfer Payment Order**

#11

20 SENDERS REF:    BAREF 235247

70/72 OTHER INFORMATION:

30 VALUE DATE:    03-12-99

32 AMOUNT:    USD   3,300.00

50 REMITTER'S ACCOUNT NUMBER, NAME AND ADDRESS:

BIGFISH 02618-02905
432 CASTRO ST.
SAN FRANCISCO, CA 94114

53D DEBIT ACCOUNT:    D 38521-83988
BOFA MARKET - VAN NESS 299
1525 MARKET STREET
SAN FRANCISCO , CA 94103

ISSUED FOR:    USD

RATE:              SOURCE:

DATE:    03-12-99

57D BANK NAME AND ADDRESS:
LIU CHONG HING BANK LTD.
16 GRANVILLE RD.
TSIM SHA TSUI, KOWLOON
HONG KONG

SETTLEMENT:

| | | |
|---|---|---|
| USD AMOUNT: | $ | 3,300.00 |
| WIRE CHARGES: | $ | 30.00 |
| TOTAL: | $ | 3,330.00 |

58/59 BENEFICIARY:    D 041-251-100464476
ZOOM TOYS LTD.

RECEIVED:

USD AMOUNT:    02618-02905

WIRE CHARGES:    Collected

**SEE AGREEMENT ON REVERSE**
**CUSTOMER COPY**

000263

MISC-4347 Rev. 10-97

Bank of America NT&SA • Member FDIC

FROM : Case 3:07-cv-03947-SI    Document 54    Filed 04/11/2008    Page 15 of 31
16-MAR-1999  17:24  FROM  ZOOM TOYS LTD    TO  001714429028  FEB. 23 1998 01:33PM P2

# ZOOM TOYS LTD.

Phone # (852) 2311 0118
Fax # (852) 2311 1690

## FAX COVER SHEET

| | | |
|---|---|---|
| TO | : | BIGFISH |
| ATTN | : | John Thomas |
| FROM | : | Eddy Ho |
| C.C. | : | Anthony Kwok |
| REF.# | : | 0543/99 |
| RE | : | Female Doll / Male Doll |

TEL # : 1-714-429-9028
FAX # : 1-714-429-9028
DATE : Mar 16, 1999
PAGE : 1 OF 1

NUMBER OF PAGES INCLUDING COVER SHEET: 1
(PLEASE CALL SENDER IF YOU DO NOT RECEIVE ALL PAGES SENT)
MESSAGE:

*CC BILL TULL*

Dear John,

Regarding your fax yesterday, please find our reply as below: -

1) This is to confirm that we had received one Zip disk on Mar 15, 99. We will send the printed proof sample for your approval early next week. *• NOTED*

2) We can make the bar code at our side. *• NOTED. THANKS*

3) For good quality of the printed B/W logo of the "ARSENIC & APPLE PIE" on the mailer box, we suggest using a B/W sticker and place on the mailer box look like the gold foil sticker on the window box, the size is diameter 1.5". And we will quote the cost to you on this Friday. *• SOUNDS GOOD. PLEASE ADVISE COSTS.*

4) For the gold foil sticker, we will quote the cost to you on this Friday. *• AWAITING COSTS.*

5) Regarding your pervious fax dated Mar 10, the front shipping marks should be printed the wording " Arsenic & Apple Pie" together with the black logo, would you kindly help me to clarify this issue? *PLEASE USE LOGO ONLY. LOGO CONTAINS "ARSENIC & APPLE PIE"*

6) If the new window box is approved within next week, the final production should be completed on/before April 10, 99. Would you kindly advise your comment.

