**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 4/25/08

Case No.   C-07-3947 SI          Judge:   SUSAN ILLSTON

Title: PAUL MONTIWILLO  -v- WILLIAM TULL

Attorneys: S. Sommers          D. Wong

Deputy Clerk: Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1)  Cross Motions  for Summary Judgment  - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED PART

Case continued to _for Further Case Management Conference

Case continued to

Case continued to for Pretrial Conference

Case continued to_ for Trial (jury :  Days)

ORDERED AFTER HEARING: