STEPHEN A. SOMMERS, SBN 225742
Sommers Law Group
870 Market Street, Ste. 1142
San Francisco, CA 94102
(415) 839-8569 (Telephone)
(415) 956-0878 (Fax)
ssommers@sommerslaw.com

Attorney for Plaintiff/Cross-Defendant Paul Montwillo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM TULL; DANIEL GIBBY; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE; DOES 1-100, inclusive,<br><br>    Defendants.<br>WILLIAM TULL,<br><br>    Counter-Claimant,<br><br>vs.<br><br>PAUL MONTWILLO, an individual, and DOES 21 through 30, inclusive,<br><br>    Counter-Defendants. | Case No.: C 07 3947 SI<br><br>PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS<br><br>FRCP 26(a)(2)(A) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PURSUANT TO RULE 26(a)(2)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF PAUL MONTWILLO HEREBY PROVIDES NOTICE OF INTENT TO CALL THE FOLLOWING INDIVIDUAL AS AN EXPERT WITNESS TO TESTIFY TO MATTERS COVERED BY RULES 702, 703 AND 705 OF THE FEDERAL RULES OF EVIDENCE:

MONTWILLO v. TULL (et al.)
PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS

Page 1 of 2

1. David Cutler, Esq.

2. Mr. Cutler is well-esteemed attorney for over 15 years in all areas of intellectual property law, including but not limited to copyright, licensing, music, film, television, entertainment venues and event production, including Burning Man, Loveparade, The Estate of Jerry Garcia, the Dead Kennedy's, Ruby Skye, the Bubble Lounge, and Om Records. Mr. Culter has numerous articles published on intellectual property, is a regular speaker on panels regarding intellectual property issues, and serves on numerous boards throughout San Francisco and the Bay Area. In addition to his service on the boards of numerous organizations, Mr. Cutler is also in-house counsel at Dolby Laboratories, Inc. where he focuses on copyright, licensing and other intellectual property issues.

Dated: May 13, 2008

SOMMERS LAW GROUP

_____
Stephen Sommers
Attorney for Plaintiff/Cross-Defendant
Paul Montwillo

MONTWILLO v. TULL (et al.)
PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS

Page 2 of 2

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I, the undersigned, am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within action.

I am employed by the Sommers Law Group, 870 Market Street, Suite 1142, San Francisco, California 94102.

On May 13, 2008 I served the following document(s) entitled:

PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS

on the interested parties in this action by mailing a true and accurate copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, and by causing such envelope to be deposited in the United States Postal Service addressed as follows:

Marc Greenberg

GGU School of Law

536 Mission St.

San Francisco, CA 94105


David Wong

100 Shoreline Highway, 100B

Mill Valley, CA 94941


I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with United States Postal Service.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 13, 2008                                                San Francisco, California

                                                                                    Stephanie Joynt