David Y. Wong, Attorney at Law (SBN 105031)
100 Shoreline Highway, Suite 100 B
Mill Valley, CA 94941
Tel: (415) 339-0430
Fax: (415) 332-8679

Law Office of Marc H. Greenberg
536 Mission Street, Suite 2323
San Francisco, CA 94105
Tel: (415) 442-6611

Attorneys for Defendants William Tull, Daniel Gibby and
Gibby Novelties, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM TULL; DANIEL GIBBY; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE, a California Limited Liability Corporation and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 07 3947 SI<br>(Revised)<br>NOTICE OF MOTION AND MOTION OF DEFENDANTS WILLIAM TULL, DANIEL GIBBY AND GIBBY NOVELTIES, LLC FOR ORDER THAT PLAINTIFF PRODUCE EXPERT WITNESS REPORT OR, ALTERNATIVELY, TO STRIKE PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS AND FOR RULE 26(g) SANCTIONS; DECLARATION OF DAVID Y. WONG AND EXHIBITS IN SUPPORT OF MOTION; AND PROPOSED ORDER<br><br>Hearing Date: June 6, 2008<br>Hearing Time: 9:00 a.m.<br>Ctrm: 10<br><br>Complaint filed: August 1, 2007<br>Trial date: June 30, 2008 |

**Table of Contents**

**NOTICE OF MOTION AND MOTION**    1

**MEMORANDUM OF POINTS AND AUTHORITIES**    2

    1.    Introduction and Statement of Facts    2

(Revised)NOTICE OF MOTION AND MOTION OF DEFENDANTS WILLIAM TULL, DANIEL GIBBY AND GIBBY NOVELTIES, LLC FOR ORDER THAT PLAINTIFF PRODUCE EXPERT WITNESS REPORT OR, ALTERNATIVELY, TO STRIKE PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS AND FOR RULE 26(g) SANCTIONS    i

Montwillo v Tull, et al.
USDC Action No. C 07 3947 SI

|   |   | Plaintiff's Expert Witness Disclosure | 3 |
|---|---|---|---|
|   |   | Defendants' Efforts to Meet and Confer | 4 |
| 2. | Legal Argument | | 5 |
|   | A. | Plaintiff is Required to Provide an Expert Report Under Rule 26(a)2 | 5 |
|   | B. | Mr. Cutler is a Retained Expert | 8 |
|   | C. | In the Alternative, Defendants Ask that the Court Strike Plaintiff's Tardy and Non-Compliant Expert Witness Disclosure | 10 |
|   | D. | Plaintiff and His Counsel Should be Sanctioned for False Certification of The Expert Witness Disclosure Pursuant to Rule 26(g) | 12 |
| 3. | **CONCLUSION** | | 13 |

**Authority**

*Ager v. Jane C. Stormont Hospital and Training School for Nurses,* 622 F.2d 496, 498 (10th Cir.1980)     9

*Nguyen v. IBP, Inc.,* 162 F.R.D. 675 (D.Kan.1995)     9,12

*Sylla-Sawdon v. Uniroyal Goodrich Tire Co.,* 47 F.3d 277 (8th Cir.1995)     7

**Statutes**

28 U.S.C. § 1821

Federal Rules of Evidence, Rules 702, 703 & 705

FRCP 26(a)2

FRCP 26(a)2(B)

FRCP 26(g)

FRCP 30

FRCP 45(b)

1993 Advisory Committee Notes to Rule 26

(Revised)NOTICE OF MOTION AND MOTION OF DEFENDANTS WILLIAM TULL, DANIEL GIBBY AND GIBBY NOVELTIES, LLC FOR ORDER THAT PLAINTIFF PRODUCE EXPERT WITNESS REPORT OR, ALTERNATIVELY, TO STRIKE PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS AND FOR RULE 26(g) SANCTIONS     ii

Montwillo v Tull, et al.
USDC Action No. C 07 3947 SI