IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL MONTWILLO,   No. C 07-03947SI

    Plaintiff,   **NOTICE**

v.

WILLIAM TULL,

    Defendant.

    /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all discovery motions will be taken off calendar. They were not properly noticed as the Civil Local Rules require. The motions will be deemed submitted without argument and will be handled as Judge Illston's standing order indicates. Any oppositions shall be filed within one week.

Dated: May 28, 2008   RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk