David Y. Wong, Attorney at Law (SBN 105031)
100 Shoreline Highway, Suite 100 B
Mill Valley, CA 94941
Tel: (415) 339-0430
Fax: (415) 332-8679

Law Office of Marc H. Greenberg
536 Mission Street, Suite 2323
San Francisco, CA 94105
Tel: (415) 442-6611

Attorneys for Defendants William Tull, Daniel Gibby and
Gibby Novelties, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual | CASE NO. C 07 3947 SI |
| Plaintiff, | EX PARTE APPLICATION FOR ORDER SHORTENING TIME RE: DEFENDANTS' MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES PURSUANT TO LOCAL RULE 6-3; DECLARATION OF DAVID Y. WONG AND EXHIBITS IN SUPPORT OF MOTION; AND PROPOSED ORDER |
| vs. | |
| WILLIAM TULL; DANIEL GIBBY; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE, a California Limited Liability Corporation and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint filed: August 1, 2007<br>Trial date: June 30, 2008 |

DEFENDANTS WILLIAM TULL, DANIEL GIBBY AND GIBBY NOVELTIES, LLC, a California Limited Liability Company, will and do present this Ex Parte Application to the Court for an Order Shortening Time regarding their Motion Continue the Pre-trial Conference and Trial Dates pursuant to Local Rule 6-3 in the above matter.

Defendants' ex parte application is brought after opposing counsel refused to stipulate to a joint request to continue the dates of the Pre-trial Conference and Trial for multiple reasons,

MONTWILLO V. TULL, ET AL. USDC Action No. C 07 3947 SI                                          1

EX PARTE APPLICATION OF DEFENDANTS WILLIAM TULL, DANIEL GIBBY AND GIBBY NOVELTIES, LLC
FOR ORDER SHORTENING TIME AND TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES
PURSUANT TO LOCAL RULE 6-3

namely that the Court's recent issuance of its ruling on the cross Motions for Summary Judgment, and the pending Motion of Defendants to compel the production of an expert witness report, or to strike Plaintiff's Expert Witness Disclosure have made it extremely difficult, if not impossible for Defendants to adequately prepare for the Pretrial Conference and Trial of this matter. The circumstances surrounding these two events have and will, if not cured, hamper and severely prejudice Defendants' ability to prepare for trial

This Ex Parte Application for Order Shortening Time will be based on this Application, the Supporting Declaration of David Y. Wong and the attached proposed Motion to Continue, the pleadings on file in this case, and such other evidence as may be presented at the hearing on this motion.

## APPLICATION FOR ORDER SHORTENING TIME

Defendants respectfully request that the Court accept and permit the instant Motion to Extend the Pre-trial and Trial Dates in this matter on shortened notice. Defendants' Motion is brought within days of the issuance of the Court's Ruling on the cross motions for summary judgment in this case, argued on April 25, 2008, and seeks an order of postponement that would allow the parties to properly prepare and submit papers in compliance with the Court's local rules for trial. It is also brought for the purpose of encouraging the possible settlement of this matter under the supervision of the Court.

As set forth in the attached Declaration of David Y. Wong, good cause does exist for an order shortening time. A stipulation was unreasonably refused by opposing counsel, and the resulting prejudice if the motion is not heard will cause substantial prejudice to Defendants, particularly as it relates to Defendants' objections to Plaintiff's defective Expert Witness Disclosure. Despite Defendants' good faith efforts to meet and confer, Plaintiff and his Counsel have failed and refused to make any effort to comply with the disclosure requirements, thus

MONTWILLO V. TULL, ET AL. USDC Action No. C 07 3947 SI    2

EX PARTE APPLICATION OF DEFENDANTS WILLIAM TULL, DANIEL GIBBY AND GIBBY NOVELTIES, LLC
FOR ORDER SHORTENING TIME AND TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES
PURSUANT TO LOCAL RULE 6-3

forcing Defendants to present a Motion to compel which has been previously submitted to the Court without argument.

There have been no previous modifications of the Court's trial schedule in this matter and the enlargement of time sought by Defendants will not significantly impact the Court's calendar.

DATED:  June 4, 2008

_____
David Y. Wong, Attorney at Law
Marc H. Greenberg, Attorney at Law;
Attorneys for Defendants William Tull, Daniel Gibby and Gibby Novelties, LLC

MONTWILLO V. TULL, ET AL.  USDC Action No. C 07 3947 SI    3

EX PARTE APPLICATION OF DEFENDANTS WILLIAM TULL, DANIEL GIBBY AND GIBBY NOVELTIES, LLC
FOR ORDER SHORTENING TIME AND TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES
PURSUANT TO LOCAL RULE 6-3

**ORDER OF COURT REGARDING DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME RE: MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES PURSUANT TO LOCAL RULE 6-3**

The Application of Defendants WILLIAM TULL, DANIEL GIBBY and GIBBY NOVELTIES, LLC, (hereinafter cumulatively referred to as "Defendants") for an Order Shortening Time Regarding Motion to Continue the Pre-Trial Conference and Trial dates in this matter came on for hearing on June 6, 2008. The Court, having considered the Application, the supporting Declaration of Counsel, and the oral arguments of all parties present, and GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS AS FOLLOWS:

\_\_\_ Defendants' Application for Order Shortening Time is hereby granted. Defendants' Motion to Continue the Pre-trial Conference and Trial dates will be set for hearing on _____, 2008. Opposition to Defendants' Motion must be filed by _____, 2008 and any Reply by _____, 2008.

\_\_\_ Defendants' Application is denied.

Dated:                          United States District Court for the Northern District

_____
Honorable Susan Illston

MONTWILLO V. TULL, ET AL. USDC Action No. C 07 3947 SI

EX PARTE APPLICATION OF DEFENDANTS WILLIAM TULL, DANIEL GIBBY AND GIBBY NOVELTIES, LLC FOR ORDER SHORTENING TIME AND TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES PURSUANT TO LOCAL RULE 6-3

4