IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, | No. C 07-03947SI |
| Plaintiff, | **NOTICE** |
| v. | |
| WILLIAM TULL, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the pretrial conference has been continued to Tuesday, June 24, 2008, at 10:00 a.m.

Due to the Court's unavailability this week, defendant's ex-parte application will not be reviewed until she returns on June 18, 2008.

Dated: June 11, 2008                                RICHARD W. WIEKING, Clerk

                                                                         /s/ Sutton

                                                                         Tracy Sutton
                                                                         Deputy Clerk