**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/19/08

Case No.   C-07-3947 SI           Judge:   SUSAN ILLSTON

Title: PAUL MONTIWILLO  -v- WILLIAM TULL

Attorneys: S. Sommers          D. Wong, Greenbert

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Telephone Conference   - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to _for Further Case Management Conference

Case continued to

Case continued to **6/26/08 @ 2 p.m.**  for Pretrial Conference

Case continued to_ for Trial (jury :  Days)

ORDERED AFTER HEARING:

The pretrial documents are due 6/25/08 and oppositions to any motions in limine are due 6/25/08.

Counsel shall participate in a follow-up settlement conference with Judge Larson before 6/26/08

CC: Venice

The ex-parte motion to continue is denied.