AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I, the undersigned, am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within action.

I am employed by the Sommers Law Group, 870 Market Street, Suite 1142, San Francisco, California 94102. On June 20, 2008, I served the following document(s) entitled:

**Plaintiff/Cross-Defendant Paul Montwillo's Motion in Limine #1 To Exclude Evidence of Paul Montwillo's Bankruptcy Filing.**

**Plaintiff/Cross-Defendant Paul Montwillo's Motion in Limine #2 To Exculde Evidence Relating to the Statute of Limitations.**

**Plaintiff/Cross-Defendant Paul Montwillo's Motion in Limine #3 To Exclude Evidence of Paul Montwillo Producing Art Under the Work for Hire Docterine.**

**Plaintiff/Cross-Defendant Paul Montwillo's Motion in Limine #4 To Exclude Evidence Relating to the Copyright Ability of the Dolls**

**Plaintiff/Cross-Defendant Paul Montwillo's Motion in Limine #5 To The Ownership of the Copyrights**

on the interested parties in this action by mailing a true and accurate copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, and by causing such envelope to be deposited in the mail at 870 Market Street, Suite 1142, San Francisco, California 94102, addressed as follows:

David Wong  
100 Shoreline Highway, Suite 100B  
Mill Valley, CA 94941

Marc Greenberg  
GGU School Of Law  
536 Mission St.  
San Francisco, CA 94105-2968

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service: it is deposited with the United States Postal Service on that same day in the ordinary course of business.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 20, 2008

San Francisco, California

_____  
Stephanie Joynt