**DAVID Y. WONG**

ATTORNEY AT LAW

320 Montford Ave.
Mill Valley, California 94941
Tel: (415) 339-8810
Fax: (415) 388-5582

June 23, 2004

Via Registered Mail

Paul Montwillo
3638 22nd Street
San Francisco, CA 94114

William Tull
4153 24th Street, Suite 1
San Francisco, CA 94114

Re: Arsenic & Apple Pie, LLC

Dear Mr. Montwillow and Mr. Tull:

As each of you are aware, Section 8.3 of the Operating Agreement of Arsenic & Apple Pie provides that in the event of the bankruptcy of a member, that member's interest in the company is subject to re-purchase by the LLC. In April of 2003, the Company was formally advised that Mr. Montwillo had filed a Petition in Bankruptcy, and wrote to him in regard to the re-purchase of his membership interest. Mr. Tull, on behalf of the Company, has since attempted to negotiate terms for the re-purchase of Mr. Montwillo's interest but, to date, has been unsuccessful. Mr. Tull has now indicated that he will discontinue any further negotiations to repurchase the interests of Mr. Montwillo, given the fact that the company has yet to show a profit and is unlikely to do so in the near future.

Although there is some disagreement as to when Mr. Tull was advised of the fact that Mr. Montwillo had declared bankruptcy, there is presently no dispute that Mr. Montwillo filed his bankruptcy petition on March 11, 2002. There is also no dispute that since Mr. Montwillo filed his bankruptcy petition in March of 2002, Arsenic & Apple Pie has **not** held a meeting of the remaining members to vote on whether to continue to operate the company. I thus call to your attention, Section 9.1(a) of the Operating Agreement which provides that unless the remaining members vote to continue the company within 90 days of a triggering event, such as the bankruptcy of a managing member, that the Company shall be dissolved.

In his capacity as the remaining Managing Member, Mr. Tull has decided that he will not waive Section 9.1(a) of the Operating Agreement. Thus, as provided by the terms of the Operating Agreement, Arsenic & Apple Pie must dissolve. As per the Agreement, Mr. Tull automatically assumes the role of Liquidating Manager of the Company and is responsible for winding up the financial affairs of the Company.

EXHIBIT 10

The Operating Agreement, Section 9.2, specifies the procedure for allocating and distributing the assets of the Company upon dissolution. First to be satisfied are all outstanding debts to third-party creditors of the Company. After these debts have been satisfied, the Liquidating Manager must use the Company's assets to pay all expenses associated with liquidation. After liquidation expenses have been satisfied, the Company's assets are to be used to repay all outstanding loans made to the Company by its members. If there are insufficient assets to pay the loans in full, each member will be paid proportionately, along with interest. Finally, if there are any assets remaining, those assets will be distributed in accordance with the percentages held by each of the members.

Please note that under Section 9.3 of the Operating Agreement, after payment or discharge of the debts and liabilities of the Company, no member shall be subject to any other member for indemnification, contribution or reimbursement.

Enclosed with this letter, please find a copy of Arsenic & Apple Pie's Income Statement and Balance Sheet for the period ending May 31, 2004. As in years past, the Income Statement reflects that for the period the Company incurred a loss of $727.38 after payment of its yearly tax obligation. More importantly, the Balance Sheet reflects that the company's current liabilities are the in the amount of $15,066.96. On behalf of the Company, I ask that each of you identify and set forth the specifics of any additional debts and liabilities of the company owed to third parties who do not hold a membership interest in the Company.

Moreover, while I note that the Balance Sheet reflects two promissory notes in favor of Mr. Tull, totaling $70,216.60, I also ask that each of you further identify any and all loans made to the Company, in addition to your capital contributions. In order to be fully recognized, any loan or note must be in writing and signed by all of the essential parties. In light of the schedule for winding up the Company, I must insist that any claim of loan and all supporting materials be received by the Undersigned within 5 business days of your receipt of this letter. If I do not receive sufficient documentation of any additional loans, the Company will presume that the two loans identified in the Balance Sheet are the only valid loans made to it by members.

Once Arsenic & Apple Pie has identified and confirmed the existence and amount of all debts and liabilities, and all loans made to it by members, it will determine whether the company's assets are sufficient to satisfy these obligations and finally distribute any remaining monies to its members in accordance with their interests.

Paul Montwillo
William Tull

June 23, 2004

Page 3 of 3

Should either of you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

David Y. Wong

encl.: May 31, 2004 Income Statement and Balance Sheet

000024

**DAVID Y. WONG**

ATTORNEY AT LAW

320 Montford Ave.
Mill Valley, California 94941
Tel: (415) 339-8810
Fax: (415) 388-5582

July 3, 2004

Via Certified Mail
Paul Montwillo
3638 22nd Street
San Francisco, CA 94114

William Tull
4153 24th Street, Suite 1
San Francisco, CA 94114

Re: Arsenic & Apple Pie, LLC

Dear Mr. Montwillow and Mr. Tull:

As I have previously advised, Arsenic & Apple Pie, LLC, is now in the process of winding up its operations in anticipation of dissolution. To date, I have not received from either of you any additional claims of loans to the Company, nor am I aware of any documentation regarding the existence of same. Hence, I must presume that both of you agree with the financial statements contained in my letter of June 25, 2004, and consent to the liquidation of the Company's assets in accordance with the financial information contained therein.

As reflected in the most recent Balance Sheet of May 31, 2004, there is currently a total of $35,763.57 in tangible assets held by the Company: $3,824.03 in Cash, $155.42 in Accounts Receivable, a $2,500 Note (offset by a note in favor of Injeanious) and $31,995.57 in unsold inventory.

In addition to the above tangible assets, the Company also owns the intellectual property rights to three (3) models of dolls which have already produced, commonly referred to as: Trailer Trash Doll; Drag Queen Doll Blonde; Drag Queen Doll Red Head; and two(2) models of dolls which are in the developmental stages: Talking Pregnant Trailer Trash Doll and Male Mullet Trailer Trash Doll. I understand that the prototypes of these last two dolls may be in the possession of Mr. Montwillo, and would ask that they be turned over to the Company immediately. It is also the legal holder of the Arsenic & Apple Pie tradename. The fair market value of these intangible property rights is unknown.

In contrast, the Company has current liabilities of $88,283.56, consisting of $15,039 in accounts payable, $27.21 in unpaid Sales Tax, and two outstanding loans made to the Company by Mr. Tull in the amount of $9,834.05 and $63,382.55 ( Total: $73,216.60).

EXHIBIT 11

In accordance with the priority schedule set forth in Section 9.2 of the Operating Agreement, the remaining assets of the Company must be distributed in accordance to a priority schedule. First priority are the outstanding debts and liabilities to third parties. Since the Company's net cash, accounts receivable and note ($3,768) is insufficient to satisfy the accounts payable and unpaid sales tax ($15,066.96), the deficit ($11,297.96) must be satisfied out of inventory.

According to the Balance Sheet, the fair market value of the inventory is$31,995.57, of which $11,297.96 is earmarked for payment of outstanding debts. Typically, such shortfalls are addressed by liquidating the inventory on the open market or thru an auction. However, in this instance, I understand that Mr. Tull is interested in taking over the inventory and has offered to assume the Company's liabilities. Unless Mr. Montwillo objects, it would appear reasonable to allow Mr. Tull to take possession of $11,297.96 in inventory in exchange for his promise to assume all of the liabilities of the Company.

The Operating Agreement next provides that the assets of the Company will be used to repay any valid loans made to the Company by members. Since the only loans which have been identified and satisfactorily documented are the two loans identified in the Balance Sheet totaling $$73,216.60, it would seem logical that Mr. Tull receive the remaining inventory with a fair market value of $20,697.61 in partial satisfaction of his outstanding loans to the Company.

After crediting the value of the Company's inventory to Mr. Tull, the remaining balance of his loans to the Company is $52,518.99. While the only other assets are the intellectual rights to the dolls and the Company's tradename, it is also true that their fair market value is unknown. I thus would propose that the intellectual property rights to the dolls, both the models produced and those being developed, and the Arsenic & Apple Pie tradename be valued at a minimum of $52,518.99, and that they be transferred to Mr. Tull in full satisfaction of his loans to the Company.

The alternative would be that the intellectual property rights to the dolls, the Arsenic & Apple Pie tradename, and possibly the inventory be auctioned off to the highest bidder. As per the above, Mr. Tull's exchange establishes a starting bid in the amount of $84,514.56 for these assets. If Mr. Montwillo wishes to outbid Mr. Tull for these assets, or if either of you believe that someone else may be interested in purchasing these assets, you must identify and produce a ready, willing and able buyer to the Undersigned no later than 5 business days from today's date. Bidding on the Company's inventory and intangible assets will start at $84,514.56 and may increase depending on the level of interest generated. Any successful bid must be completed within 5 business days of the close of the auction.

If, after the due date for submission of bids expires, no qualified bids have been received, then the Company will have no choice but to find that the inventory and the intangible property rights specified above will become the sole property of Mr. Tul l in exchange for his outstanding loan obligations. Unless any further assets are discovered to exist, there will be nothing left to distribute to the Company's members.

If either of you have any questions or concerns not addressed above, please do not hesitate to contact the undersigned.

Very truly yours,

David Y. Wong

**DAVID Y. WONG**

ATTORNEY AT LAW

320 Montford Ave.
Mill Valley, California  94941
Tel: (415) 339-8810
Fax: (415) 388-5582

July 20, 2004

Paul Montwillo
3638 22nd Street
San Francisco, CA 94114

Re:    Arsenic & Apple Pie, LLC

Dear Mr. Montwillow:

I have received and thank you for your registered letter of July 13, 2004.

In response to same, I must advise that as the Managing Member whose bankruptcy triggered the dissolution, neither  Section 9.1 , nor any other provision of the Operating Agreement, provides  you with grounds upon which to object to the dissolution of the Company.  If you are able to identify a provision within the Operating Agreement which I have overlooked, please advise.

As to your request to review the books and records of Arsenic & Apple Pie, LLC, I have forwarded your letter to Mr. Tull, the liquidating member.

Regarding the proprietary rights to the doll designs, the Company respectfully disagrees with your claim of ownership.  The position of the Company is that it alone financed the development of each of the designs and, therefore, claims sole ownership.

Finally, as Counsel for the Company, I must demand that you cease and desist using the Arsenic & Apple Pie, LLC, name and logo, which are the exclusive property of the Company.  Should you refuse to do so, an injunction action will be brought against you by Arsenic & Apple Pie or its liquidating member.

