## CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** June 23, 2008

**Case No.:** C 07-3947 SI (JL)

**Case Name:** Paul Montwillo v. William Tull, et al.,

**Counsel Present:**      **Plaintiff**: Stephen Sommers

                         **Defendant:** David Wong

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a further settlement conference was held in the above-referenced case with the following outcome:

|   |   |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
| \_\_X\_\_\_ | Did not settle |
|   | Further settlement conference ordered: _____ |

**Time:**    2.5  hrs

**Comments:**

*[signature: Venice E. Thomas]*

Venice E. Thomas, Deputy Clerk

cc: Wings Hom, Tracy Sutton