STEPHEN A. SOMMERS, SBN 225742
Sommers Law Group
870 Market Street, Ste. 1142
San Francisco, CA 94102
(415) 839-8569 (Telephone)
(415) 956-0878 (Fax)
ssommers@sommerslaw.com

Attorney for Plaintiff and Counter-defendant
Paul Montwillo

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTWILLO, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM TULL, an individual; DANIEL GIBBY, and individual; GIBBY NOVELTIES, LLC dba ARSENIC & APPLE PIE, a California limited liability company; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 07 3947 SI <br><br> **STIPULATED NOTICE OF DISMISSAL** <br> **(Fed. R. Civ. Proc. 41(a)(1)(ii))** |
| WILLIAM TULL, an individual; <br><br> Counter-Claimant, <br><br> vs. <br><br> PAUL MONTWILLO, an individual, and DOES 21 through 30, inclusive, <br><br> Counter-Defendants | Complaint Filed: August 1, 2007 <br> Counterclaim Filed: January 11, 2008 <br><br> Trial Date: June 30, 2008 |

On June 25, 2008, the parties to this action executed a settlement agreement as to all aspects of the above referenced action. Accordingly, the parties, through the signatures of their counsel on this Notice, stipulate to voluntarily dismiss the action, including the complaint and the counter-

1

1  claim, with prejudice. The Parties hereby respectfully request that the Court issue an Order
2  directing the dismissal of this action in accordance with this Stipulation.
3
4
   Date: June 26, 2008
5
6
                                    For the plaintiff and cross-defendant
7                                   PAUL MONTWILLO:
                                    SOMMERS LAW GROUP
8
9
                                    By:_____
10                                  Stephen A. Sommers, Esq.
11
12 Date: June 26, 2008
13
14                                  For the defendants and counter-claimant
                                    WILLIAM TULL,
15                                  DANIEL GIBBY,
                                    GIBBY NOVELTIES, LLC.:
16
17                                  By:_____/s/_____
18                                  David Y. Wong, Esq.
19
20
21
22
23
24
25
26
27
28

                                    2

Montwillo, et al. v. Tull et al., USDC Case No. C 073947 SI
STIPULATED NOTICE OF DISMISSAL

Date: June 26, 2008

        For the plaintiff and cross-defendant
        PAUL MONTWILLO:
        SOMMERS LAW GROUP

        By: _____
        Stephen N. Sommers, Esq.

Date: June 26, 2008

        For the defendants and cross-complainants
        WILLIAM TULL,
        DANIEL GIBBY,
        GIBBY NOVELTIES, LLC.:

        By:
        David Y. Wong, Esq.



IT IS SO ORDERED
Judge Susan Illston

2

Montwillo, et al. v. Tull et al., USDC Case No. C 073947 SI
STIPULATED NOTICE OF DISMISSAL