*• NOTED. WILL APPROVE WINDOW BOX ASAP.*

*• WILL ATTEMPT TO TT 8,000 US TO COVER 50% DEPSIT, PLUS LAST ART SETUP ($760), PLUS ESTIMATED ART CHARGES FOR NEW FILM & LABELS.*

Best regards,

Eddy Ho

*• RECEIVED INVOICES VIA AIRMAIL TODAY. WILL NOT SIGN & RETURN UNTIL PRODUCT COST IS REVISED PER NEW LABEL INFO, ETC.*

*• PLEASE SEND ADDRESS FOR PRODUCT DELIVERY ON 4/10/99, SO WE CAN ARRANGE WITH FREIGHT COURIER.*

*REGARDS John Th*

*BILL, NO REPLY YET.*

000253



# ZOOM TOYS LTD.

**Hong Kong Office:**
Unit 802, Carnarvon Plaza, 20 Carnarvon Road,
Tsim Sha Tsui, Kowloon, Hong Kong.
Tel: (852) 311 0118   Fax: (852) 311 1690

**Factory:**
No.3 Sectional Industrial of Dongguan City
Shi Jie Town, Jie Zhou, China.

## DEBIT NOTE

TO : BIG FISH
3400 Avenue of the Arts
Studio H-115, Costa Mesa
CA 92626, U.S.A.

DATE : 15 April 1999
REF : ZDN030/99

| DESCRIPTION | AMOUNT |
|---|---|
| | **US$** |
| **RE: LABORATORY TESTING EXPENSES** | |
| Being reimbursement of lab testing for the Male/Female Doll -ASTM testing | 655.00 |
| SAY TOTAL UNITED STATES DOLLARS SIX HUNDRED FIFTY FIVE ONLY.*** | |
| TERMS : C.O.D.                                    TOTAL : | **US$655.00** |

**FOR AND ON BEHALF OF
ZOOM TOYS LIMITED**

AUTHORIZED SIGNATURE(S)

000204

# Zoom Toys Limited



Unit 802, Carnarvon Plaza, 20 Carnarvon Road, Tsimshatsui, Kowlon, Hong Kong
Telephone: (852) 2311 0118    Fax: (852)2311 1690

## Statement of Account

Date:    16 Apr 1999

**Customer Name: BIG FISH**

| Date | Bill No. | Particulars | US$ | US$ |
|------|----------|-------------|-----|-----|
| 16 Oct 98 | | Amount received | 1,600.00 | |
| 04 Nov 98 | | Amount received | 5,000.00 | |
| 01 Dec 98 | | Amount received | 11,500.00 | |
| 15 Mar 99 | | Amount received | 3,300.00 | |
| 16 Apr 99 | | Total amount received | | 21,400.00 |
| 06 Nov 98 | ZDN120/98 | Artwork fee | 1,600.00 | |
| 06 Nov 98 | ZDN121/98 | Artwork fee - revised 1st film | 1,600.00 | |
| 03 Mar 99 | ZDN017/99 | Artwork amendment | 760.00 | |
| 23 Mar 99 | ZDN021/99 | Artwork charges (for new logo) | 700.00 | |
| 15 Apr 99 | ZDN030/99 | Lab testing expenses | 655.00 | |
| 09 Mar 99 | ZMI-043/99 (Rev) | 50% deposit on Male/Female Doll production | 16,617.68 | |
| 15 Apr 99 | ZMI-091/99 | Balance due on Male/Female Doll production | 16,617.68 | |
| 16 Apr 99 | | Total debited to Big Fish's account | | 38,550.36 |
| **16 Apr 99** | | **Amount to be wire transfer from Big Fish:** | | **17,150.36** |

000255

BOFA MARKET - VAN NESS 299

**Receipt for Transfer Payment Order**

04-29-99  11:44

20 SENDERS REF:   BAREF 234515

70/72 OTHER INFORMATION:

30 VALUE DATE:   04-29-99

32 AMOUNT:   USD   17,150.36

50 REMITTER'S ACCOUNT NUMBER, NAME AND ADDRESS:

BIGFISH 02551-14705
432 CASTRO ST.
S.F., CA 94114

53D DEBIT ACCOUNT:   D 38521-83988

BOFA MARKET - VAN NESS 299
1525 MARKET STREET
SAN FRANCISCO , CA 94103

ISSUED FOR:   USD

RATE:   SOURCE:

DATE:   04-29-99

57D BANK NAME AND ADDRESS:

LIU CHONG HING BANK LTD.
16 GRANVILLE RD.
TSIM SHA TSUI, KOWLOON
HONG KONG

SETTLEMENT:

USD AMOUNT:   $   17,150.36

WIRE CHARGES: $   30.00

58/59 BENEFICIARY:   D 041-251-100464476

ZOOM TOYS LTD

TOTAL:   $   17,180.36

RECEIVED:

USD AMOUNT:   02551-14705

WIRE CHARGES:   Collected

# HOYT SHEPSTON, INC.

CUSTOMHOUSE BROKERS  ·  FORWARDING AGENTS
CHB 3258                                    FMC 247

P.O. BOX 2028  ·  SO. SAN FRANCISCO, CA 94083-2028
TELEPHONE: (650) 952-6930          FAX: (650) 952-5691

ESTABLISHED
1050

## INVOICE

PLEASE RETURN A COPY OF
THIS INVOICE WITH YOUR
REMITTANCE.

WILLIAM TULL JR & PAUL MONTWILLO
DBA ARSENIC & APPLE PIE LLC
4155 24TH STREET /#1
SAN FRANCISCO, CA 94114

| INVOICE DATE | INVOICE NO. | YOUR REFERENCE | OUR REFERENCE | ENTRY NO. |
|---|---|---|---|---|
| 06/01/1999 | 1005858 | Arrival Date | 1005858 dave | 803-0077706-6 |
| CARRIER | | | | B/L-AWB |
| HAN WASHINGTON V.022 | | 05/24/1999 | 040461655 SUBPP05033 | |
| COMMODITY DESCRIPTION | | | | |
| 834 CTNS DOLLS; | | | | |

### THIS INVOICE REPRESENTS CASH ADVANCED AND IS PAYABLE ON PRESENTATION.
### INVOICES UNPAID AFTER 10 DAYS WILL BE SUBJECT TO A SERVICE CHARGE.

ARSENIC

| IMPORTANT INFORMATION | DESCRIPTION OF CHARGES | AMOUNT |
|---|---|---|
| Duty shown is estimated. | DUTY TAXES AND FEES/USCUSTOMS | 111.33 |
| | FREIGHT OCEAN/TERM, CHGS /HOYT-CONSOL | 3330.00 |
| Duty is not final until entry has been liquidated. | Reference: 040461655 SU | |
| | PREMIUM FOR SURETY BOND /ROANOKE | 102.00 |
| | CARGO INSURANCE/ROANOKE | 235.30 |
| We act as your agents for Customs purposes only, pursuant to the rules & regulations of the U.S. Treasury Department, Customs Service. In all other respects we act as independent contractors in accordance with Terms & Conditions set forth on the reverse side of this invoice, subject to 19 CFR, Part 111.44. | CUSTOMS ENTRY — FORMAL | 120.00 |
| | SPECIAL EXPEDITE TO ENTRY | 35.00 |
| | INVOICE TOTAL | 3933.63 |
| | These documents were prepared with Year 2000 compliant computer software. | |
| Acceptance of the service covered by or identified in this invoice binds the customer to the TERMS AND CONDITIONS OF SERVICE listed on the reverse side. | Trucking estimated | 160 00 |
| If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the U.S. CUSTOMS SERVICE which shall be delivered to Customs by the broker. | | 4093 63 |

FMC License 247

000280

TRIPLICATE INVOICE

*Paid* #1066


A DIVISION OF TOY INVESTMENTS, INC.

BILL FYI

(5 of 7)

*Revised*

## SALES CONFIRMATION

TO: Big Fish

ATTN: Attn: John Thomas via fax 714-429-9028

Available to Ship: Approximately 10/11/99 - *corrected date*

Payment Terms: Prepay

Ship To: Hong Kong Factory
Address TBA

DATE: 09/10/1999

FOB: Hong Kong

SHIP VIA: Truck

| ITEM # | DESCRIPTION | QTY | UOM | UNIT PRICE | AMOUNT |
|--------|-------------|-----|-----|------------|--------|
| 1403-107PP/1 | 2" PVC Pig - no spots Bulk Pack | 14,000 | ea | $0.070 | $980.00 |
| | Delivery Charge | 1 | ea | $50.00 | $50.00 |
| | **TOTAL** | | | | **$1,030.00** |

**Please sign and fax back.**

**Thanks for the order!**

Additional Comments: **Check number 1066 received in payment of order.**

Confirmed and Accepted by:

_____     9/10/99
Signature                        Date

Accepted by Toysmith

_____     9/10/99
Signature                        Date

18915 - 84th Avenue South    Kent, WA    98032    U.S.A.
Phone: (253)395-3644    (800)356-0474    Fax: (253)395-3306

14-SEP-1999 20:34 FROM ZOOM TOYS LTD TO 166517144299028 P.03



**Hong Kong Office:**
Unit 802, Carnarvon Plaza, 20 Carnarvon Road,
Tsim Sha Tsui, Kowloon, Hong Kong.
Tel: (852) 2311 0118 Fax: (852) 2311 1690

**Factory:**
No. 3 Sectional Industrial of Dongguan City,
Shi Jie Town, Jie Zhou, China.

*WIRE TRANSFER INFO !!*

## INVOICE

REF.NO. : ZMI-259/99
DATE : 14-SEP-99
SHIPPING MARKS

SOLD TO :

BIG FISH!
3400 AVENUE OF THE ARTS,
STUDIO H-115, COSTA MESA,
CA 92626, USA.

| VESSEL NAME | // | SAILING DATE | // |
| FROM | // | TO | // |
| B/L NO. | // | CUSTOMER ORDER NO. | BMC-286/99 |
| TERMS | C.O.D. | L/C NO. | // |

| No. Of Packages | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | 50% DEPOSIT FOR PRODUCTION START | **F O B HONG KONG** | |
| | | | **USD/PC** | **USD** |
| | 3,504 PCS | TRAILER TRASH<br>ITEM NO. 20182<br>-FEMALE DOLL WITH E-FLUTE BOX<br>(MAILER PACKED) | 2.996 | 10,497.98 |
| | 7,812 PCS | ITEM NO. 20181<br>-FEMALE DOLL WITHOUT E-FLUTE BOX<br>(RETAIL PACKED) | 2.746 | 21,451.75 |
| | | FULL AMOUNT.............................. | | 31,949.73 |
| | | NETT 50% DEPOSIT........................... | | 15,974.87 |

*BILL*
*TRANSFER ON 9/16*

SAY TOTAL U.S. DOLLARS FIFTEEN THOUSAND NINE HUNDRED SEVENTY FOUR AND CENTS
EIGHTY SEVEN ONLY. **

E. & O. E.

*For and on behalf of*
**ZOOM TOYS LTD**

000256

... is the funds transfer system of U.S. Federal Reserve Banks. We or other banks involved in the funds transfer may use Fedwire to make the funds transfer. If any part of the funds transfer is carried by Fedwire, your rights and obligations regarding the funds transfer are governed by Regulation J of the U.S. Federal Reserve Board.

We may reject this payment order. If you provide us with information so we can notify you, we notify you of rejection orally, electronically, or in writing. We typically send written notices by mail. We send the notice of rejection by the end of our next business day. We are not liable to you for the rejection, and we are not obligated to pay you interest for the period before you receive the notice of rejection.

If you ask us to debit your account with us to pay for this payment order, we notify you about the payment order by listing it on your account statement. You must send us written notice, including a statement of relevant facts, within 30 calendar days after you receive the first account statement on which any unauthorized [illegible] discrepancy between [illegible] and [illegible] appear. If you fail to notify us within this 30-day period, we are not liable or obligated to compensate you, for any loss of interest or interest equivalent because of any unauthorized or [illegible]

**ARSENIC AND APPLE PIE**
4153 24TH ST. #1
SAN FRANCISCO, CA 94114

1074

DATE 9/16/99

11-35/1210
255

PAY TO THE ORDER OF Cash

$ 16,004.87

Sixteen Thousand Four Dollars + 87/100 DOLLARS

**Bank of America** (650) 615-4700
Noe Valley Branch #0256
4098 24th Street
San Francisco, CA 94114

FOR Wire transfer Hong Kong

William Tull Jr

⑈001074⑈ ⑆121000358⑆ 02551⑈14705⑈

# ZOOM TOYS LTD.

**Hong Kong Office:**
Unit 802, Carnarvon Plaza, 20 Carnarvon Road,
Tsim Sha Tsui, Kowloon, Hong Kong.
Tel: (852) 2311 0118   Fax: (852) 2311 1690