Very truly yours,

David Y. Wong

cc:    William Tull, Jr.

EXHIBIT

12

000028

Subj: **Just a thought**
07/19/2000 2:11:21 PM Pacific Daylight Time
om: pmontwillo@hotmail.com (Paulie Boy)
To: trashdolls@aol.com

Hey Bill,

A while ago you expressed interest in making me a contract employee of the company instead of a partner. This is souding more attractive to me due to my current personal financial status, which is morbid to say the least.

I have spoken to my lawyer regarding this matter, and we've come up with the following proposition. For the sale of my half of the business I'm asking $25,000. This is less than it is worth, and should be an amicable figure for us both. By selling you my 50% of the business I would be forfeiting any commission on previously produced designs.

per unit sold

As a contract employee my commission would be $1.50 per import unit of any products produced from this day forward. This would include projects currently being produced. I realize this is more than Jeff was being paid, but I would be acting as the Creative Director for the company and taking over his duties as Import Agent. This is also considerably less than I would be making as a partner when the company becomes profitable.

Payment schedule would begin with the first payment on January 1, 2001, and will be $5000 per financial quarter, until paid in full.

..s doesn't sound attractive to you, that's OK. I'm just putting it out ..ere because you've mentioned it before, and I'm tired of struggling with my personal finances. This would provide a light at the end of the tunnel for me.

Thanks for your consideration,

Paul

---

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com

———— Headers ————

Return-Path: <.pmontwillo@hotmail.com>
Received: from rly-yd02.mx.aol.com (rly-yd02.mail.aol.com [172.18.150.2]) by air-yd03.mail.aol.com (v75_b1.4) with ESMTP; Wed, 19 Jul 2000 17:11:21 -0400
Received: from hotmail.com (f277.law3.hotmail.com [209.185.240.55]) by rly-yd02.mx.aol.com (v75.18) with ESMTP; Wed, 19 Jul 2000 17:10:50 -0400
Received: (qmail 37265 invoked by uid 0); 19 Jul 2000 21:10:49 -0000
Message-ID: <20000719211049.37264.qmail@hotmail.com>
Received: from 63.210.105.34 by www.hotmail.com with HTTP;
Wed, 19 Jul 2000 14:10:49 PDT
X-Originating-IP: [63.210.105.34]
F...: "Paulie Boy" <.pmontwillo@hotmail.com>
ashdolls@aol.com
.ject: Just a thought
Date: Wed, 19 Jul 2000 21:10:49 GMT
Mime-Version: 1.0
Content-Type: text/plain; format=flowed

EXHIBIT
13

000016

San Francisco Examiner [illegible] C-1

# LIFORNIA

ND NORTHERN CALIFORNIA

**Black English:** *Why teachers should study Black English, [illegible] [illegible] to [illegible] African American schoolchildren* [illegible]

WEATHER 2 | ARTS & IDEAS 13
[illegible] 10 | EDITORIAL 14
[illegible] 12 | COMMENTARY 15

# Messin' with Barbie

[illegible]eator of the now-famous [illegible]iler Trash version says [illegible]s 'got a hobby gone mad'

[illegible]

**Paul Hansen** *with a handful of the Barbie dolls he's modified — some might say desecrated. His sister, whose Barbies were the first to fall into his clutches, "thinks this whole thing is [illegible]," he says. "She also thinks I'm the weirdest guy on Earth."*

[illegible] HANSEN was [illegible] and [illegible] because he might be the only man in America [illegible] obsessed with playing with Barbie dolls [illegible] an [illegible] existence [illegible] at the Academy of Art College [illegible] San Francisco [illegible] from Toys R [illegible] accessories [illegible] [illegible] rhinestone jewelry, [illegible] Once home, settled in front of the TV, [illegible] transforming each Barbie in ways [illegible] Mattel never envisioned [illegible] of Trailer [illegible] with a cigarette dangling from her lip, a babe [illegible]

See BARBIE, C-6

# Some get to file tax form by phone

For the 1.6 million Californians who are eligible, returns can be done in just a 10-minute call

By Doug Willis
ASSOCIATED PRESS

SACRAMENTO — [illegible] young, single and in a hurry, the California tax man has something special for you.

The biggest news [illegible] tax filing this year is TeleFile, a new program that allows single taxpayers [illegible] [illegible]

A pilot program [illegible] about 10,000 Californians file their returns by telephone. The Franchise Tax Board [illegible] a success and is offering the TeleFile option this year to 1.6 million of the [illegible] Californians expected to file state tax returns.

If your [illegible] return indicates you are eligible, you will get a TeleFile form along with a Form 540EZ tax booklet. If you don't get one, you can't use TeleFile, because you need the PIN [illegible] number, assigned to you on that booklet.

TeleFile is available 24 hours a day. You fill out about [illegible] questions on a work sheet before you call. After you answer those questions on a touch-tone phone, TeleFile calculates your taxes and gives you a confirmation number, just like you'd get from a hotel or rental car company.

Most taxpayers eligible to use TeleFile will be getting refunds, and a big attraction is the Franchise Tax Board's promise of a check within 10 days for TeleFile users.

You can also use TeleFile if you owe additional taxes, though. There's a [illegible] coupon in the TeleFile tax book to send in with your check if you owe extra money. Like any other return, that must be mailed by April 15 to avoid penalties.

In addition to the income and marital status limitations, TeleFile users must also use the standard deduction, have less than $400 in interest income, have no depen[illegible]

See TAXES, [illegible]

EXHIBIT 14

> Mattel is 'begging for one of these judges to give them a black eye.'
> — *Nissan attorney Robert Schwartz*

and is trying to assert a monopoly.

"They really are begging for one of these judges to give them a black eye," says Schwartz. "It's one thing to go after someone without a lot of resources. But going after MCA and Nissan, they're in for a bruiser. We are not going to fold ever."

**PARODY OR STEREOTYPE?**

In *Mattel v. Hansen*, 97 0012, the El Segundo-based toy maker takes issue with what it considers the artist's negative portrayal of Barbie. The "Trailer Trash" doll sports a bad dye job, a cigarette dangling from her lip, a piglet or baby in her arms and a cartoon bubble that reads "My Daddy Swears I'm the Best Kisser in the County!"

Drag Queen Barbie is essentially a Ken doll dressed in Barbie clothes and wearing a wig. Prostitute Barbie's accessories include [illegible] bill and a [illegible]

[illegible]

PARODY CROSS-DRESSING BARBIE

[illegible] going on here."

**NO POETIC LICENSE**

Just how jealously Mattel guards its Barbie trademark was demonstrated recently in the opening salvo of a dispute involving Oakland poet Matt Pico, who wrote "Barbie at Her Women's Group" for a poetry workshop in 1992.

"We were all assigned the task of writing poems about Barbie," he says.

The name "Barbie" appears only in the title. The poem, which consists of six four-line stanzas, portrays what Pico described in an interview as a "disconsolate" woman.

"OK, so I've been drinking, who'd stay sane,/with no career, just Dreamhousefloors to clean?" the narrator laments.

Though she was "once worshipped as the Standard" of American beauty, the grown-up Barbie feels put down by other women in her group. " 'Op[p]ressed domestic worker's what you say,/but 'stupid fucking housewife's what you mean,' " she tells them.

As of Monday, online readers had accessed the site a total of 49 times since it was first posted in February.

Nevertheless, William Dunnegan, a New York attorney representing Mattel, sent an Oct. 21 letter to Pico's Internet service provider, demanding that it remove the poem from the World Wide Web. Dunnegan asserted that the page (http://www.idiom.com/~poet/barbie.html) "unlawfully dilutes the Barbie trademark."

But David Sharnoff, who operates the Internet provider, Idiom Consulting, said he is ignoring the letter for now. "If Mattel gets serious, I'll have to [illegible]," he said, [illegible]

[illegible]

Dunnegan did not

# The Daily Opinion Service is fast, but is there an even faster way to get the latest court decisions?

**A:** Yes, on Cal Law (www.callaw.com). Cal Law sends you an e-mail message every afternoon with summary information about all the appellate cases that will be in the next day's California Daily Opinion Service. And if you want to read the cases in full text, they're available on Cal Law a day early too.

**Q:** You mean, if I subscribe to Cal Law, I'll receive this afternoon the same appellate case information that will be in the newspapers tomorrow?

**A:** That's right.

**Q:** Excellent. How much is Cal Law?

**A:** It's completely free to *Recorder* subscribers. Others pay $9.95 a month.

CALLAW

www.callaw.com

[illegible] 800-587-2258

...ting this is... ation one class ... allowed me to reflect on the ... and understand how the con... applied to my work," says ... school graduate Alan White, ... of interactive strategy for J. ... Thompson, a New York ad ... "It was well worth it."

...tunately, the Mizgorskis ... have to wrestle with those ... ing questions. On Valentine's ... a voice on their answering ... congratulated Brenda for ... accepted at Wharton. The mes... ended with no mention of Marc. The next message was from the ... gentleman, welcoming Marc ... the program," Brenda says.

## ...ing We Have ...sitors With Us

...ly quit as the head of Smith Barney's ...-funds operation in a much-publi... career change.)

...ell, some people think so and some ... aren't so sure," Mr. Rubin said ...ly.

...parently not fascinated, the kids ...ed to lifestyle topics, asking the men ... their favorite sports and their pets. ... Weill let on that he prefers golf and ... little dog, a bichon frise named ...ntine. Mr. Rubin briefly looked ...ed, then recovered to say that his ... has two cats, Max and Sophie, that ...esn't get to see too often.

...r. Rubin said he likes to watch basket... and play tennis, but he didn't try to ... the kids by dropping the names of his ... hitting playing partners.

...e toughest question of the 20-minute ...on came from Danielle, 12. She asked ...hem to name their best friends. Mr. ... was quick to say, "My wife."

...r. Rubin wavered. "I think I'd better ...y wife," he said, then quickly recon...ed. "Alan Greenspan?" he wondered ..., referring to the man most often ...ted with steering the U.S. economy ... from recessionary shoals throughout ... Rubin's time in Washington.

"No," he finally decided, "my wife."

...ramps and contorted facial muscles ... three months ago, Emory University ... Atlanta implanted a deep-brain-stimul... tion device in Father Velonis. "The su... gery was 10½ hours and scary as all g... out," he says. "But I would do it again in..."

...ried machines on lab dogs to pinpoint the nerve in the throat that could automati...cally move the animal's tongue and clear its airway. Ultimately, his work led to a

Please Turn to Page B10, Column 5

...avoid the costs of litigating the matter.