**Factory:**
No. 3 Sectional Industrial of Dongguan City,
Shi Jie Town, Jie Zhou, China.

## INVOICE

REF.NO. : ZMI-285/99
DATE : 11-OCT-99

SHIPPING MARKS

SOLD TO

BIG FISH!
400 AVENUE OF THE ARTS,
STUDIO H-115, COSTA MESA,
CA 92626, USA.

| | |
|---|---|
| VESSEL NAME | CMA XIAMEN V.15XE |
| FROM | HONG KONG |
| B/L NO. | // |
| TERMS | C.O.D. |
| SAILING DATE | 31-OCT-99 |
| TO | OAKLAND, U.S.A. |
| CUSTOMER ORDER NO. | MC-286/99 |
| L/C NO. | // |

| No. Of Packages | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | BALANCE PAYMENT DUE<br>1 X 40' CTNR = 943 CTNS<br>PLASTIC DOLLS<br>TRAILER TRASH | F O B HONG KONG<br>USD/PC | USD |
| 292 CTNS | 3,504 PCS | ITEM NO. 20182<br>-FEMALE DOLL WITH E-FLUTE BOX<br>(MAILER PACKED) | 2.996 | 10,497.98 |
| 651 CTNS | 7,812 PCS | ITEM NO. 20181<br>-FEMALE DOLL WITHOUT E-FLUTE<br>BOX (RETAIL PACKED) | 2.746 | 21,451.75 |
| | | | | 31,949.73 |
| | | LESS 50% Deposit (Inv#ZMI-259/99)..... | | 15,974.87 |
| | | TOTAL BALANCE PAYMENT.......... | | 15,974.86 |

GOODS SHIPPED TO:
ARSENIC AND APPLE PIE
4153 17TH STREET SAN FRANCISCO, CALIFORNIA 94114 U.S.A.

MARK AND NUMBER

NAME TT-MAIL-
NUMBER : 20182
QTY. : PCS
MADE IN CHINA
SHIP T
-NAME TT-RETAIL-
NUMBER : 20181

SAY TOTAL U.S. DOLLARS FIFTEEN THOUSAND NINE HUNDRED SEVENTY FOUR AND CENTS EIGHTY SIX
ONLY. **
E. & O. E.

For and on behalf of
ZOOM TOYS LTD

Authorized Signature(s)

# ZOOM TOYS LTD.

**Hong Kong Office:**
Unit 802, Carnarvon Plaza, 20 Carnarvon Road,
Tsim Sha Tsui, Kowloon, Hong Kong.
Tel: (852) 2311 0118   Fax: (852) 2311 1690

**Factory:**
No. 3 Sectional Industrial of Dongguan City,
Shi Jie Town, Jie Zhou, China.

## INVOICE

REF.NO. : ZMI-286/99
DATE : 11-OCT-99

SHIPPING MARKS

SOLD TO

BIG FISH!
3400 AVENUE OF THE ARTS,
STUDIO H-115, COSTA MESA,
CA 92626, USA.

VESSEL NAME _____ // _____

FROM _____ // _____

B/L NO. _____ // _____

TERMS   C.O.D.

SAILING DATE _____ // _____

TO _____ // _____

CUSTOMER ORDER NO. BFMG 004/99 (P)

L/C NO. _____ // _____

| No. Of Packages | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | | **F O B HONG KONG** | |
| | | | **USD** | **USD** |
| | | PROTOTYPE FOR PREGNANT DOLL | | |
| | 1 | SCULPTING – UPPER TORSO: GRAY PROTOTYPE | 320.00 | 320.00 |
| | | TOTAL............ | | 320.00 |

SAY TOTAL U.S. DOLLARS THREE HUNDRED AND TWENTY ONLY. **

000258



# ZOOM TOYS LTD.

**Hong Kong Office:**
Unit 802, Carnarvon Plaza, 20 Carnarvon Road,
Tsim Sha Tsui, Kowloon, Hong Kong.
Tel: (852) 311 0118   Fax: (852) 311 1690