**Leave the Heavy Lifting to Us**

If the bill is for "opening" a case file, it's possible your lawyer is literally

...of bills for the work ... ase ... rks ... or "document processors." Such work can be merely secretarial, even though ...

Please Turn to Page B12, Column 5

**TOYS**

# Barrister Barbie? Mattel Plays Rough

By Lisa Bannon

*Staff Reporter of The Wall Street Journal*

For the past eight years, the Gr... Lakes Chapter of the Barbie Collect... Club has held an annual fund-raiser for children's charities. Called the "Barbie Grants a Wish" weekend, the group sells Barbie dolls and donates the proceeds, about $120,000 over the years, to critically ill children around Troy, Michigan.

But something will be missing from the Troy fund-raiser this year. The club received a cease-and-desist letter from Barbie's maker Mattel Inc. demanding that it remove the Barbie name from the event. Mattel says it will not lend its name to any event it does not officially sanction.

"We call it the doll formerly known as Barbie," huffs Norita Bergmann, a club member.

For nearly four decades the plastic princess has fancied Malibu maillots, cashmere coats and pink pantaloons. But lately she's taken to suits. Very expensive lawsuits.

Mattel is so serious about pursuing suspected copyright poachers that it is waging one of the corporate world's most aggressive trademark wars. "The more popular the brand becomes, the more aggressive we have to become," declares Michele McShane, the company's senior counsel. "We have an intellectual property, not a doll. We vigorously look for and pursue any and all infringements."

The company considers an infringement to be any unauthorized use for another's commercial benefit. In addition, Mattel will also pursue uses it considers "libelous or objectionable matter particularly for our target audience of girls ages 3 to 11," says spokesman Sean Fitzgerald.

**'I THINK OF BARBIE as a universally-accepted vehicle that kids project their imaginations into. We have an obligation to keep it pure,' explains Bruce Stein, Mattel's chief operating officer.**

The perpetrators, indeed, are everywhere. There are battered Barbies on the Internet and 12-step Barbies in poetry books. Mattel is now in final negotiations with the Body Shop to resolve the issue of the British company's current ad campaign featuring a fat Barbie look-alike lounging on a sofa.

Last spring Mattel filed suit against a doll collector's magazine that pictured the teenage bombshell with cigarettes and champagne. The company sued Seagram Co.'s MCA Records for a hit record that calls the doll a "blond bimbo girl" and Nissan for its car commercial with a look-alike Barbie and Ken. Mattel also sent cease-and-desist letters to Web site artist Reg Case who pictured Barbie, who is forever single, visibly pregnant.

Many of the suits target damaging corporate copycats, or images that denigrate the brand, Mattel says. "I think of Barbie as a universally accepted vehicle that kids project their imaginations into—we have an obligation to keep it pure," explains Bruce Stein, Mattel's chief operating officer. "We can't go through every [unauthorized use] to see how it's used. We have to have one rule – you can't use it."

But Mattel's aggressive approach risks alienating consumers and fans who don't understand the legal fine points. Mattel has notified all collectors' clubs that they can no longer use the Barbie name unless they agree to an official license, which has confused and enraged some members. And as lawsuits multiply in courtrooms across Barbieland, even some courts have grown weary of Barbie's briefs.

Consider the case of Paul Hansen. Several years ago, the San Francisco-based artist created a line of satirical dolls featuring Exorcist Barbie, Tonya Harding Barbie and Drag Queen Barbie. He sold about 150, for a profit of about $2,000. Mattel quickly slapped him with a lawsuit—claiming $1.2 billion in damages.

Mr. Hansen vowed to never sell his creations in stores again – only through art galleries with the proceeds going to charity. But Mattel's lawyer still wanted to go to trial to collect damages and win a stricter definition of "art gallery." After nearly a year of litigation, even the judge lost patience.

"Look, ma'am, have you ever had in your experience a defendant who has laid

Please Turn to Page B10, Column 3

**DRUGS**

# FDA to Watch Drug Switching, Sales Practices

By Bruce Ingersoll

*Staff Reporter of The Wall Street Journal*

WASHINGTON – The government intends to hold the nation's big drug makers accountable for any marketing misdeeds committed by their subsidiaries in the booming $45 billion-a-year business of managing prescription-drug benefits.

Under guidelines issued yesterday, the Food and Drug Administration would – for the first time – regulate the advertising and marketing practices of pharmacy benefit-management companies, or PBMs, the same way it regulates the drug makers' promotion activities.

An estimated 115 million Americans are enrolled in PBM-run prescription drug plans. Eli Lilly & Co.'s PCS Health System Inc. unit alone provides coverage for 5... million people.

The FDA's first regulatory foray int... the managed-care field reflects deepenin... concern over the marketing clout of hug... PBMs acquired by Merck & Co., Smith Kline Beecham PLC and Lilly in recen... years, and the widespread practice o... "drug switching."

One concern is that, in the fight fo... market share, PBMs owned or controlle... by drug manufacturers push their product... on medical-insurance companies an... health-maintenance organizations, som... times to the detriment of patient car... Another is that those PBMs often persua... doctors to switch patients to less... drugs by making misleading...

Please Turn to Page B...

**by Chris Culwell and Pithy Galore**

For those of you who didn't read about it in the *New York Times*, **Sarah Pettit**, editor-in-chief of *Out* magazine, has been ousted by **Henry E. Scott**, the president of Out Publishing Inc. The news came as something of a shock to Pettit, who, at *Out's* recent party celebrating its annual list of 100 most influential gay men and lesbians, had been thanked by Scott for doing a great job in her five years at the helm.

Ousted from Out. Sarah Pettit

Indeed, according to the *Times*, Pettit's handling of *Out* magazine has been so steady that "the magazine expects to turn a profit before the end of this month." For her part, Pettit, [illegible] renewal in February, was quoted in the *Times* as saying, "I am contemplating a breach-of-contract lawsuit and possibly charging sex discrimination."

Scott called the charges of sex discrimination "bizarre and preposterous," and said he dismissed Pettit because "he was not happy with the direction of the magazine." He also said the monthly's tone had become "too impersonal," that the product "lacked focus," and that he wanted more "service-oriented journalism about how gay people live their lives."

Well, we recognize some of these complaints as the standard-issue wheezes of trigger-happy publishers, but the latter confabulation, "service-oriented journalism," has us stymied. Isn't that an oxymoron, a complicated way of saying "paid advertisement!" In his recent book *The Rise and Fall of Gay Culture*, **Daniel Harris** lamented the encroachment of Madison Avenue on queer journalism. Some folks dismissed Harris as a paranoid crank, but it looks to us like we're about to see a classic demonstration of his thesis.

## Plastic princess

Oh, that **Barbie**. She may only be plastic doll, but she can duke it out with the best of 'em. Local artist **Paul Hansen** can attest to that. Last year, during the Yuletide, Mr. Hansen tried selling modified versions of Barbie — **Trailer Trash Barbie, Drag Queen Barbie**, and **Big Dyke Barbie** — at a store on Castro Street. Sales were brisk, but Hansen's gig was quickly nixed when suits at Mattel, Barbie's creator, slapped Hansen with a hefty lawsuit for defacing their precious artifact of popular culture.

According to a recent story in the San Francisco legal newspaper *The Recorder*, Hansen agreed to stop selling his ur-Barbies, but that wasn't enough for Mattel, which also demanded that Hansen stop displaying the dolls in art galleries.

In its case against Hansen, Mattel is arguing that the artist's depictions of Barbie are too negative, in particular Barbie Trailer Trash, which shows Barbie with a bad dye job and a cigarette hanging from her mouth, and Drag Queen Barbie, a Ken doll "dressed in Barbie clothes and wearing a wig." According to *The Recorder*, Hansen has also fashioned a **Prostitute Barbie** with accessories that include a condom, a $50 bill, and a negligee.

"Hansen's derivative dolls associate Mattel's Barbie line with such antisocial themes as prostitution, child molestation, incest, violence, and the stereotyping and ridiculing of gay people," one of Mattel's lawyers wrote in a reply to inquiries made by *The Recorder*.

We don't want to tell Hansen how to [illegible] cord, but we think the [illegible] der to that clueless missive would be to point out Mattel's continued backing of a product that promotes anorexia (ever seen a hefty Barbie?), racism (Barbie is almost always white), and the general dehumanization of women.

Out There

## Hollywood royalty

Superstar **Faye Dunaway** never materialized, as rumored, at either the Friday or Saturday runs of *Christmas with Christina Crawford* at the Castro, but we're pretty sure the ghost of **Joan Crawford** was in the house (perhaps sitting within spitting distance of that malfunctioning fog machine). Still, Joan's shade didn't stop her adopted daughter Christina from serving up a little JC dish at Castro impresario **Marc Huestis'** long-awaited event. When interviewer **Erik Lee Preminger** (Otto's son) asked why JC insisted on keeping the temperature on movie sets hovering just above freezing, Christina quipped, "She had ongoing menopause — I think she had it all her life," adding that her mother's New York apartment "was always cold."

Still, while Crawford took a few playful swipes at her famously ill-tempered mother, this event wasn't the Joan Crawford crucifixion that several fanatical fans we know thought it was going to be. If anything, Christina C., who seems like a really down-to-earth person, was circumspect, if not reverential toward her mother. Oh, it's true, she pulled a decorated wire hanger from a bag to give to the winner of the grab bag contest, but it was hardly lost on most viewers that Crawford never went for the kill.

And there were plenty of opportunities. Like when Preminger asked Crawford to explain why she doesn't like the film version of her book. To our surprise, Crawford, instead of ticking off a list of faults, deferred to Preminger's litany of woes about the film and then side-stepped the whole thorny issue by complimenting the film's make-up people. In an- [illegible] heartwarming anecdote about how her mother once saved her from a rampaging bull.

Though she didn't offer up much on the subject of the film itself, Crawford did reveal that *Mommie Dearest* was originally slated to be directed by **Franco Zeffirelli**, not **Frank Perry**, and that **Anne Bancroft** was to play the [illegible] the rumors of her being blacklisted from Hollywood circles after the publication of the book, Crawford said, "People did ostracize me, and it was a little insincere, because people in Hollywood had known about our househ[old] ... everyone knew what [Joan] Crawford] had done to stop my career [as an act... sense, this was a case of ... the messenger for bea[ring] news."

Who's up next in Hue[stis' ...] of Hags? Stay tuned to the ... and find out.