**Factory:**
No.3 Sectional Industrial of Dongguan City,
Shi Jie Town, Jie Zhou, China.



# PROTOTYPE CONTRACT

**TO : BIG FISH!**
3400 AVENUE OF THE ARTS,
STUDIO H-115
COSTA MESA, CA92626, USA
**ATTN :** Mr. John Thomas

**REF. NO. :** ZMC-004/99 (P)

**DATE :** 14 September 99.

| ITEM NO. | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | US$ | US$ |
| | Pregnant Doll | | | |
| | Sculpting – Upper Torso: | | | |
| | Gray Prototype | 1 | 320.00 | 320.00 |
| | — WILL PAY FOR THE SCULPTING MOLDING & CASTING OF PROTOTYPES WITH 10/28 TRANSFER. PLEASE SEND 3 CAST COPIES. | | | 320.00 ======== |

**PACKING :** Nil

**REMARKS :**
1.  PRICE : NETT PRICE.
2.  PAYMENT TERMS : Paid before delivery by T/T.
3.  TIME OF DELIVERY : 15 days after order confirmation.
4.  LOCATION OF DELIVERY : via H.K.
5.  OTHERS: NIL

**CONFIRMED AND ACCEPTED BY :**

For and on behalf of
ZOOM TOYS LTD

_____
**SELLER**

_____
**BUYER**   *Authorized Signature(s)*

Pls sign & return *

000259



# HOYT SHEPSTON, INC.

CUSTOMHOUSE BROKERS · FORWARDING AGENTS
CHB 3258
FMC 247



P.O. BOX 2028 · SO. SAN FRANCISCO, CA 94083-2028
TELEPHONE: (650) 952-6930     FAX: (650) 952-5691

ESTABLISHED
1850

## INVOICE

WILLIAM TULL JR & PAUL MONTWILLO
DBA ARSENIC & APPLE PIE LLC
4155 24TH STREET #81
SAN FRANCISCO, CA 94114

**No.** 1009756

Please reference this number
with your payment.

| INVOICE DATE | INVOICE NO. | YOUR REFERENCE | OUR REFERENCE | ENTRY NO. |
|---|---|---|---|---|
| 12/09/1999 | 1009756 | | 1009756 IIB | 808-0081272-1 |
| **CARRIER** | | Arrival Date | **B/L-AWB** | |
| CMA XIAMEN V:15XE | | 11/19/1999 | HEOA000211 | |
| | | **COMMODITY DESCRIPTION** | | |
| O PEGS DOLLS; | | | | |

### THIS INVOICE REPRESENTS CASH ADVANCED AND IS PAYABLE ON PRESENTATION.
### INVOICES UNPAID AFTER 10 DAYS WILL BE SUBJECT TO A SERVICE CHARGE.

ARSENIC

| IMPORTANT INFORMATION |
|---|
| Duty shown is estimated. |
| Duty is not final until entry has been liquidated. |
| We act as your agents for Customs purposes only, pursuant to the rules & regulations of the U.S. Treasury Department, Customs Service. In all other respects we act as independent contractors in accordance with Terms & Conditions set forth on the reverse side of this invoice, subject to 19 CFR, Part 111.44. |
| Acceptance of the service covered by or identified in this invoice binds the customer to the TERMS AND CONDITIONS OF SERVICE listed on the reverse side. |
| If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges be paid with a separate check payable to the U.S. CUSTOMS SERVICE which shall be delivered to Customs by the broker. |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| DUTY TAXES AND FEES/USCUSTOMS | 107.04 |
| FREIGHT OCEAN/TERM.CHGS /HOYT-CONSOL | 3350.00 |
| Reference: HEOA000211 | |
| PREMIUM FOR SURETY BOND /ROANOKE | 99.00 |
| CUSTOMS ENTRY - FORMAL | 120.00 |
| CARGO INSURANCE/ROANOKE | 227.02 |
| COMMUNICATIONS | 5.00 |
| FREIGHT, INLAND/ALMAR | 243.75 |
| INVOICE TOTAL     pd 12/27/99     #1155 | 4151.81 |

These documents were prepared with Year 2000
compliant computer software.

PLEASE CONTACT THIS OFFICE IMMEDIATELY IF YOU DISAGREE WITH
EITHER THE DUTY RATES OR CLASSIFICATION ON THIS ENTRY.