From Sarah Strohmeyer's book, *Barbie Unbound*

## Politics and tube so[...]

Last Wednesday, we ... our way over to swank E... 11th Street to join our ce... for the annual *B.A.R. Xm*[as ...] As in years past, we we[re] again stunned to death ... magnificent spread at ... copious quantities of ... bar bill alone was $1,350 ... intimate gathering), and ... list that included everyo[ne] **Sweet Lips** (looking ... in a rhinestone-studded ... four big-wig politicos ... **ano, Migden, Kaufm**[an] **Leal.** Though we must c... being a bit sozzled aft... martinis and a beer ... members running into ... politicians at various poi[nts] evening. But if memory ... wasn't always pretty, an... times even bordered

510 - 658 - 2

NOW PLAYING - special Christma
WED & THURS 8:30 / FRI
FOR RESERVATIONS CA
TIX - $15.00 (VISA/MC) or TIX
Plays at the 450 Geary Studio Theatre,

# Mattel's critics call it a free-speech issue

Continued from Page 1C.

protecting our trademark . . . and that action has certainly been stepped up over the last few years," says Sean Fitzgerald, vice president of corporate communications for Mattel, which is based in El Segundo, Calif.

But the fallout has left some collectors feeling stung, and worried that Mattel is trying to stifle free speech among aficionados who have been critical of the company or some recent Barbie models.

"They have lost a tremendous amount of loyalty among serious collectors, people who have bought thousands of dollars of Barbies every year," says Priscilla Wardlow of Pasadena, Calif.

On some Web sites, as a mark of protest, photos have been blanked out or the letter "B" has been replaced by an asterisk, sometimes in every single word, not just "Barbie."

Some hard-core collectors have either cut down on their Barbie purchases or gone cold turkey, turning instead to newly introduced Barbie competitors, fashion dolls called Candi and Gene.

Gene

Ashton-Drake Galleries

**Gene, created in 1994, is one of Barbie's new competitors creating a stir among collectors.**

The four lawsuits, filed in federal courts in San Francisco and Los Angeles, target:

■ Nissan, for its use of computer-animated dolls resembling Barbie and Ken in a recent television commercial.

■ Ken Hansen, a San Francisco artist who transformed Barbies into "Trailer Trash Barbie," "Hooker Barbie" and other parodies ("Drag Queen Barbie" is a refurbished Ken), which he repackaged and sold.

■ MCA Records, for the song "Barbie Girl" by the Danish group Aqua.

■ *Miller's Report*, a magazine for Barbie collectors.

Then there are the businesses. The Barbie Attic is now Doll Attic, while Marl & Barbie is Marl & B.

The Nissan lawsuit isn't scaring up much sympathy — that's one big corporation suing another over an ad used to sell cars, says Lizee Nguyen, a collector and Candi dealer in Brooklyn Park, Minn.

But the other three suits are seen more as First-Amendment issues, attempts by Mattel to stifle social commentary, satire and critical review, she says.

"This is something that's broad," she says. "We really do believe it's freedom of speech."

*Miller's Report* publisher Dan Miller, of Spokane, Wash., says he can't discuss many details of the lawsuit, but he feels absolutely secure in his right to run articles, both complimentary and critical, about the doll and Mattel.

"I wouldn't even begin to try to take on a task like this unless I felt we were in the right," he says.

A 1996 issue, published before the suit was filed, contains several disclaimers that it's not affiliated with Mattel. But an article titled "Forbidden Photos" reproduces three photographs that Mattel had asked a publisher to remove from a reference book by Barbie collector and archivist Joe Blitman.

Mr. Blitman, who wrote the article, had posed a tennis-playing Barbie near a package of Virginia Slims cigarettes, a "Bubbles and Boots" doll by a bottle of Dom Perignon, and three lingerie-clad dolls sitting on oversized capsules. (They're meant to be cold pills, because they're going to catch cold sitting around in their underwear, he wrote.)

Mr. Blitman wrote that Mattel in the past had produced wine sets for Barbie, and authorized a German photo that showed Barbie's upside-down legs sticking out of a champagne ice bucket.

"There is more of a perception of icy corporate fingers trying to control and micromanage *our* hobby," he wrote. He encouraged readers to cut out the photos and paste them in the blank spots where they had been deleted from his book.

Mr. Miller says he wasn't sure whether the lawsuit was in direct response to this article, as some collectors believe. But he stands behind it as news and a viewpoint of interest to collectors.

"The gentleman involved is one of the most important people in Barbie collecting," he says. "We thought it was important for people to learn what happened in this particular instance with his book.

"It's interesting," he says. "The story is true, and I think it's ultimately entertaining."

# The Accidental Entrepr...

## Paul Hansen and His New Dream Occupati...

By Walt Horton

Paul Hansen, behind a few of his now-infamous collectibles.

She's tall, she's blonde and she's exquisitely beautiful. She is a virtual icon even more revered than Jackie O. But lately, Barbie has given up the Malibu beach house and the red sports car to take on new alternative roles.

Since last Christmas season when they were first introduced in the storefront windows of the Castro, Trailer Trash Barbie and Drag Queen Barbie have grabbed the attention of people around the world and across the United States. She and her male counterpart Ken have taken on the identities of pre-op transsexual, with a flowing head of hair and a five o'clock shadow, a tired old queen complete with a pot belly that strains his old sweaty tank top and a big dyke with a diamond studded nose, clad in flannel and denim—practically any personage that might cross the eyes of their creator, Paul Hansen.

**Creating The Image**

Hansen spends his days running the Macintosh lab at the Academy of Arts College downtown. After hours, he focuses his creative energy bringing Barbie and Ken's deeper identities out of the Dreamhouse closet. Hansen never seriously

soon afterward, the trailer trash doll appeared on the scene. He said he is inspired by the different people he sees around him everyday. "Basically what I see around me... the people in the Castro," he said. "That's really all of it. It's all people." He even has a Castro Clone Ken who you could swear just walked out of Rolo.

Hansen, who is "inches from 30," takes the same fun we all take out of yanking beauty's icon from her pedestal. He endows her superhuman perfection with common human flaws. "...These dolls are so far from human," he said. "They have all these unattainable features. And if you put a human quirk on top of that, people just think its hysterical."

**Stereotypical Humor: Barbs**

The humor and irreverence come from Hansen's obvious use of stereotypes. He spoofs the most common characteristics among different groups within and without the community. "I'm poking fun at stereotypes and people," he said. "That's more where I'm coming from... like the dyke doll has a bi-level haircut, the bad lesbian do. Everyone I've talked to thinks they're great... That's why the drag queen is so funny, because everybody thinks that every gay man's got a closet full of wigs and dresses." In fact, Hansen said that many people from the South are calling about the trailer trash doll. It seems like everyone wants to see their group represented. "It's just funny to see yourself in something like that," he said. "Or just see a negative stereotype turned into a joke, which it is... and everyone sees it as that."

The fedora, the suit, City Hall... Could it be? Mayor Barbie?

Fortunately, Hansen has received no flack from the gay community. He said for a gay artist to create gay stereotypes can only be humorous. "They were made by a gay artist and everyone knew that," he said. "If a fag calls another fag a fag, then it's no big deal. If a bigot calls someone a faggot, it's a different story."

Hansen even received help from his parents in creating his doll. They found nothing unusual in his hobby. "My parents are used to me being a freak," he said. "It doesn't surprise them. They think it's funny." As he raided every toy store in the Bay Area for doll wigs, miniature jewelry and those lilliputian beer mugs, his parents raided toy stores in New York and mailed him everything they could find that would help him.

**An Inside Joke Gone Wild**

Hansen thought the doll was just an inside joke to his dolls. "They thought it was funny," he said. "I would never think that but they do." He was actually happy that his doll "...touched so many people. But I was also a little insulted because as an artist, I have

Sporting a Detour Lounge T-shirt, Castro Ken tips around with a brew in front of Twin Peaks.

had a lot of gallery shows and I never got so much attention when I was serious as when I was kidding."

But Barbie was not an inside joke at all, and even his aunt from Denmark called when she read about the doll in a Copenhagen paper. The news spread when a reporter from the *Examiner* spotted the doll while shopping in the Castro and decided to do a story on it. From the *Examiner*, the story hit the Associated Press wire and from there went to every major newspaper in every major city in the world. "...London, Paris, L.A., Hong Kong... It went on the wire. It was everywhere." It took less than a week for news to spread around the world.

But alas, it turned out that "everywhere" also meant Mattel, the company that gave us Barbie in the first place. Mattel didn't think it was too funny that Barbie lived in a trailer park and needed her roots done. So they presented Hansen with a lawsuit. As a result, Hansen's baby doll futures will be Barbie free. "I plan to design the doll's head myself. It'll be my own design." He said it will not be anatomically correct. "That's not my point," he said. "My point is more humorous. I'm poking fun at stereotypes."

**The Business Side**

When Hansen begins to manufacture his own doll, he will start with limited models. He plans to manufacture the trailer trash and drag queen versions. He is presently working in conjunction with toy companies to learn the ins and outs of manufacturing

ive... just pointing us in...

Hansen plans to mar... company which he will... the owner of In-jean-ious... business skill and Ha... new doll promises to be... definitely the artist," s... entrepreneur and that's... team." In fact, Hansen h... four years doing promo... Tull said that he doesn't... the creative half of the p... laughed at the fact that h... checkbook. Tull, the e... fact that he has a bookk...

The success of the ne... depend upon the course...

MEDICAL ENTRANCE

"Pre-operative transg... looking f...

ings with Mattel. "We're... crete," said Tull. As soon... "...free from the shackles... he said, the future will... are being kept simple s... more easily. He hopes t... in time for Christmas. ... price of the doll yet, s... upon the manufacturi... that it's less than the or... affordable."

Hansen's primary mo... cash from his dolls. "T... strikes me," he said. "T... won't try to make some... that he has already made... sell. That gives him leev... as they come to him or ... tro or Polk. (In the curre... hustler is represented.)

Hansen doesn't know... ing his dolls, neither do... his life any. He said that... is. "Not to say I'm not op... is for fun. That's the rest...

THE RECORDER

121ST YEAR No 219 $1 THE BAY AREA'S LEGAL NEWSPAPER SINCE 1877 TUESDAY NOVEMBER 11, 1997

'They don't let up. They will go to court even if they know they can't win — I just want to settle and never deal with them again.'
— *Trailer Trash Barbie creator Paul Hansen*

# Sue Me, Barbie

## Toy maker Mattel doesn't play around when it comes to trademarks

By KELLY FLAHERTY

She may be blond, glamorous and only 12 inches tall, but Barbie is tougher than she looks.

Just ask local artist Paul Hansen, who dared to tweak the icon's image by selling modified dolls including "Trailer Trash Barbie," "Drag Queen Barbie" and "Big Dyke Barbie" last Christmas at a store on Castro Street.