FMC License 247

000281

ORIGINAL INVOICE

# BigFish!

12 Theater Lane
Aliso Viejo, California 92656

February 23, 2000    *SENT IN NOVEMBER*
*WITH RECEIPTS*
Bill Tull                    *(VIA FED-EX)*
c/o Arsenic & Apple Pie
4153 24th Street
San Fransisco, CA 94114

# RESEND

Dear Bill:

Attached are recent expense receipts and an invoice for the second wave of dolls landed in November.

## Expenses:

Please send a check for $41.79 to my home address at this time.

## Fees Due:

Just as before, I've listed the amount of fees now earned based on the total landed cost of the figures, calculated on the attached spreadsheet. I've included all supporting invoices and a copy of our agreement. The fee now earned is $9,232.43. The entire sum is due before 5/1/99.

Remember on these dolls I will also earn a bonus at the end of the calendar year of 2% of your wholesale and direct retail sales.

If it works for your business at this time, I will offer to forgo the 2% bonus on this second batch of dolls if I receive the payment above by 2/15/00.

Again, thank you and Paul for the opportunity to work on these projects. I'm looking forward to hearing updates as the momentum continues, and reaction soon to the new styles. Good luck.

Sincerely,

Jeff Trojan

000257

**BigFish!**

12 Theater Lane
Aliso Viejo, California 92656

February 23, 2000    *SENT IN DECEMBER*
                       *WITH RECEIPTS*
Bill Tull              *(VIA FED-EX)*
c/o Arsenic & Apple Pie
4153 24th Street
San Francisco, CA 94114

# RESEND

Dear Bill:

Attached are more expense receipts and an invoice for the 2% bonus to be received on the total of your 1999 wholesale and retail sales, per our original agreement.

**Expenses:**

Please send a check for $141.07 to my home address at this time. (Note there is still an outstanding $41.79 that I invoiced in December.)

**Fees Due:**

Per our agreement, I am due a 2% bonus annually on the total sales (wholesale and retail) for the year — as a way of participating in the upside as the business takes in revenue. I've estimated numbers on the attached page, but can't be sure their accuracy. (Any inventory not sold now will carry forward into 2000, and will be used to calculate a 2000 bonus as it sells.)

Please feel free to replace my estimates with your actual numbers as you finalize your year-end totals. If your will be 1099-ing me for the funds I received in 1999, my SSN is 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. I'm not sure if you want to include the bonus in your 1999 accounting or 2000, which is why I'm invoicing at this time. It was earned as of 12/31/99, but is due by 3/1/00.

Again, I would be willing to eliminate the 2% bonus to make things easier for us (and cheaper for you) in exchange for quicker payment than our agreement provides. It is too late to make that compromise for the first 10,000 dolls, but we could work something out if I receive the fee for the second order (as previously invoiced) by 2/15/00 instead of 5/1/00.

Please call me if you have any questions or updates.

Sincerely,

Jeff Trojan

# EXHIBIT B

Form B6-Cont.
(6/90)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF CALIFORNIA

In re  **PAUL MONTWILLO**                                     Case No. _____
    Debtor                                                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 8099.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 17246.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 920.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2220.00 |
| Total Number of Sheets of ALL Schedules ➤ | | 14 | | | |
| Total Assets ➤ | | | $ 8099.00 | | |
| Total Liabilities ➤ | | | | $ 17246.00 | |

FORM B6F (Official Form 6F) (9/97)

In re  **PAUL MONTWILLO**                                    Case No. _____
　　　　Debtor                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedule D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled, "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report totals of all claims listed on the schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report in this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6011000810692917<br><br>**DISCOVER CARD SERVICES**<br>**P.O. BOX 30395**<br>**SALT LAKE CITY UT**<br>**84130-0395** | | | 1999<br>**CREDIT CARD** | | | | 8641.00 |
| Account No. 4264290055039879<br><br>**MBNA AMERICA**<br>**P.O. BOX 15019**<br>**WILMINGTON DE 19886-5109** | | | 1999<br>**CREDIT CARD** | | | | 6050.00 |

_____ continuation sheets attached

**Subtotal** ➤
(Total of this page)                                          14691.00