His creations drew the wrath of toy maker Mattel Inc., which slapped him with an eight-count trademark and copyright infringement suit in San Francisco federal court in August.

MATTEL

After receiving a cease-and-desist order, Hansen agreed not to sell the dolls commercially or use Mattel's name or trademark. But that wasn't enough for Mattel, which demands that he stop displaying or selling the dolls in art galleries, even with a disclaimer.

"They don't [illegible]," says Hansen of Barbie's manufacturer. "They will go to court even if they know they can't win — I just want to

# Where Barbie Goes, Trademark Fights Follow

*Continued from page 1*

settle and never deal with them again," he says.

The tough tactics are not new to Mattel, which has recently sued a number of outfits for using Barbie's image without permission.

In September, the toy maker sued MCA Records over the hit song "Barbie Girl" by Danish group Aqua, and went after auto maker Nissan for a television commercial that shows a Barbie look-alike dumping Ken for a date with an action figure in a red sports car.

The company has targeted alleged infringers large and small: It even recently filed suit against Barbie fan magazine *Miller's* for allegedly showing pictures of Barbie with pills and alcohol. Last month, they fired off a letter to an Oakland poet for posting on the Internet a poem with the word "Barbie" in the title.

Trademark specialist Robert Lyon says companies like Mattel must aggressively enforce their intellectual property rights or risk losing them.

"Any use of a trademark that's not in keeping with the image a company has tends to tarnish it," says Lyon, a name partner at Lyon & Lyon in Los Angeles not currently involved in any Mattel litigation. He adds that the more overused or tarnished a mark becomes, the more difficult it is to protect in court.

PARODY TRAILER TRASH BARBIE

Lyon says Mattel is not the only company to jealously guard its image.

"Disney has had a long history of policing improper use of Disney characters," says Lyon. "A few years ago they went after people making sexually explicit cartoons of Mickey and Minnie."

But Robert Schwartz, a partner with Los Angeles' O'Melveny & Myers who is representing Nissan, says Mattel has overstepped the bounds of trademark law. Southerners, prostitutes, gay people and transvestites.

Both Mattel and outside counsel Adrian Pruetz, a partner with Los Angeles' Quinn, Emanuel, Urquhart & Oliver, declined to comment on the case.

But in a reply brief, Pruetz wrote that "Hansen's derivative dolls associate Mattel's Barbie line with such antisocial themes as prostitution, child molestation, incest, violence and the stereotyping and ridiculing of gay people."

An artist who works full time in the computer lab at San Francisco's Academy of Art College, Hansen says he only made about $2,000 on the dolls last Christmas, most of which he spent on a subsequent art show.

MATTEL'S MARILYN MONROE BARBIE

But Mattel — which argues that Hansen intends to sell the dolls from a Web site that he considers an art gallery — has refused to drop its damages claim.

At an August hearing, U.S. District Judge Charles Legge ruled against Mattel on all but one issue, saying Hansen could not display dolls that he dressed up as famous people, such as skater Nancy Kerrigan.

Because Mattel has its own line of celebrity dolls, Legge ruled that consumers could become confused as to whether the dolls had been made by Mattel.

At one point during the hearing, Legge accused Mattel of overkill and lacking a sense of humor for pursuing its case.

"They [Hansen's attorneys] feel you have gotten 99 percent of what you wanted and the rest of it is overkill," said Legge, adding, "the rest of it, certainly, calls for partial summary judgment against you folks for not having a sense return phone calls seeking comment.

For his part, Hansen is taking the suit against him very seriously. He says he agreed not to sell Mattel's dolls or use any of their packaging.

But he also says he wants to continue making Trailer Trash and Drag Queen dolls with his own doll bodies.

A recorded message at In Jean lous, the store that sold the dolls last Christmas, informs customers that the dolls can be mail ordered, and adds that they will not be called "Barbies" or use any packaging resembling Mattel's.

"We got 3,000 phone calls for the dolls at the store," says Hansen. "I want to settle and get assurances that there will be no future suits if I stick to my agreement with them."

But trying to keep up any sales could spell trouble for settlement negotiations.

Mattel's "position is that if a doll looks like a Barbie it would be problem," says Denise De Mory, a Keker & Van Nest associate representing Hansen.

The same issue has come up in the Nissan suit. Although the dolls used in the car commercial are not Barbie and Ken dolls, Mattel argues they look enough like them that the public will become confused.

But Schwartz, Nissan's lawyer, argues that Mattel does not have a trademark on every 12-inch doll that resembles a Barbie.

"That would be blocking a whole genre of prod-

PARODY PROSTITUTE BARBIE

ucts," says Schwartz. He says Nissan had the dolls made specifically for the commercial, modeling them on actors chosen specifically for the "part."

De Mory says it's Hansen's right of free speech to display the dolls at an art gallery.

"Our position is that Paul is making fun of Barbie," says De Mory, whose firm has taken the case on a pro bono basis.

De Mory says Hansen's derivative work is protected under copyright law's fair use doctrine outlined in the 1994 Supreme Court ruling *Campbell v. Acuff-Rose Music Inc.*, 510 U.S. 569 (1994). In that case, the court found that the song "Oh Hairy Woman" by the rap group 2 Live Crew was a parody of the song "Oh Pretty Woman," and constituted fair use.

That decision was followed in March of this year by a Ninth Circuit U.S. Court of Appeals ruling that outlined the limits of the fair use doctrine. In *Dr. Seuss Enterprises v. Penguin Books*, 97 C.D.O.S. 2215, the court found that a parody cannot make a larger social or political statement outside the scope of the work or its artist.

Hansen has a large incentive to settle. If he loses, he could be hit with a hefty fine. Under copyright laws, each occurrence of infringement can levy a fine from $500 to $20,000. If the court included each sale of a doll or photograph created by Hansen as an instance of infringement, the price tag could reach $5 million.

"I can't afford to be taken to court every six months," says Hansen. "At this point, I'll do almost anything to get them out of my hair."

*Reporter Martin Kasindorf contributed to this article. Reporter Kelly Flaherty's e-mail address is kflaherty@therecorder.com*

...manitarian messages from corporate enterprises and this thought provoking ...ork would certainly sit far more easily with our preconceptions if it were produced ...y a charity – but what does that say about our need to compartmentalise?

## Trailer Trash doll

*from Arsenic & Apple Pie*

Who's to say what is acceptable in a doll? Is it a snooty blonde with unfeasible proportions and a boyfriend called Ken, a man in a dress, or a rather less classy blonde, with dark roots, a cigarette planted firmly between her lips and a pig under her arm? The last two options come courtesy of San Francisco artist Paul Hansen and his new venture, to be found at website <www.trailertrashdolls.com>. Hansen began customising dolls as a joke for his friends but after local publicity and a year in court in which he won a lawsuit brought by Barbie manufacturer Mattel, he set up making his own toys with a twist. His trailertrash honey, raised on meatwiches and the best kisser in the county according to her daddy, has a boyfriend called Mullet and two drag queen friends who go by the motto 'the higher the hair the closer to God'. Ghetto Trash and Euro Trash versions are in the pipeline. Perhaps these gloriously tasteless dolls challenge accepted norms – or maybe they are just fun. Barbie wouldn't play with them, although who can be sure with Ken? Buy one for fans of section 28 just to annoy them.

pg 5

Sunday 1/12/97 SF Examiner

◆ BARBIE from C-1

# Messin' with Barbie and gettin' famous

wriggling on her hip, black roots beneath her platinum blond hair and the quote "My Daddy Swears I'm the Best Kisser in the County."

He gave Hooker Barbie her own negligee and condom. Carrie Barbie came clad in a prom dress, drenched in fake blood. Drag Queen Barbie was really Ken, but in a wig and gown, with electric blue eye shadow. Suffice it to say every Alternative Barbie that sprang from Hansen's imagination would be a little out-of-sorts in the traditional Malibu Beach House.

When The Examiner first reported on these Alternative Barbies, they already had struck a nerve with local consumers who embraced a satirical antidote to the pinnacle of plastic perfection: the anatomically over-correct doll who redefined the "figure" in figurine.

Castro apparel store In-jean-ious had nearly sold out of the hundred $60 dolls proprietor Bill Tull had commissioned from the artist, who was determined at the time to remain anonymous.

As media worldwide picked up the "only in San Francisco" story, so many customers flooded In-jean-ious that the boutique had to install a special phone system to handle the orders, which still come in at a rate of about 40 per day.

"My aunt from Denmark called to say she read about them in the Copenhagen paper," Hansen said. "I've got a hobby gone mad. I figure what's the point of staying anonymous anymore?"

On the contrary, he's preparing for the gallery debut of his Anti-Barbies at 111 Minna Street Gallery. And he and Tull are searching for a way to begin mass production of the Alternative Barbies — correction, make that Alternative 11½-inch Generic Dolls.

In the interim, anyone who calls In-jean-ious to place an order is asked to leave a name and address. The store plans a mailing in about six weeks to let would-be customers know how to obtain their Alternative Barbies, and how much they will cost. Details remain up in the air.

Only one thing is certain: No longer will the bizarre bevy of Bar-

objections of Mattel. The company, which is based in El Segundo, Los Angeles County, and whose global assembly lines churn out Barbies that sell at the rate of two per second, issued a cease-and-desist order against In-jean-ious for trademark infringement.

"Believe it or not, at Mattel we're still getting letters from offended people who say, 'How *could* you introduce a doll like that disgusting Trailer Trash Barbie?'" said Sean Fitzgerald, Mattel vice president for corporate communi-

> "There are very adamant Barbie image activists who didn't like this at all. ... So I don't suppose you'd know how I could get a Trailer Trash Barbie?"
>
> — Sean Fitzgerald, Mattel vice president

cations. "They think Mattel made them. I feel like writing back, 'Dear idiot ...' I mean, they really just don't get it."

There also are thousands of Barbie fan clubs and a host of collector trade publications, not to mention a Peninsula-based Barbie Hall of Fame, and some among the enthusiasts decried the defiling of their beloved Barbie.

"I just find what people are doing to Barbie so sad," sighed Lee Waters of Walnut Creek, an amateur collector who has passed her love of traditional Barbies on to her daughter, 6-year-old Katelyn. "Barbie has inspired generations of girls to dream wonderful dreams. First, her enemies tried to blame her for anorexia. Now, they're turning her into something degrading.

"Barbie doesn't deserve this. What's next — matricide and putting arsenic in apple pie?"

"There are very adamant Barbie image activists who didn't like [illegible]," said Fitzgerald

people who love Barbie have a pretty healthy sense of humor about the whole thing." He added wryly, "So I don't suppose you'd know how I could get a Trailer Trash Barbie?"

The phenomenon had its inception three years ago, when Hansen was shopping for a birthday present for a friend of his who was a drag queen. "I got the idea to make him a Drag Queen Ken," Hansen recalled, "and when he unwrapped it at the party, it was a very big hit.

"After that it just became my traditional birthday gift for friends. They run the gamut — I did Trailer Trash for a straight friend, Big Dyke Barbie for a lesbian friend, you name it, and every time I gave somebody one, they'd say, 'Oh, my god, you gotta sell this.'"

He and Tull, an old friend, put the Alternative Barbies in the window of In-jean-ious to coincide with last year's Gay Freedom Day Parade — and they sold out in a week.

Now 29, Hansen was the oldest child in his family and a teenager before his little sister got into Barbie.

"I would cut her Barbie's hair," he said. "Personally, I just didn't like the hairstyle she came with, but it's not like I had any personal animosity toward Barbie.

"My sister? She thinks this whole thing is hysterical. She also thinks I'm the weirdest guy on Earth."

Some customers want the dolls as irreverent conversation pieces. For others, like Sue Wandell of San Francisco, the psychological motivation is more subterranean.

A woman who played with Barbies as a girl and said she had grown to become appalled at the materialism and shallowness Barbie celebrates, Wandell has collected some of Hansen's creations and also designs her own, from Voodoo Barbie to Barbie in a Rat Trap. "Once you start tampering with an icon like Barbie, it's difficult to stop yourself," she said.

That's precisely the instinct Hansen and Tull are banking on. "It's going to be hard to top Trailer Trash Barbie — everybody loves her," Hansen said. "I love this idea of people collecting them. You can't just have one Drag Queen Barbie — you have to have a blond, a brunette and a redhead. Collect all three. Mix and match the outfits — and the accessories. Why,

MON300

http://www.usatoday.com

USA TODAY

Life

THURSDAY, DECEMBER 19, 1996

# LIFELINE

A QUICK READ ON WHAT PEOPLE ARE TALKING ABOUT

**THUMBS DOWN:** *Ghosts of Mississippi*, Rob Reiner's film about the Medgar Evers slaying, is the Most Offensive Film of 1996, says *Hangin' N Hollywood*, a syndicated radio program that rates media portrayals of minorities. Hosts Cameron Turner and Darryl James say the movie misrepresents history and dishonors the memory of the civil rights leader and his widow, Myrlie Evers-Williams. *Hangin'* also gave thumbs down to *High School High* and *Don't Be a Menace to South Central While Drinking Your Juice in the Hood*.

**BARBIE GOES BA-A-AD:** Sick of Holiday Barbie? How about Trailer Trash Barbie or Drag Queen Barbie? Stores in San Francisco are offering those and other unauthorized variations. Trailer Trash Barbie, for instance, has a cigarette in her mouth and black roots in her platinum blond hair. Says Sean Fitzgerald of legit Barbie-manufacturer Mattel: "We're a very diverse society — Barbie respects that. But if somebody's marketing repackaged Barbies ... that's trademark infringement."

The anti-Barbies: Unauthorized variations include Trailer Trash Barbie.

# ABOUT US ...

ABOUT US | FORM OF PAYMENT | SHIPPING | CONTACT | FAX FORM | SECURITY | PRIVACY | POLICIES

## OUR STORY:

Our company has enjoyed an established track-record of excellent support and service from our loyal customers and accounts since 1998. Our story begins in December 1996, doctored dolls made by a famous doll toy maker began to show up in the store windows of retailer Injeanious, based in San Francisco, California. It was here that the first Trailer Trash Doll was introduced and formulated. The dolls were an instant hit and in time the store offices were flooded by phone calls from all over the world. To make a long story short, a major toy maker caught wind of this due to media coverage on a national and local level and took legal action to stop the production of the dolls.

In 1998 we began the process of designing our own dolls, having them manufactured for us to our specifications. The First Edition Trailer Trash Doll was introduced to rave reviews worldwide along with the ever popular blonde and red head Drag Queen Dolls. This was followed in August, 1999 with the development of our website and on-line catalogue, **www.trailertrashdoll.com**. In May 2003, our Second Edition Trailer Trash Doll was introduced with a positive response.

In 2004 we rolled out our exciting new interactive website and catalogue featuring new games, pictures, accessories, and T-shirts In 2005 our new talking, pregnant doll, Trash Talkin' Turleen arrived with an overwhelming response. **Check her out now** on the Doll pages and send a postcard to your friends! In 2005 we expect things to be as exciting as ever as we introduce new novelty items and new dolls! In October 2006 we introduced our new talking, male, mullet doll, Jerwayne Junior. In June 2007 we are pleased to introduce a new line of "Redneck" themed banners, plaques, signs and garden items from the Vintage Foxworthy Collection designed by Jeff Foxworthy! We welcome you back home to the place on the "web" for all that is "trashy" and fun!

^ top

## FORM OF PAYMENT:

DISCOVER We are pleased to accept Visa, Mastercard, American Express, Discover and Pay Pal for payment. We will accept cashiers or certified checks which can be made out to Gibby Novelties, LLC and mailed to:

Gibby Novelties, LLC
P.O. Box 1014
Fairfax, CA 94978

Please make sure to provide us with a shipping address, telephone number and e-mail address (if applicable) to ensure proper posting and delivery.

If you are interested in paying by Pay Pal please e-mail your payment to our Pay Pal account **trashdolls@aol.com** with the specifics of your order. Please note that your address must be Verified by Pay Pal for us to process your order.

^ top

## SHIPPING:

We guarantee that your order will ship with-in 72 hours of the date that your order was placed. We use the U.S. Postal Service and UPS Ground for all standard orders. All orders should arrive with 3-10 days from the order date. Our shipping costs are based upon the dollar amount of your purchase as follows:

| | |
|---|---|
| $0-$38 | $7.50 |
| $38-$60 | $8.50 |
| $60-$80 | $9.50 |
| $80-$100 | $10.50 |
| $100 and higher | **Free** |

(Free Shipping for United States orders only)

EXHIBIT
15

The cost for overnight shipping is an additional $29.95 plus standard the standard shipping charge of $7.50 for a total of $37.45. The cost for second day delivery is an additional $15.95 plus the standard shipping charge of $7.50 for a total of

$23.45. Shipping costs for Hawaii and Alaska residents may be higher. Your cost could be higher if you are ordering multiple items. PLEASE NOTE THAT THE ABOVE PRICING IS FOR UNITED STATES DOMESTIC ORDERS ONLY AND DOES NOT APPLY TO EXPEDITED INTERNATIONAL ORDERS. PLEASE CONTACT US DIRECTLY FOR INDIVIDUAL PRICING FOR EXPEDITED SHIPPING TO YOUR DESTINATION.

All standard international orders ship via the U.S. Postal Service for arrival in 7-14 days. Please note that we do not ship to all international destinations. Please e-mail us at **trashdolls@aol.com** if you have questions. The Cost for International Shipping is an additional $13.95 for one doll plus $7.50 for a total of $21.45. (Canadian orders excluded.) Your cost may be higher if you are ordering multiple products.

^ top

## CONTACT US:

**E-Mail:** trashdolls@aol.com
**Telephone:** (415) 459-1212
**Facsimile:** (415)257-8819
**Mail:** www.trailertrashdoll.com
P.O. Box 1014
Fairfax, CA 94978

ABOUT US | FORM OF PAYMENT | SHIPPING | CONTACT | FAX FORM | SECURITY | PRIVACY | POLICIES

© 2007 Gibby Novelties, LLC Security, Privacy & Guarantee Statement site designed by Jonathan Krop – Atomic Pop Monkey



TRAILERTRASHDOLL.COM PRESENTS:

# JERWAYNE JUNIOR

## THE WORLD'S FIRST MALE MULLET TALKING DOLL!

LISTEN TO SAMPLES: CLICK TO HEAR ANOTHER

» Can you spit across the room without opening your mouth?

» Do yer neighbors think that yer having a yard sale 365 days a year?

» Do you look forward to family gatherings as a way to meet yer new mate?

If you answered yes to any of these questions, then JerWayne Junior is fer you! Take a listen to some of his pearls of wisdom and add Jer Wayne Junior to yer collection today!

ORDER ONE NOW!

TELL A FRIEND!

 

TRAILER TRASH DOLL.com

AS SEEN ON
JERWAYNE
JUNIOR!
AVAILABLE NOW!

AS SEEN ON
TRASH TALKIN'
TURLEEN DOLL!

Dolls

TRASHY
NOVELTIES,
ACCESSORIES
AND APPAREL!

DETAILS
BUY ONE NOW!
DETAILS
BUY ONE NOW!

DETAILS

DETAILS

001 15

© 2007 Gibby Novelties, LLC

site designed by Jonathan Krop –



# TRAILER TRASH DOLL.com

BBBOnLine RELIABILITY PROGRAM

Payment Processing

On Sale! Git Yer's Cheap For $24.95

The Seasons Hottest Gifts

GEORGE W. BUSH DANCING DOLL IS HERE

Attention AOL users, our site is best viewed with Firefox or Internet Explorer.

001 16

© 2007 Gibby Novelties, LLC

site designed by Jonathan Krop

12/14/2007 5:10 PM

Hello. Sign in to get personalized recommendations. New customer? Start here.

4 days left to ord using FREE Super Saver Shipp

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account

Toys & Games

Browse Categories & Characters | Bestsellers | Hot New Releases | Building Sets | Dolls | Electronics For Kids | Games | Preschool | Baby

Toys & Games

Sign up for Amazon Prime today

To get this item by **Wednesday**, Dec 19 order within 68hr 14min.

(Learn more)

See larger image and other views

Share your own customer images

## Jerwayne Jr Trailer Trash Talking Mullet Doll

by Arsenic and Apple Pie

No customer reviews yet. Be the first.

**Price: $34.99** & this item ships for **FREE with Super Saver Shipping**. Details

**Availability:** In Stock.
**Want it by Dec.24?** View DollTV shipping details. Sold by **DollTV** and ships from Amazon Fulfillment.

**Want it delivered Monday, December 17?** Order it in the next 16 hours and 44 minutes, and choose **One-Day Shipping** at checkout. See details

**2 used & new** available from $26.99

The **Holiday** Toy List | Watch Our Toys Play: See video demonstrations of all our favorite toys.

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

**More Buying Choices**

Cosmic-King Add to Cart
**$26.99** + $7.90 shipping
In Stock

**2 used & new** from $26.99

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Features

- Have you sported a classic mullet haircut since the seventh grade; conservative in front and a party in the back?
- Do you look forward to family gatherings as a way to meet yer new mate?
- Do you think that microchips are snacks enjoyed with cheese dip while watching the local monster truck rally?
- Do you describe high definition as that happy feeling you get after drinking two cases of beer?

0011 7

- Is your idea of an exciting day relaxing on the couch and watching the 24-hour bass fishing marathon on TV?

## Product Details

**Shipping Weight:** 1.5 pounds (View shipping rates and policies)

**Note:** Gift-wrapping is not available for this item.

**ASIN:** B000JMFJK0

**Amazon.com Sales Rank:** #42,697 in Toys & Games (See Bestsellers in Toys & Games)

Popular in these categories: (What's this?)

#27 in Office Products > Educational Supplies > Classroom Supplies > Classroom Science Supplies > **Magnifiers**
#60 in Toys & Games > Hobbies > **Hobby Tools**

**Average Customer Review:** No customer reviews yet. Be the first.

## Product Description

**Product Description**

The long wait is over pardner Our first talking male mullet doll Jer Wayne Junior is in stock now This unique doll stands 12 tall and features a classic mullet haircut ear ring cigarette missing teeth greasy wife beater shirt cut off jeans and a Nascar tattoo Accesories include a generic can of beer and a camouflage fishing cap The doll ships in a classy red white and blue window display box with a First Edition sticker Press a hidden button on his chest and he says Fifteen of them beers and yer still ugly Im Fixin to be yer double-wide daddy Fer the last time we aint havin no yard sale Taint nothin sadder than a double-wide with no beer Honest Im not lyin through my toothThese clips are followed by a classy fart sound This new male doll is guaranteed to impress yer friends and enemies alike

## Customers Who Viewed This Item Also Viewed

Trailer Trash Doll 12" in Collector's Box
$34.99

Trailer Trash by Scott T. Goudsward
(3) $14.99

TRAILER TRASH COOKIN'

› **Explore similar items :** Books (2) Toys (1)

## Customers viewing this page may be interested in these Sponsored Links (What's this?)

**Dolls**
JustClickLocal.com Comparing **dolls?** Search in your local area.

**Trash** Talker **Dolls**
PrankPlace.com/TrashTalkers Bubba, Babs, Patel and more. These Funny **Dolls** are in stock.

See a problem with these advertisements? Let us know

Advertise on Amazon

001 18

## Tags customers associate with similar

## Search Products Tagged with

**Dolls**
Find Dolls Online. Shop & Save at Target.com Today.

**American Girl Dolls**
Explore 5,000+ Dolls. Save on American Girl Dolls!

**WELCOME TO**

# TRAILERTRASHDOLL.COM

# Trailer Trash Doll

**$19.95 plus shipping**

601 19

**Conceived in a gas station bathroom, and born in the back of a station wagon in the Bowlarama parking lot on league night. This little honey was raised on the four basic food groups (meatwiches, oleo, government cheese, and beer).**

Possessed of an I.Q. that makes her ancestors proud, she is the first of her family to make it through the third grade. She would have finished the fourth if she had not made the mature decision to stay home with her first born son.

Also a model working Mom, even after a hard day gathering carts at the Honk & Holler, she still finds time to carve and fry the Christmas Bologna.

# Drag Queen Dolls

**$19.95 each plus shipping**

601 20

He'll be the best girlfriend you ever had. You can hit the thrift stores and buy up every sequin in sight. Then after a few minutes with a glue gun and a sewing machine, and a few hours putting on make-up, you'll be ready to hit the town.

Go down to the local piano bar and get ready to sing torch songs. You'll always be

turning heads, and after four or five martinis you'll be lapping up the attention, like a glass of water in the desert. Just remember, never light your own cigarette, and the higher the hair the closer to God!

**ARSENIC & APPLE PIE**
**40 De Burgh Drive**
**San Anselmo, Ca. 94960**
**(415) 459-1212 Phone, (415) 257-8819 Fax**
customerservice@trailertrashdoll.com

*Last revised: 14/08/01*

001 21

RoadTrip America® - Barbie As Art http://www.roadtripamerica.com/people/minna.htm

RTA
Life's a journey. Take the scenic route!
ROADTRIP AMERICA®

RoadTrip Books | Maps | Dashboarding | RV Information | Links & Finds | Funny Signs!

▶ HOME ▶ SITE DIRECTORY ▶ WHAT'S NEW ▶ ROADTRIP PLANNING ▶ ROADTRIP FORUM ▶ ABOUT RTA

SEND THIS PAGE TO A FRIEND! GET ROADTRIP REPORT! More RoadTrip Stuff

001 01

EXHIBIT 16


Road Trip Blogs: Get your own road trip Web site -- it's easy and it's free! More info

Fuel Cost Calculator

NEW on RTA

GETTING OUT THERE
Anchorage to Seward on Alaska's Highway 1

ROADSIDE MURAL
Cupids & Car Keys in Portland, Oregon

AUDIO BOOK REVIEW
*The Collected Bowdrie Dramatizations Volume III*, by Louis L'Amour

FUNNY SIGN
The Finest in Reconstructive Surgery

DRIVING TIP
Slow Down in Rain & Snow!

WHAT *IS* THAT THING?
Play the Gizmo Game

LIVING LAS VEGAS
Out With the Old! In With the New!

111 MINNA STREET, SAN FRANCISCO, CALIFORNIA—

111 Minna Street is no ordinary art gallery. "We're here to show alternative art, the kind that has no price tag on it," says owner Eiming Jung. And indeed, the art we saw there was priceless.

"Plastic Love" read the announcements. "A Group Show of Alternative 12-inch Generic Dolls." It took little reading between the lines to know they were talking Barbie.

Yes, Paul Hansen's medium of choice is Mattel's perennial fashion queen, and he isn't the only Barbie artist in San Francisco. Also on display at 111 Minna were works by Sue Wandell, Grant Salminen, and Steven Pim, and photographs by James Connelly, Jr. and Sattu Rau.

Stephen Williams & Eiming Jung

Paul's artist's statement was on display near the door. It was the perfect introduction to the show:

Works by Paul Hansen: "Trailer Trash Barbie" and "Exorcist Barbie"

"I started making these dolls three years ago. I am very much a child myself, and often shop at toy stores. A friend of mine was having a birthday, and I happened to be in Toys-R-Us. I noticed that they were selling wigs for 12" fashion dolls. For some reason the sight of this immediately made me think "drag queen". My friend was an avid Halloween Drag Queen, and so was born the first Drag Queen Doll. The birthday gift was received very well, and started me thinking of my next friends' birthday, and so was born a tradition.

Paul Hansen

"Anytime since, when a friend of mine has a birthday I make a portrait of them in the form of a 12" fashion doll. I just take a piece or two of their personality, and add it to the doll, and then dress it like them. As time went on I made more dolls, and more and more people encouraged me to sell them.

"Last Summer I displayed some dolls in the window of In~jean~ious (a store on Castro Street that I used to live above). People showed so much interest in them that Bill Tull, the store owner, asked me if I would make some for him to sell during the holiday season. I did so, and that's the reason you are reading this now.

"The dolls you are about to see are in no way affiliated with Barbie®, or the Mattel Corporation. As per the request of the Mattel Corporation these dolls are not for sale, nor are any dolls that I have made which are packaged in pink boxes, or display the work "Barbie"; so please do not ask to buy them.

"What you are about to see is a collection of portraits of my friends and acquaintances, and a few public figures who have intrigued me. Whether or not they have been painted on canvasses manufactured by Mattel is irrelevant.

Search RTA

Barbie dolls
Browse a huge selection now. Find exactly what you want today.
www.eBay.com

American Dolls
Find Your Favorite Doll & Her Story at American Girl® - Official Site.
www.americangirl.com

Telenav
Instant GPS Directions on your Cell Try it Free for your Next Road Trip
TeleNav.com

Paper Dolls
Make Your Harajuku Paper Doll. Get Creative with HP & Gwen.
www.hp.com/gwen

Driving Directions, Maps
Restaurants, Pet Friendly Hotels, Clean Restrooms & More.
TravMatix.com/Plan-Your-Trip

« Seven Dwarfs, Supreme Court & You | Main | Sexy Dogs Wigs! »

August 26, 2006

## Trailer Trash Turleen Doll Gets a Boyfriend

Trailer Trash Turleen, the pregnant doll (with curlers and cig in mouth) is one of my favorite WT items! Turleen is "preg-nint" again and when you press her belly she says stuff like: POUR ME A DOUBLE, I"M DRINKIN' FER TWO. I own one of these dolls and highly recommend you getting one too!

But the big news is this: She's getting a boyfriend. There is now going to be a BOY trailer trash doll----Jer-Wayne! He will be on sale in Mid-September and so you better order one before they are gone. Go to Trailer Trash Doll or go to www.trailertrashdoll.com.

Posted at 03:09 PM in **White Trash Culture** | **Permalink**
**Technorati Tags**: **Jer-Wayne**, **trailer trash doll**, **trash talkin turleen**, **white trash doll**, **white trash palace**
**Digg This** | **Save to del.icio.us**

### TrackBack

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/1043491/5801707

Listed below are links to weblogs that reference Trailer Trash Turleen Doll Gets a Boyfriend:

### Comments

Subscribe to this blog's feed

SUBSCRIBE

Subscribe by Email

Get Your Feed Emailed

Blog Ads

Our Sponsors
Advertise here

Who is Responsible for This?

About Shallow & Tacky

Blogroll & Links

Trashy Friends

Trashy Friends with Kids

Weird and Wonderful Links

del.icio.us links

Best Movies Ever

Shallow and Tacky Facebook Group

Shallow & Tacky Sponsors

Our Sponsors
Last Minute Gift

Affirmagy has gifts under $25 for everyone on your list. Get 50% off shipping until December 16th!
Read more

Advertise here

MON133

Daily Whupass

Agent Bedhead

Assistant/Atlas

Baby on Bored

Barbie Martini

Best Week Ever

Blogebrity

Evil Beet

Frostfire

Mrs. Mogul

Perez Hilton

Pikers.com.

Pink Is The New Blog

QuizLaw

The Elders

White Trash Mom

**Post a comment**

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address: (Not displayed with comment.)

URL:

Remember personal info?

Comments:

Preview | Post

Hall of Fame

Tacky Living

celebitchy

Project RunGAY Blog

Television Without Pity

Go Fug Yourself

Slave to Target

Fabulous Stationery

Pajiba

White Trash Palace Store

linking

Search this blog:

Search

» Blogs that link here

» View my profile

Technorati

Cele|bitchy

"What is Bai Ling doing to Santa?" links

Friday diversion: "We don't have to take our clothes off"

Spice Girls request a daycare... and some steamed fish

Isaiah Washington joins Grey's Anatomy cast on picket lines

Jennifer Aniston and Vince Vaughn Back Together

Agent Bedhead

Shallow and Tacky: Trailer Trash Turleen Dol[illegible]ts a Boyfriend http://www[illegible]llowandtacky.com/2006/08/trailer_trash_t.html

Weird & Wonderful

ihateclowns.com

Cats That Look Like Hitler!

Cat Prin

Will It Blend?

Official Seal Generator

Weekly World News

Peep Research

Dilbert

Engrish.com

News of the Weird

UFO News

The Onion

FARK

Black People Love Us

I Park Like An Idiot

Viking Kittens

Rather Good

Museum of Bad Art

Trailer Trash Dolls

I'm so Bershon

Tampon Crafts

Toothpaste for Dinner

Chuck Norris Facts

Cats That Look Like Hitler

Stuff on My Cat

Check It Out

I am shallow and tacky

DELIGHTFUL
BLOGS

StumbleUpon

Don't Forget

MOBA Needs You.

Donate to the
Museum of Bad Art

Visit our MY SPACE page

myspace

PINGOAT

MON135



New Favorites

Affirmagy

Gifts That Rule

Mia

Miss Wit Tees

Popdirt.com

Ramblings of Maggie

Say No to Crack

Shakadoo

Singapore Living

The Runway Scoop

The Tacky Postcard Archive

BloggingChicks

BloggingChicks

Click here to join
-ametamorphoself
.."And Miles To Go Before We Sleep..."
3amTherapy Sessions
5 minutes for mom
7 Confessions
9 to 5 Poet
:: adventures in daily living ::
A Blog of 2 Witches
A Californian Working Mother's Mess

crazy hip mamas

- Crazy/Hip Blog-Mamas +

Blogher

Blogher

Blogher Parenting Blogroll

Categories

American Pop Culture

Art

Aunt Glo the Goldigger

Bat Boy

Blogs

Books

Cats that Look Like Hitler

Current Affairs

Dirty Old Men

Dysfunctional Families

Faking It

Florida

Food and Drink

Global Warming

Movies

only in america

Project Runway

Science

Shallow & Tacky Home

Shallow & Tacky Movie of the Week

Shallow & Tacky Shopping

Shallow and Tacky Facebook Group

Stuff on My Cat

Stupid

Tacky Weddings

Television

toothpastefordinner.com

Trashy Advertising

Trashy Celebrities

Trashy TV

Twisted Humor

Weblogs

weird

White Trash Culture

White Trash Holiday

Shallow and Tacky: Trailer Trash Turleen Doll Gets a Boyfriend http://www.shallowandtacky.com/2006/08/trailer_trash_t.html

BloggerChicks

The Wonderful World of Des
Mamgirl's Meanderings
Have you seen my mind??
Being A Better Me
Food Blogga
And Miles to Go before We Sleep
Cheese Party
My Hidden Stash
My Hidden Stash
It's all about me!
Lesbiatopia
Formula Fed and Flexible Parenting
MAKANANI

Pikers.com. Taming of the shrewd.

Oh yes, I want spam...

To sir, with love.

Lovely Rita, meter maid...

Going nowhere, fast.

Lost in translation

Blog Thangs

Page Rank

- Miz BoheMia's Rhapsody
- Into the pink
- Singapore Living
- Lil' BoheMia's Beginnings

ALLIED by Jeneane Sessum:

Blogarama

BloggerNetwork.org

Powered by TypePad

Archives

December 2007

November 2007

September 2007

August 2007

July 2007

June 2007

May 2007

April 2007

March 2007

February 2007

More...

MON137



Road Trip Blogs: Get your own road trip Web site -- it's easy and it's free! More info

Fuel Cost Calculator

NEW on RTA

GETTING OUT THERE
Anchorage to Seward on Alaska's Highway 1

ROADSIDE MURAL
Cupids & Car Keys in Portland, Oregon

AUDIO BOOK REVIEW
*The Collected Border Dramatizations Volume III*, by Louis L'Amour

FUNNY SIGN
The Finest in Reconstructive Surgery

DRIVING TIP
Slow Down in Rain & Snow!

WHAT IS THAT THING?
Play the Gizmo Game

LIVING LAS VEGAS
Out With the Old! In With the New!

111 MINNA STREET, SAN FRANCISCO, CALIFORNIA--

111 Minna Street is no ordinary art gallery. "We're here to show alternative art, the kind that has no price tag on it," says owner Eiming Jung. And indeed, the art we saw there was priceless.

"Plastic Love" read the announcements. "A Group Show of Alternative 12-inch Generic Dolls." It took little reading between the lines to know they were talking Barbie.

Yes, Paul Hansen's medium of choice is Mattel's perennial fashion queen, and he isn't the only Barbie artist in San Francisco. Also on display at 111 Minna were works by Sue Wandell, Grant Salminen, and Steven Pim, and photographs by James Connelly, Jr. and Sattu Rau.

Stephen Williams & Eiming Jung

Paul's artist's statement was on display near the door. It was the perfect introduction to the show:

Works by Paul Hansen: "Trailer Trash Barbie" and "Exorcist Barbie"

"I started making these dolls three years ago. I am very much a child myself, and often shop at toy stores. A friend of mine was having a birthday, and I happened to be in Toys-R-Us. I noticed that they were selling wigs for 12" fashion dolls. For some reason the sight of this immediately made me think "drag queen". My friend was an avid Halloween Drag Queen, and so was born the first Drag Queen Doll. The birthday gift was received very well, and started me thinking of my next friends' birthday, and so was born a tradition.

"Anytime since, when a friend of mine has a birthday I make a portrait of them in the form of a 12" fashion doll. I just take a piece or two of their personality, and add it to the doll, and then dress it like them. As time went on I made more dolls, and more and more people encouraged me to sell them.

Paul Hansen

"Last Summer I displayed some dolls in the window of In~jean~ious (a store on Castro Street that I used to live above). People showed so much interest in them that Bill Tull, the store owner, asked me if I would make some for him to sell during the holiday season. I did so, and that's the reason you are reading this now.

"The dolls you are about to see are in no way affiliated with Barbie®, or the Mattel Corporation. As per the request of the Mattel Corporation these dolls are not for sale, nor are any dolls that I have made which are packaged in pink boxes, or display the work "Barbie"; so please do not ask to buy them.

"What you are about to see is a collection of portraits of my friends and acquaintances, and a few public figures who have intrigued me. Whether or not they have been painted on canvasses manufactured by Mattel is irrelevant.

Search RTA

Barbie dolls
Browse a huge selection now. Find exactly what you want today

American Dolls
Find Your Favorite Doll & Her Story at American Girl® - Official Site

Telenav
Instant GPS Directions on your Cell. Try it Free for your Next Road Trip

Paper Dolls
Make Your Harajuku Paper Doll. Get Creative with HP & Gwen

Driving Directions, Maps
Restaurants, Pet Friendly Hotels, Clean Restrooms & More

Hello. Sign in to get personalized recommendations. New customer? Start here.

4 days left to orc
using FREE Super Saver Shipp

Your Amazon.com Today's Deals Gifts & Wish Lists Gift Cards Your Account

Toys & Games

Toys & Games

Browse Categories & Characters | Bestsellers | Hot New Releases | Building Sets | Dolls | Electronics For Kids | Games | Preschool | Baby

To get this item by **Wednesday**, Dec 19 order within 68hr 15min.

Sign up for Amazon Prime today

(Learn more)

See larger image

Share your own customer images

## Trailer Trash Doll 12" in Collector's Box

Other products by Arsenic and Apple Pie

No customer reviews yet. Be the first.

**Price: $34.99** & this item ships for **FREE with Super Saver Shipping**. Details

**Availability:** In Stock.
**Want it by Dec.24?** View DollTV shipping details. Sold by **DollTV** and ships from Amazon Fulfillment.

**Want it delivered Monday, December 17?** Order it in the next 16 hours and 45 minutes, and choose **One-Day Shipping** at checkout. See details

**2 used & new** available from $34.99

The **Holiday** Toy List Watch Our Toys Play: See video demonstrations of all our favorite toys.

**Quantity:** 1

Add to Shopping Cart

**or**

Sign in to turn on 1-Click ordering.

**More Buying Choices**

**2 used & new** from $34.99

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Customers Who Bought Items Like This Also Bought

001 09



Back

Birthday Girl Dancing Hamster
$15.95

Mogu Medium Heart 12-by-19-Inch Decorative Pillow, Red
(34)

Sony LCS-GENUSKIT Digital Camera Case (Black / Grey)
(8) $2.95

Bahlsen Hit Cocoa Sandwich Cookies, 5.3-Ounce Package o...

## Product Features

- 12 inch action figure
- Accessories include: 6 pack of plain wrap beer, lit cigarette in mouth, vinyl red cowboy boots, red & white checker top, denim cutoffs

## Product Details

**Shipping Weight:** 2 pounds (View shipping rates and policies)

**Note:** Gift-wrapping is not available for this item.

**ASIN:** B000H6B4UC

**Amazon.com Sales Rank:** #49,433 in Toys & Games (See Bestsellers in Toys & Games)

**Average Customer Review:** No customer reviews yet. Be the first.

## Product Description

**Product Description**

Conceived in a gas station bathroom, and born in the back of a station wagon in the Bowlarama parking lot on league night. This little honey was raised on the four basic food groups (meatwiches, oleo, government cheese, and beer). Possessed of an I.Q. that makes her ancestors proud, she is the first of her family to make it through the third grade. She would have finished the fourth if she had not made the mature decision to stay home with her first born son.Also a model working Mom, even after a hard day gathering carts at the Honk & Holler, she still finds time to carve and fry the Christmas Bologna.

## Customers Who Viewed This Item Also Viewed

Jerwayne Jr Trailer Trash Talking Mullet Doll
$34.99

Humphrey
(10)

Slick ZZ Top dancing hamster
$12.95

› **Explore similar items :** Toys (2) Electronics (1)

## Customers viewing this page may be interested in these Sponsored Links (What's this?)

**Dolls**
JustClickLocal.com Comparing **dolls?** Search in your local area.

Infringement Chart

Bill Tull

Daniel Gibby

Gibby Novelties

EXHIBIT
17